POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Joseph Jou and*
*Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, LIYUAN WOO, and MICHAEL MONAHAN,<br><br>Defendants. | Case No. LA CV 23-09733-SPG(-MAAx)<br><br>**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF JOSEPH JOU FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>DATE:  February 21, 2024<br>TIME:  1:30 p.m.<br>JUDGE:  Sherilyn Peace Garnett<br>CTRM:  5C |

DECLARATION - LA CV 23-09733-SPG(-MAAx)

I, Jennifer Pafiti, hereby declare as follows:

1.  I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Joseph Jou ("Jou"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Jou's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.  Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart setting forth Jou's financial interest in this litigation;

Exhibit B:   Press release published via *Business Wire* on November 16, 2023, announcing the pendency of the Action;

Exhibit C:   Shareholder Certification executed by Jou;

Exhibit D:   Declaration executed by Jou; and

Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 16, 2024.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION - LA CV 23-09733-SPG(-MAAx)

2