# EXHIBIT A

**The Beauty Health Company (SKIN)**
**Class Period: May 10, 2022 to November 13, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 60-Days* Mean Price $2.7617 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PreClass | 2,000 | | | | | |
| **Joseph Jou** | 6/2/2022 | 1,000 | $14.0500 | ($14,050) | | | | | 1,000 | $2,762 | ($11,288) |

*Avg Closing Prices from November 14, 2023 through January 12, 2024