Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiffs*
*Priscilla Dijkgraaf and Martijn Dijkgraaf*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, LIYUAN WOO, and MICHAEL MONAHAN,<br><br>Defendants. | No. 2:23-cv-09733-SGP-MAA<br><br>CLASS ACTION<br><br>**DECLARATION OF LUCAS E. GILMORE IN FURTHER SUPPORT OF MOTION OF PRISCILLA DIJKGRAAF AND MARTIJN DIJKGRAAF FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL AND IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>Date:  Wednesday, February 21, 2024<br>Time:  1:30 p.m.<br>Courtroom:  5C<br>Judge:  Hon. Sherilyn Peace Garnett<br><br>ORAL ARGUMENT REQUESTED |

I, Lucas E. Gilmore, declare as follows:

1.    I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Priscilla Dijkgraaf and Martijn Dijkgraaf ("Movants"). I am an attorney licensed to practice law in the State of California. I make this declaration in further support of Movants' Motion for Appointment as Lead Plaintiffs and in Opposition to Competing Lead Plaintiff Motions.

2.    Attached hereto as Exhibits 1 through 3 are true and correct copies of the following documents:

Exhibit 1:   A chart entitled "Movant Jeff Brown's 'Account 1' In-And-Out Positions During the Class Period," summarizing certain transactions from movant Jeff Brown's "Account" as reflected in ECF Nos. 18-2 and 18-3;

Exhibit 2:   An email dated January 25, 2024 that I sent to counsel for Jeff Brown and Kevin Brown requesting identification of the Browns' post-Class Period purchases;

Exhibit 3:   A spreadsheet listing the daily price range for shares of the Beauty Healthy Company (SKIN) on November 10, 13 and 14, 2023, which was obtained from www.finance.yahoo.com;

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of January, 2024.

/s/ Lucas E. Gilmore
LUCAS E. GILMORE

GILMORE DECL. ISO MOT. TO APPOINT LEAD PL. AND OPPO. TO COMPETING MOTIONS - 1
Case No. 2:23-cv-09733-SGP-MAA