# EXHIBIT 1

Case 2:23-cv-09733-SPG-MAA    Document 25-2    Filed 01/31/24    Page 1 of 4    Page ID #:579

**Movant Jeff Brown's "Account 1"**
**In-And-Out Positions**
**During the Class Period**

**8/9/2022 – Purchased 8,000 shares**

**8/10/2022 – Completely sells out of this position**

**10/19/2022 – Purchases 2,000 shares**

**10/21/2022 – Completely sells out of this position**

**11/1-3/2022 – Purchases 6,700 shares**

**11/7/2022 – Completely sells out of this position**

**11/9/2022 – Purchases 21,600 shares**

**11/11/2022 – Completely sells out of this position**

**11/25/2022 – Purchases 15,6000 shares**

**11/30/2022 – Completely sells out of this position**

**12-13/2022 – 2/16/2023 – Purchases 37,300 shares**

**2/28/2023- Completely sells out of this position**

1

**5/10-11/2023 – Purchases 18,740 shares**

**5/26-30/2023 – Purchases 16,700 shares**

**6/15/2023 – Purchases 19,000 shares**

**6/16-28/2023 – Purchases 22,100 shares**

**7/5-13/2023 – Purchases 49,980 shares**

**7/19-20/2023 – Purchases 13,900 shares**

**7/21-24/2023 – Purchases 47,000 shares**

**5/15/2023 – Completely sells out of this position**

**6/1/2023 – Completely sells out of this position**

**6/15/2023 – Completely sells out of this position**

**7/7/2023 – Completely sells out of this position**

**7/18/2023 – Completely sells out of this position**

**7/21/2023 - Completely sells out of this position**

**7/25/2023 – Completely sells out of this position**

2

**7/28/2023 – Purchases 10,500 shares**

           **7/28/2023 - Completely sells out of this position**

**7/31/2023 – Purchases 2,000 shares**

           **7/31/2023 - Completely sells out of this position**

**8/1-30/2023- Purchases 214,700 shares**

           **9/1/2023 – Completely sells out of this position**

**9/13/2023-Purchases 6,000 shares**

           **9/14/2023-Completely sells out of this position**

**9/14-27/2023 – Purchases 161,990 shares**

           **9/29/2023 - Completely sells out of this position**

**10/3-19/2023 – Purchases 153,600**

           **11/3/2023 – Sells all but 900 shares**

**11/1-13/2023 – Purchases 171,700 shares**

           **12/21/23 – Sells all shares including 900 from previous entry**

3