# EXHIBIT 2

| | |
|---|---|
| **From:** | Lucas Gilmore |
| **Sent:** | Thursday, January 25, 2024 2:11 PM |
| **To:** | Charles Linehan; rprongay@glancylaw.com; prajesh@glancylaw.com |
| **Cc:** | Reed Kathrein |
| **Subject:** | The Beauty Health Company - Request for Browns' Post-Class Period Transactions Up through the Present |

Charles,

We represent lead plaintiff movants Martijn Dijkgraaf and Priscilla Dijkgraaf (the "Dijkgraafs") in the above-referenced action against The Beaty Health Company and certain of its executives.

Your firm filed a motion for lead plaintiff on behalf of Jeff Brown and Kevin Brown (collectively, the "Browns") in the same action.

We currently intend to oppose the Browns' motion on several bases, including the Browns' atypical high frequency trading during the alleged class period.

We note that in the "Analysis of the Browns' Financial Interest," the chart lists numerous post-Class Period sales of shares by the Browns.  The Analysis, however, does not identify any post-class period purchases of The Beauty Health Company securities.  We find this hard to believe given the Browns' high frequency trading patterns.  In the event the Browns purchased shares after the Class Period, this bears on their financial interest, typicality, and/or adequacy.

To that end, we are requesting that the Browns provide a chart identifying all Post-Class Period transactions (both buys and sells) in any Beauty Health security up through the present by **Monday, Jan. 29**.  If you would like to speak with us about this request, please let us know as we are happy to have a call.

Best regards, Lucas


--
**Lucas Gilmore** | **Partner**

**HAGENS BERMAN**

Hagens Berman Sobol Shapiro LLP
Berkeley, CA
(510) 725-3052
lucasg@hbsslaw.com

News  |  Cases  |  Twitter  |  Facebook

1