# EXHIBIT 3

SKIN Daily Price Range for November 10, 13 and 14, 2023

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/10/2023 | 3.63 | 3.67 | 3.45 | 3.6 | 3.6 | 4450800 |
| 11/13/2023 | 3.58 | 4.015 | 3.58 | 3.9 | 3.9 | 9612800 |
| 11/14/2023 | 1.57 | 1.76 | 1.35 | 1.39 | 1.39 | 61599500 |