# EXHIBIT A

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:23-cv-09733-SPG-MAA |
| Plaintiff, | **JOINT DECLARATION OF JEFF BROWN AND KEVIN BROWN IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL** |
| v. | |
| THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, LIYUAN WOO, and MICHAEL MONAHAN, | |
| Defendants. | |

The undersigned, under penalties of perjury under the laws of the United States of America, declare as follows:

1.     We submit this joint declaration in support of our motion for appointment as lead plaintiff and approval of co-lead counsel filed concurrently herewith. We each have personal knowledge about the information in this Joint Declaration relating to ourselves.

2.     I, Jeff Brown, reside in Katy, Texas. I have a Master of Business Administration and have been investing for more than 40 years.

3.     I, Kevin Brown, reside in Katy, Texas. I have a Master of Business Administration and have been investing for more than 40 years.

4.     In making our investment decisions with respect to The Beauty Health Company ("Beauty Health") we relied on Defendants' public statements, as well as the integrity of the market price of Beauty Health shares. Specifically, I, Jeff Brown, regularly reviewed Beauty Health's press releases, SEC filings, and earnings reports during the Class Period in connection with my decisions to buy and sell Beauty Health shares. I directed the trading activity in my accounts, as well as the trading in my brother Kevin Brown's account with his permission. We did not employ any bots or algorithms in connection with our decisions to buy or sell Beauty Health shares.

5.     We believe that the Court should appoint us as lead plaintiff because we are investors with a significant interest in the outcome of the litigation, and we have the capability and competency to oversee this litigation to a successful conclusion. We have carefully considered, with the assistance of counsel, the merits of this action and our respective losses. We are capable of actively participating in this action and are committed to doing so, in part by working closely with our co-lead counsel, to obtain the best possible recovery for the class in an efficient manner.

6.     We each have knowledge of the requirements and responsibilities of lead plaintiffs in a securities class action. We have agreed to exercise joint decision-making and to work together if appointed in this action to protect the interests of the

JOINT DECLARATION OF JEFF BROWN AND KEVIN BROWN

1

class. We will have periodic communications with counsel to discuss the status of the litigation and ensure its proper prosecution. We are committed to the zealous prosecution of this case and will remain actively involved in it. We understand that if appointed we would owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with co-lead counsel to obtain the largest possible recovery for the putative class in good faith and with vigorous advocacy.

7.    We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to litigation decisions, and to that end will consult with each other and our counsel as we deem necessary to fulfill our fiduciary obligations to the class. We recognize that in the event of a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

8.    We have selected co-lead counsel in this action based upon their experience and resources, and we are confident in our ability to work with our counsel to protect the interest of the class. We understand that one of our primary responsibilities will be overseeing co-lead counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

9.    We understand that, as the lead plaintiff in this action, we will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

[Signatures on Next Page]

JOINT DECLARATION OF JEFF BROWN AND KEVIN BROWN

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing, relating to myself, is true and correct.

Executed on _____2/7/2024_____.

                                              ┌─DocuSigned by:
                                              _Jeffrey Brian Brown_
                                              └─695181D0872B49E...
                                              Jeff Brown

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing, relating to myself, is true and correct.

Executed on _____.


                                              _____
                                              Kevin Brown

JOINT DECLARATION OF JEFF BROWN AND KEVIN BROWN
3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing, relating to myself, is true and correct.

Executed on _____.

_____

Jeff Brown

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing, relating to myself, is true and correct.

Executed on ___2/7/2024_____.

DocuSigned by:

*kevin Brown*

D8D3CD61CAB94A0...

Kevin Brown

---

JOINT DECLARATION OF JEFF BROWN AND KEVIN BROWN

3