Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiffs*
*Priscilla Dijkgraaf and Martijn Dijkgraaf*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, and LIYUAN WOO,<br><br>Defendants. | No. 2:23-cv-09733-SPG-MAA<br><br><u>CLASS ACTION</u><br><br>**CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br><u>ORAL ARGUMENT REQUESTED</u> |

## TABLE OF CONTENTS

**Page**


I. INTRODUCTION ........ 1

II. JURISDICTION AND VENUE ........ 8

III. PARTIES ........ 9

A. Lead Plaintiff ........ 9

B. Corporate Defendant ........ 9

C. Executive Defendants ........ 9

D. Former BeautyHealth Employees ........ 12

1. FE-1 ........ 12

2. FE-2 ........ 13

3. FE-3 ........ 13

IV. SUMMARY OF THE FRAUD ........ 13

A. BeautyHealth and its category-creating HydraFacial ........ 13

B. Syndeo – the next generation HydraFacial delivery system ........ 17

C. BeautyHealth's roll rut of Syndeo in March 2022 ........ 20

D. May 10, 2022: Class Period begins with BeautyHealth's purported "highly successful launch" of Syndeo in Q1 2022 ........ 21

E. Defendants concealed that the Syndeo system was flawed from the get-go ........ 25

1. Syndeo had extensive cosmetic issues, which matters when a device is as costly as Syndeo and intended to be used where visible to clients. ........ 26

2. Woo knew of Syndeo's cosmetic issues and customer complaints; Rather than address the source issues, Woo directed BeautyHealth to send customers new replacement machines with the same problems. ........ 27

3. The Syndeo 1.0 system plugged up due to a design flaw............. 28

4. BeautyHealth senior management discussed Syndeo 1.0 problems at regular Tiger Team meetings, which flowed up to Woo.......................................................................... 30

5. CEO Andrew Stanleick discussed Syndeo issues during monthly town hall calls................................................................ 31

6. BeautyHealth's extensive efforts to solve the Syndeo 1.0 plugging issues.......................................................................... 32

7. The Operations Team made poor recommended fixes, which top management approved, despite lack of testing and input from the R&D/Quality team. ........................................ 33

8. Unbeknownst to investors, BeautyHealth implements Syndeo 2.0 plan in July 2022........................................................ 35

F. August 9, 2022: BeautyHealth delivers Q2 2022 results, calling the Syndeo rollout a "tremendous success" ............................................ 36

G. BeautyHealth soon learns that the Syndeo 2.0 failed to cure the systemic plugging issues in late October/November 2022...................... 40

1. Syndeo 2.0 plugging issues were communicated to Woo through reports from the regular Tiger Team meetings. ............... 41

2. Syndeo 2.0 issues were also communicated to Stanleick and Woo through the Management Review in September/October 2022. ........................................................... 42

H. September 15, 2022 Investor Day: Defendants claim Syndeo's launch has been "next level"........................................................... 43

I. In September/October 2022, the Company hid broken Syndeo machines from Quality Auditors performing audit................................. 48

J. November 8, 2022: BeautyHealth reports Q3 2022 results continuing to tout "solid demand for Syndeo." ....................................... 50

K. Syndeo computer chip issues identified in late 2022/early 2023 ............ 53

L. February 27-28, 2023: Defendants vaguely reference Syndeo replacement program on Q4 2022 earnings call, but mischaracterize it as a "one-time program" and assure analysts they have optimized Syndeo in preparation for international launch. .... 54

M. March 30, 2023: In announcing Syndeo international launch, Defendants claim "Syndeo has been embraced by Hydrafacial customer and provider community in the U.S." .... 57

N. Syndeo's systemic performance issues continue throughout the first half of 2023 .... 57

O. May 10, 2023: BeautyHealth reports 1Q 2023 results touting "strong Syndeo traction." .... 58

P. June 6, 2023: Defendants claim Syndeo program has been a "great success." .... 60

Q. BeautyHealth's second half 2023 attempted fix of Syndeo is a disaster .... 60

V. THE TRUTH ABOUT SYNDEO EMERGES .... 63

A. August 9, 2023 disclosures: BeautyHealth reveals Syndeo "teething issues" in Q2 '23 causing gross margin headwinds. .... 63

1. November 13, 2023 disclosures: CEO ousted, BeautyHealth declares virtually all Syndeo systems obsolete. .... 71

B. Piper Sandler post-Class Period survey confirms widespread problems with Syndeo beyond management's previous disclosures. .... 78

VI. DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS .... 82

1. Defendants' false statements associated with the announcement of BeautyHealth's Q1 2022 financial results .... 82

2. Defendants false statements at the June 19, 2022 Nantucket Jeffries Consumer Conference .... 86

3. Defendants' false statements associated with the announcement of BeautyHealth's Q2 2022 financial results ..... 88

4. Defendants' false statements at September 15, 2022 Investor Day ..... 91

5. Defendants' false statements associated with the announcement of BeautyHealth's Q3 2022 financial results ..... 97

6. Defendants' false statements associated with the announcement of BeautyHealth's Q4 2022 financial results ..... 99

7. Defendants' false statements associated with the international launch of Syndeo ..... 102

8. Defendants' false statements associated with the announcement of BeautyHealth's Q1 2023 financial results ..... 103

9. Defendants' false statements in May 2023 *Technology of Beauty Podcast* interview ..... 105

VII. ADDITIONAL ALLEGATIONS OF DEFENDANTS' SCIENTER ..... 107

VIII. LOSS CAUSATION ..... 112

IX. NO SAFE HARBOR ..... 114

X. THE PRESUMPTION OF RELIANCE ..... 115

XI. CLASS ALLEGATIONS ..... 116

XII. CLAIMS BROUGHT PURSUANT TO SECTIONS 10(B) AND 20(A) OF THE EXCHANGE ACT ..... 117

COUNT I FOR VIOLATIONS OF SECTION 10(B) OF THE EXCHANGE ACT AND SEC RULE 10B-5 PROMULGATED THEREUNDER ..... 117

COUNT II FOR VIOLATIONS OF SECTION 20(A) OF THE EXCHANGE ACT ..... 121

XIII. PRAYER FOR RELIEF ..... 122

XIV. JURY DEMAND........................................................................................ 122

Lead Plaintiffs Priscilla Dijkgraaf and Martijn Dijkgraaf (collectively, "Lead Plaintiffs"), by and through their undersigned counsel, bring this action pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, on behalf of itself and all other persons or entities who purchased or otherwise acquired securities of The Beauty Health Company ("BeautyHealth" or the "Company") during the period from May 10, 2022 to November 13, 2023, inclusive (the "Class Period") and were damaged thereby (the "Class"). Lead Plaintiffs allege the following based upon personal knowledge as to themselves and their own acts and upon information and belief as to all other matters. Lead Plaintiffs' information and belief is based on the ongoing independent investigation of their undersigned counsel, including from the following sources: (i) BeautyHealth public filings with the SEC; (ii) research reports from securities and financial analysts; (iii) Company press releases and reports; (iv) Company website and marketing materials; (v) news and media reports concerning the Company and other facts related to this action; (vi) price and volume data for BeautyHealth securities; (vii) consultation with subject matter experts; (viii) accounts from former BeautyHealth employees; and (ix) additional materials and data concerning the Company and industry as identified herein.

## I. INTRODUCTION

1. This securities class action arises from Defendants' misleading statements concerning BeautyHealth's newest Hydrafacial machine, the "Syndeo." BeautyHealth touted Syndeo as a revolutionary device, transforming the aesthetics industry. Defendants claimed a successful U.S. launch with enthusiastic customers and a promising global future. Defendants, however, hid critical design flaws causing widespread malfunctions. Despite undisclosed efforts to fix them, Syndeo's problems persisted. Defendants' rushing Syndeo to market and subsequent failure to address performance issues in the field resulted in massive product returns, declines in revenue growth and gross margin, and damage to the Company's brand. When the truth about

Syndeo's performance, the Company's expensive plan to replace virtually all Syndeos in inventory and in circulation, and BeautyHealth's dismal future came out, the Company's stock price plummeted.

2. BeautyHealth is a business-to-business provider of high-end facial machines to spas and beauty parlors internationally. The Company operates a classic "Razor and Blade" recurring revenue model; generating half of its revenues from the sale of expensive, low margin facial machines, and the other half from the higher-margin but lower priced consumables required for the machines to function and deliver their service to end consumers.

3. The Company sells its facial machines under the "Hydrafacial" brand, a popular aesthetic treatment that uses a unique technology to cleanse, exfoliate, and hydrate the skin. The Hydrafacial treatment involves a multi-step process that vacuums out impurities, removes dead skin cells, and infuses the skin with nourishing serums. Hydrafacial treatments address a variety of skin concerns, like fine lines, wrinkles, acne, and uneven skin.

4. BeautyHealth must maintain a cutting-edge Hydrafacial machine to ensure continued success in the aesthetics market. Several factors contribute to this importance. First, BeautyHealth faces fierce competition in the aesthetics industry as new devices and treatments constantly emerge. A continuously improved Hydrafacial ensures BeautyHealth stays ahead of the curve and offers the most effective and desired procedures to professionals. Second, innovation leads to increased customer satisfaction. New features and improved functionality can enhance treatment results and solidify Hydrafacial's reputation as a premium product. Finally, advancements in Hydrafacial technology can expand the target market. Addressing a wider range of skin concerns or offering more comfortable procedures can attract new customers and solidify BeautyHealth's market share.

5. In March 2022, BeautyHealth launched the "Syndeo" as the next generation of its popular Hydrafacial machine. This digitally connected device boasted

several innovative features aimed at enhancing both the provider and client experience. Meaning "connected" in Greek, Syndeo promised a more personalized treatment through cloud-based software that tracked client history and preferences. This data allows providers to tailor treatment plans and potentially offer more targeted product recommendations. Additionally, Syndeo offers features designed to increase client engagement, such as branding and gamification elements.

6. Unbeknownst to investors, throughout the Class Period, due to design defects, the Syndeo devices suffered from a wide array of cosmetic- and performance-related issues, including part non-conformance, distractive noises, difficult bottle insertion, suction/waste/leakage, and faulty handpieces, screens, and rattling trays. Most vexing, Syndeo suffered from low flow and clogs in the system, severely hindering its functionality. These frequent treatment interruptions and performance issues were widespread. According to reliable former BeautyHealth employees, Defendants' admissions, and a survey conducted by an analyst after the Class Period, anywhere between 50 to 74 percent of Syndeos produced before the end of July 2023 suffered from these issues.

7. Defendants knew throughout the entirety of the Class Period of Syndeo's systemic problems. In late April/early May 2022, just two months after Syndeo's purportedly "next level" commercial launch, CFO Woo received repeated reports that Syndeo's new design and offshore manufacturer caused cosmetic issues in the systems, leading to numerous customer complaints about part fitment and blemishes. At the same time, CFO Woo learned of a more serious plugging problem caused by Syndeo's smaller manifold leading to low flow and clogs in the system.

8. Rather than shelve the product to address the design and manufacturing issues causing these problems in early version Syndeo systems, Woo told subordinates to continue production and sales, telling subordinates that if the customer raised a complaint to send them a new replacement machine. Of course, the Executive Defendants' decision to replace the Syndeo machine with a new machine did not resolve

the cosmetic and performance issues. The Company would send out a new machine that had the exact same problems as the replaced machine, leading only to increased customer dissatisfaction.

9. By late April/early May 2022, the customer complaints regarding the plugging issue had reached such critical mass. At this time, BeautyHealth commenced a secret project spearheaded by Woo's operations team to identify the cause of the plugging issue and generate an effective solution. From late April/early May 2022 up until July 2022, BeautyHealth's operations team conducted testing and ultimately surmised that they could remediate the plugging issue by creating a giant port to the manifold instead of the small channel per the original design. Defendant Woo received repeated reports of the status of the project through minutes and action plans generated from regular "Tiger Team" meetings. In addition, CEO Stanleick and Woo attended a meeting with other high ranking BeautyHealth officials to review the Operations team's proposed re-design of Syndeo. Despite BeautyHealth's R&D/Quality team expressing the belief that the proposed larger channel was not a sure fix and that further testing was needed, in July 2022, the Executive Defendants and other BeautyHealth senior executives approved and signed off on the Operation team's recommended re-design, which BeautyHealth would later refer to as "Syndeo 2.0."

10. Not surprisingly, BeautyHealth's release of Syndeo 2.0 out to the field –in essence, yet another undisclosed beta testing on paying customers – turned out to be equally disastrous. By September/October 2022, BeautyHealth learned that Syndeo 2.0 failed to cure the plugging issue. What's more, Syndeo's 2.0 design of creating a larger channel manifold resulted in a new problem: wasting too much serum. Further, in or around the same time, BeautyHealth learned that a certain portion of newly sold Syndeo 2.0 systems were inoperable due to one of BeautyHealth's major suppliers including an authorized computer chip, requiring the Company to incur the substantial cost of dispatching engineers to the field to fix each of the Syndeos. Once again, the Executive Defendants received reports of these systemic Syndeo 2.0's failures through regular

Tiger Team minutes and action plans. The Executive Defendants were also personally informed of the Syndeo problems at the October/November annual management review.

11. Despite having no effective remediation plan, the Company continued to sell defective Syndeo 2.0 devices to customers. When customers raised complaints, BeautyHealth continued to string customers along by engaging in a cycle of having the customers return machines and then sending new but similarly defective Syndeo machines out. By fall of 2022, the number of returned Syndeo systems began to pile up at Hydrafacial's Long Beach warehouse, numbering over 2,000 and taking up substantial space on the assembly floor. In violation of quality management standards, the Company failed to tag the machines identifying whether they were tested or refurbished, or the device's identified malfunction. In fact, the Syndeo machines were so disorganized that in or around September or October of 2022, The HydraFacial Company rented an adjacent space and moved the returned Syndeo machines out of its warehouse so that they would not be spotted during a quality management audit conducted by BSI, a private company working on behalf of regulatory bodies.

12. Further, Defendants knew that Syndeo's persistent technical flaws resulted in upset customers, missed sales and brand damage. Defendant Stanleick repeatedly acknowledged the Syndeo issues and resulting sale execution challenges at quarterly town hall meetings, on all-hands company-wide calls and at mid-year sales meetings. Moreover, all of these client-based issues were documented on BeautyHealth's SalesForce database and "Master Control," the Company's quality management system; both of which the Executive Defendants had access.

13. Nevertheless, throughout the Class Period, BeautyHealth and its executives concealed the Syndeo issues, while repeatedly touting the "the highly successful," "flawless global launch" and "strong rollout" of Syndeo. The Company continuously emphasized that there was "strong enthusiasm for product" and "strong early feedback we are receiving from the field." Instead of disclosing the cosmetic- and performance-related issues, Defendants highlighted Syndeo's "really handy functional benefits,"

Syndeo's "enhanced ease-of-use and intuitive operation" and Syndeo's "ease of operation, design, and use for our aestheticians." In response to analyst inquiry, rather than revealing the customer complaints, Defendants stressed that "customers are raving about the connected system and user experience" and that the Company was receiving "really good feedback on" Syndeo's "data connectivity, the improvements in user interface, the touch screen technology, the LightStim LED, et cetera." Later in the Class Period, Defendants assuaged investor concern by characterizing Syndeo 2.0 as mere software enhancements. Moreover, Defendants soft peddled customers' return of Syndeos as a common occurrence with any new product releases, mischaracterizing the cost and return policy as a "one time program."

14. As with all frauds, at some point, it must come to an end. Cracks in Defendants' façade first appeared on August 9, 2023, when the Company announced burgeoning net losses in the second quarter 2023 and retracted its adjusted gross margin guidance. The Company also abruptly announced the "involuntary separation without cause" of Woo, its long-time CFO.

15. In a call with analysts that same day, CEO Stanleick revealed that the Company had "experienced teething issues" with Syndeo, which led to system exchanges at the Company's expense. But Stanleick prevented a massive sell-off by assuring investors that the Company had greatly reduced system exchanges and declared the Company was equipped to address Syndeo issues with over-the-air software updates or in-field support.

16. But just months later, on November 13, 2023, BeautyHealth turned in disastrous 3Q 2023 results, lowered guidance for the year, and suspended 2025 targets. In addition, BeautyHealth revealed that CEO Andrew Stanleick would be leaving the Company on November 19, 2023, which departure the Company subsequently characterized as a "termination without cause."

17. On the earning call, the Company's new CEO and CFO blamed the poor quarter and dismal outlook on having to address product issues experienced after last

year's U.S. Syndeo launch, which would take additional time to remediate. BeautyHealth explained that Syndeo 2.0 meant to fix the performance issues with the first-generation product. But Syndeo 2.0 itself was found to have flow issues, which necessitated yet another update, Syndeo 3.0. The Company disclosed that its remediation plan would come at a substantial cost. BeautyHealth stated that U.S. Syndeo customers would now have the option of a field upgrade or swapping in a new Syndeo 3.0 delivery system, for which the company will take a special charge of $44.4 million plus an inventory write-off of $18.8 million. The Company confirmed the widespread nature of Syndeo's problems. New management stated that it had begun the process in the fourth quarter, enhancing or replacing 2,850 instruments, with plans to upgrade or replace another 4,500 instruments.

18. On this news, BeautyHealth's share price plummeted $2.51, or 64.36%, to close at $1.39 per share on November 14, 2023, on unusually heavy trading volume, erasing ***$331.82 million*** in market capitalization in a single trading day.




19. In the aftermath, Piper Sandler, a respected securities analyst following the Company, conducted a comprehensive survey of 50 HydraFacialists providers across 25 states and Washington D.C. to understand the extent of the Syndeo issues. Piper Sandler confirmed the systemic nature of the Syndeo issues, finding that an amazing

74% of the respondents who purchased Syndeo 1.0 and 2.0 versions experienced problems. Piper Sandler further confirmed the sales challenges posed by the Syndeo problems, as 20% of the existing lower-end Elite users said they did not plan to upgrade to Syndeo, with half noting their disinterest in the upsell was due to the Syndeo issues. Moreover, despite representing on November 13, 2023 that the Company had come up with a fix with the new Syndeo 3.0, the Company subsequently admitted in March 2024 that its field and customer service teams are still finding certain technical issues even with this latest edition. In turn, the Company has continued to post disappointing financials and its share price continues to trade below $2.00 per share.

20. By this action, Lead Plaintiff seeks redress for losses it and other BeautyHealth investors suffered after purchasing securities during the Class Period at artificially inflated prices.

## II. JURISDICTION AND VENUE

21. This action arises under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 (17 C.F.R. § 240.10b-5) promulgated under the Exchange Act.

22. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

23. Venue is proper in this Judicial District pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1391(b) and (c). At all relevant times, BeautyHealth conducted business in this District and maintained its headquarters in this District at 2165 Spring Street, Long Beach, California 90806. In addition, many of the acts charged herein, including the preparation and dissemination of materially false and misleading information, occurred in substantial part in this District.

24. In connection with the acts alleged herein, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the United States mail, interstate telephone communications, and the facilities of national securities exchanges.

## III. PARTIES

### A. Lead Plaintiff

25. Lead Plaintiffs, as set forth in their previously filed PSLRA certification (ECF No. 14-3), incorporated by reference herein, purchased BeautyHealth securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

### B. Corporate Defendant

26. Defendant BeautyHealth is incorporated under the laws of Delaware. The Company designs, develops, manufactures, markets, and sells aesthetic technologies and products worldwide. The Company's flagship product includes HydraFacial that purportedly enhances the skin to cleanse, extract, and hydrate the skin with proprietary solutions and serums. Its products also comprise Syndeo, a HydraFacial Delivery System designed to elevate every part of the treatment and connects providers to the consumer's preferences to create a more personalized experience; HydraFacial Nation App, an app that allows consumers to learn about their skin health, discover treatment options, and track their treatments over time; and Keravive, a treatment for scalp health. The Company was founded in 1997 and is headquartered in Long Beach, California. BeautyHealth's Class A common stock trades on the NASDAQ exchange, which is an efficient market, under the symbol "SKIN." As of November 17, 2023, BeautyHealth had approximately 131.27 million shares of stock outstanding, owned by at least thousands or tens of thousands of investors. Throughout the Class Period, BeautyHealth disseminated SEC filings, press releases, investor presentations, marketing materials, product descriptions, and other reports containing material misrepresentations and omissions about the functionality of its Syndeo devices.

### C. Executive Defendants

27. Defendant Stanleick served as BeautyHealth's Chief Executive Officer, President and Director from February 7, 2022 to November 19, 2023. Stanleick was

terminated without cause on November 19, 2023. Prior to joining the Company, Mr. Stanleick held senior roles at Coty Inc. and Coach Inc., and was Chief Executive Officer of Kylie Jenner Beauty. During the Class Period, Stanleick made materially false statements and omissions about the functionality and commercial launch of Syndeo in the Company's public filings, at investor presentations, and during conference calls. Stanleick also was present when Defendant Woo and other BeautyHealth executives made statements or omissions on these subjects without correcting them. Stanleick executed certifications relating to BeautyHealth's false and misleading reports filed with the SEC. Stanleick directly participated in the management and day-to-day operations of the Company and had actual knowledge of confidential proprietary information concerning the Company and its business, operations, and products. Stanleick also shared primary responsibility for ensuring that the Company's SEC filings and other public statements or releases were complete, accurate, and did not omit material information necessary under the circumstances to make them not misleading.

28. Defendant Liyuan Woo ("Woo") was the Company's Executive Vice President, and Chief Financial Officer from September 2020 until August 10, 2023. Prior to joining the Company, Ms. Woo was the Chief Operating Officer and Chief Financial Officer of The VOID, a virtual reality brand introducing consumers to fully immersive, location-based, hyper-reality experiences from August 2019 to September 2020. While at BeautyHealth, Woo claims she "set commercial strategy" and "built out infrastructure for 15 direct countries including manufacturing in China."[1] Consistent with this description, a former employee stated that although Woo was BeautyHealth's Chief Financial Officer, after BeautyHealth's CEO Clint Carnell departed in 2021, Defendant Woo was put in charge of all operations. *See infra* at ¶68. During the Class Period, Woo made materially false statements and omissions about the functionality and rollout of Syndeo in the Company's public filings, in investor presentations, and during

[1] *See* https://www.linkedin.com/in/liyuanwoo/ , as of July 1, 2023.

conference calls. Woo also was present when Stanleick and other BeautyHealth executives made statements or omissions on these subjects that she knew to be false and misleading yet took no steps to correct those statements. Woo executed certifications relating to BeautyHealth's false and misleading reports filed with the SEC, including BeautyHealth's Results of Operations and Financial Condition; Financial Statements and Exhibits filed on Form 8-K, quarterly reports filed on Form 10-Q and the Annual Report for 2022 filed on Form 10-K. Woo directly participated in the management and day-to-day operations of the Company and had actual knowledge of confidential proprietary information concerning the Company and its business, operations, and products. Woo also shared primary responsibility for ensuring that the Company's SEC filings and other public statements or releases were complete, accurate, and did not omit material information necessary under the circumstances to make them not misleading. Woo possessed the power and authority to control, and approved of, the contents of the Company's press releases and investor and media presentations at all relevant times.

29. Defendants Stanleick and Woo (together, the "Executive Defendants" or "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, i.e., the market. The Executive Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Executive Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Executive Defendants are liable for the false statements pleaded herein as controlling persons within the meaning of Section 20(a) of the Exchange Act.

**D. Former BeautyHealth Employees**

30. The following is a summary of the titles and background of the three former employees ("FE-") relied upon in this amended complaint (FE-1 through FE-3), for ease of reference.

**1. FE-1**

31. FE-1 served as The HydraFacial Company's director of quality from April 2022 to May 2023. FE-1 was based in Long Beach, CA, at the Company's manufacturing plant, where Syndeo was designed and manufactured. FE-1 initially reported to the VP of Quality and Regulatory Affairs, who in turn reported to the COO, then later to the Chief Marketing, Digital & Customer Experience Officer. Starting in early 2023 and up through May 2023, FE-1 reported to BeautyHealth's Executive Vice President, Global Operations.

32. As director of quality, FE-1 led a team responsible for quality control and quality engineering. The 14-person Quality team handled quality control for Syndeo machines. The Quality team consisted of a QC supervisor and lead and six QC inspectors, the number of whom fluctuated. On the engineering side, the QC team had two engineers: a senior quality engineer and a supplier quality engineer. The Quality team was responsible for generating, among other things, CAPA reports detailing "Corrective and Preventive Actions" for problems they identified with the Syndeo systems. The Quality team also generated and provided BeautyHealth's C-Suite and other senior executive management with an update called the management review report, covering complaints and nonconformances with BeautyHealth products, including the Syndeo system. FE-1 prepared the management review reports around September or October of each year. The reports were transmitted to Stanleick and Woo through yearly management review meetings, led by FE-1 occurring shortly after completion of the management review reports in September or October of each year. The attendees of the yearly management review meetings, including Stanleick and Woo,

signed off on their attendance at the meeting and receipt of the management review reports.

**2. FE-2**

33. After being employed previously at The Hydrafacial Company prior to the Class Period, FE-2 rejoined and worked as a capital sales manager for The HydraFacial Company from April 2023 through several months after the Class Period, reporting to the Regional Sales Director.

34. As a capital sales manager for HydraFacial, FE-2 sold Syndeo and its predecessor Hydrafacial systems to customers in the field. FE-2 explained that business development managers work under the capital sales managers. Capital sales managers work to sell the device, and then once the provider purchases the device, the capital sales manager hands the provider over to the business development manager. But even after the handoff, FE-2 and her peer capital sales managers kept their fingers on the pulse of the customer and the business to help support the BDMs doing events and maintaining the customers' business, which kept FE-2 informed of any issues the customer had with the machines. Also, when an account wanted to buy a second system or upgrade its current system to a newer model, FE-2 would support that endeavor.

**3. FE-3**

35. FE-3 worked as a Director of Sales for BeautyHealth/HydraFacial, from June 2023 to November 2023. FE-3 reported to the VP of Sales, who reported to the EVP of Sales. The EVP of Sales reported to CEO Andrew Stanleick and to the Chief Revenue Officer.

## IV. SUMMARY OF THE FRAUD

### A. BeautyHealth and its category-creating HydraFacial

36. Headquartered in Long Beach, California, the Beauty Health Company operates in the emerging beauty health category and describes itself as a global company focused on delivering beauty health experiences that help consumers "reinvent their relationship with their skin, bodies and self-confidence." The Company designs,

develops, manufactures, markets, and sells aesthetic technologies and products worldwide.

37. Founded in 1997, the Company was originally known as The HydraFacial Company, named after the Company's leading brand, the HydraFacial system - a category-creating, non-invasive facial treatment that uses a unique delivery system with patented technology. In particular, HydraFacial, created the category of hydradermabrasion by using a patented Vortex-Fusion Delivery System to cleanse, peel, exfoliate, extract, infuse and hydrate the skin with proprietary solutions and serums.

38. For 30 minutes and a retail price of approximately $200 per treatment, the HydraFacial system provides a three-step experience to cleanse, extract and hydrate skin, which the Company says offers an immediate outcome and an instantly gratifying glow. Estheticians can then finish the treatment with boosters that best fit the needs of the patient.




Source: HydraFacial Investor Presentation

39. The Company markets its HydraFacial system as a category-creating product. In the beauty health industry, "skin correction" resides at one end of the spectrum and "skin care" at the other. The skin correction end encompasses medical technology such as fillers, toxins, lasers and ultrasound treatments, and is usually more invasive and very expensive. On the other hand, the skin care end is comprised of daily, over-the-counter products such as serums, creams, lotions and supplements, which are less invasive and more affordable.

40. As a category-creating product, the Company markets HydraFacial as bridging the gap between both ends of the spectrum by offering to provide a more effective solution than the skin care end without the price tag of the skin correction end.




Source: HydraFacial Investor Presentation

41. The Company generates revenues by selling its facial delivery systems to medical beauty service providers (such as medical spas, hotels, gyms, and beauty retailers like Sephora), as well as consumables. This is a highly recurring revenue business, which the Company frequently compares to a "razor/razor blade" model. The delivery systems (the razor), which have an average life of 7 years, require high-margin consumables (the razor blade) as part of the treatment process, like patented, patterned caps that are placed on the handpiece of the delivery systems in order to create suction and deliver solutions and serums to the skin, as well as formulations of special ingredients aimed at improving the HydraFacial experience. Thus, the model involves

the sale of a high-priced, low-margin product system at the beginning, that is then followed up by a steady stream of higher-margin income in consumables so long as the facial delivery system originally sold continues to be used. Consequently, the Company's annual revenues have been historically split almost 50%-50% between its facial delivery systems and consumables.

42. The beauty health industry is big business. The Company has repeatedly represented that the total addressable global market exceeds $50 billion. For its part, over the last three years ended December 31, BeautyHealth has averaged nearly $350 million in total sales.

| | Year Ended December 31, | | |
|---|---|---|---|
| (in thousands) | 2023 | 2022 | 2021 |
| Net Sales | | | |
| Delivery Systems | $ 206,630 | $ 206,235 | $ 139,464 |
| Consumables | 191,361 | 159,641 | 120,622 |
| Total net sales | $ 397,991 | $ 365,876 | $ 260,086 |

43. On December 9, 2020, Vesper Healthcare Acquisition, a publicly traded special purpose acquisition company (SPAC) co-founded by Brent Saunders, a former Allergan CEO and owner of Botox and CoolSculpting, announced that it had agreed to acquire HydraFacial for a valuation of $1.05 billion and take the Company public.

44. On May 5, 2021, HydraFacial and Vesper Healthcare announced the closing of the business combination, with the combined company known as "The Beauty Health Company" or "BeautyHealth," which shares would be traded on the Nasdaq Capital Market under the ticker symbol "SKIN." As a result of the business combination, HydraFacial became a wholly owned subsidiary of BeautyHealth.

**B. Syndeo – the next generation HydraFacial delivery system**

45. With the $450 cash infusion and substantial private investment in public equity (PIPE) backing made possible by the SPAC-IPO transaction, BeautyHealth had

a war chest available to finance and execute on its well-publicized "Five-Point Master Plan," consisting of (1) placing new systems, (2) investing in providers, (3) driving brand awareness, (4) building global infrastructure, and (5) mergers & acquisitions.[2]

46. Addressing its first priority of placing new systems, on May 13, 2021, at the newly public BeautyHealth's first quarterly earnings call with investors, the Company announced a new product offering that would be brought to market in the first half of 2022, - the next generation HydraFacial Delivery System called "Syndeo."[3]

**Syndeo Delivery System**



*Source: Company Reports*

47. Meaning "connected" in Greek, the Company billed the Syndeo platform as offering a significant technology upgrade from the existing HydraFacial delivery system, as Syndeo would bring data collection capabilities for a personalized and connected experience. Specifically, Syndeo had a completely new interface and configuration, with little to no component overlap with the previous system. In addition, the Syndeo platform would come equipped with cloud-based software supplying BeautyHealth and its providers with data enabling the Company to better analyze consumer behavior and aid providers in understanding their clients' needs. The data

---

[2] *See, e.g.*, "First Quarter 2022 Earnings Presentation" (May 10, 2022) at Slide 6.

[3] *See*, The Beauty Heath Company Q1 2021 Earnings Call Transcript (May 13, 2021).

collected by Syndeo would purportedly allow providers to track consumer history and preferences, allowing them to offer targeted products and experiences personalized to a consumer's needs. Further, the Syndeo system would link with BeautyHealth existing Hydrafacial Nation customer app, which provides consumers with information about their skin health, the option to discover which treatment options are best for them, and the ability to track treatments over time. Syndeo's connectivity with the app would therefore allow the Company to have direct access to and engage with the consumer through gamification, including reward points like the Starbucks app.

48. In subsequent SEC filings and press releases the Company described the Syndeo system as being "designed to elevate every part of the treatment and connects providers to the consumer's preferences to create a more personalized experience. The hardware and software in the Syndeo Delivery System has been fully updated and includes Wi-Fi-enabled radio frequency identification ("RFID"). This technology will allow providers and us to collect data on their clients to ultimately provide a better experience for them."[4] In light of the advanced connectivity and data retrieval features, the Company explained that in addition to expanding its footprint, it anticipated a significant portion of its existing accounts would upgrade their existing Delivery System to Syndeo via a trade in program.[5]

49. The Syndeo Delivery System would be considerably more expensive than the current Hydrafacial system, Elite. The average retail price of Syndeo would be $43,000 vs. mid-$30,000 range for the prior Elite system, making the Syndeo system a considerable investment for BeautyHealth's client base.[6]

---

[4] The Beauty Health Company 2021 Annual Report at 9, filed on Form 10K with the SEC on March 1, 2021.

[5] The Beauty Health Company Q4 2021 Earnings Call (Feb. 22, 2022).

[6] "SKIN HQ Visit and Management Meeting Further Support our Bullish View," Piper Sandler (Mar. 21, 2022).

50. On January 20, 2022, with the upcoming rollout of Syndeo just months away, BeautyHealth announced the appointment of Defendant Stanleick to serve as its President, CEO and board member effective February 7, 2022. Defendant Stanleick previously worked as the Executive VP, Americas, at Coty (COTY) overseeing the portfolio of Luxury and Consumer brands, and as a senior executive with Coach and Kylie Jenner Beauty. Analysts viewed the new CEO hire as positive, as the Company would need to leverage Stanleick's expertise in digital influence marketing and global growth to successfully roll out Syndeo.[7]

**C. BeautyHealth's roll rut of Syndeo in March 2022**

51. On March 7, 2022, BeautyHealth issued a press release filed with the SEC on Form 8-K announcing the official launch of Syndeo in the U.S., with international market rollouts coming soon. In the press release, the Company called Syndeo "a revolutionary new digitally connected device co-created with our HydraFacialist community to meaningfully enhance the consumer and provider experience." In the press release, Defendant Stanleick emphasized Syndeo's strategic importance to the Company, stating "Syndeo positions us to lead in the beauty health market, by applying technology and data to maximize our customer experience."[8]

52. News of the introduction of Syndeo to the U.S. market was met positively by analysts. Piper Sandler exclaimed, "With CEO Mr. Stanleick now on board, this launch of Syndeo is great timing, as Mr. Stanleick's branding and international expertise should make for a smooth and successful roll-out. Overall, we continue to be big fans of SKIN and think Syndeo is the next piece of the puzzle to building a BeautyHealth

---

[7] "Q4 a Stand Out Quarter; 2022 Looking to be a Stand Out Year; We Remain Buyers," Piper Sandler (Feb. 22, 2022).

[8] "The Beauty Health Company Introduces New Digitally Connected HydraFacial Syndeo™ Delivery System" (Mar. 7, 2022).

integrated ecosystem."[9] Similarly, Canaccord remarked, "We view The Beauty Health Company as a terrific example of a 'category creator' within MedTech that is leveraging its existing technology platform, brand, and market insight to address an overlooked market segment."[10]

**D. May 10, 2022: Class Period begins with BeautyHealth's purported "highly successful launch" of Syndeo in Q1 2022**

53. The Class Period begins on May 10, 2022, when the Company issued a press release reporting its first quarter 2022 results - the first quarter reflecting the launch of Syndeo. For the three months ended March 31, 2022, BeautyHealth reported total net sales of $75.4 million, an increase of 58.6% compared to $47.5 million in Q1 2021. The Company reportedly sold 1,849 Delivery Systems during the quarter (a new record), including 258 trade-ups. In the press release, Defendant Stanleick attributed the record delivery system sales and significant revenue growth to "***the highly successful launch of Syndeo***."

54. BeautyHealth also increased its full-year fiscal 2022 guidance, projecting net sales in the range of $333 to 340 million, up from the prior guidance of $320 to 330 million and reaffirmed that the outlook for adjusted EBITDA remained at approximately $50 million. Defendant Stanleick said the guide up came "[a]s a result of the momentum we're seeing across the business and the ***strong rollout of Syndeo***."

55. That same day, Defendants Stanleick and Woo hosted the Q1 2022 earnings call with analysts. On the earnings call, Defendants Stanleick and Woo

---

[9] "Next Piece of the Puzzle Complete for the BeautyHealth Ecosystem; Reiterate OW," Piper Sandler (Mar. 7, 2022).

[10] "Synergies abound with the launch of next-gen product Syndeo," Canaccord Genuity LLC (US) (Mar. 7, 2022).

published an investor presentation, which included a slide highlighting the "***highly successful launch of Syndeo***" and "***strong enthusiasm for product***."[11]




56. On the call, referring to slide 5, Defendant Stanleick explained that the record delivery and growth was driven by "the deliberate and planned strategic promotions we unveiled in connection with the US launch of Syndeo in mid-March." Stanleick touted Syndeo's functionality and the positive customer feedback the Company had received, calling Syndeo "a revolutionary system that offers significant improvements and a personalized experience for providers and consumers. ***I'm thrilled by the strong early feedback we are receiving from the field, which validates our experience-led approach to innovation and product development***."

---

[11] "BeautyHealth First Quarter 2022 Earnings Presentation" (May 10, 2022) at slide 5, filed on Form 8-K with the SEC on May 10, 2022.

57. On the earnings call, Defendants Stanleick and Woo published another slide outlining BeautyHealth's three-phased execution plan for Syndeo:[12]




58. Defendant Stanleick emphasized BeautyHealth's "amazing job executing on the first phase of the planned rollout" and tremendous customer enthusiasm for Syndeo generating unexpected trade-ins of legacy Hydrafacial machines, justifying the Company's net sales guidance raise.

[12] "BeautyHealth First Quarter 2022 Earnings Presentation" (May 10, 2022) at slide 7, filed on Form 8-K with the SEC on May 10, 2022.

59. When asked by analysts, Defendant Stanleick agreed that Syndeo had helped reengage early adopters' consumable utilization, Defendant Stanleick agreed saying, "Yeah. And I spent a lot of time in the field with providers and aestheticians during the last few weeks since the launch. And absolutely, it's really reengaging, the new machines is really, what's – also visited the machines, the new training, it's really driving the Consumables and the whole interest aims back into HydraFacial."

60. Securities analysts were intrigued by Syndeo's strong interest right out of the gate. Piper Sandler noted, "We remain OW (Overweight) on SKIN and continue to view it as a top name in the consumer/healthcare crossover space following a solid Q1 report (sales +59% y/y vs. Street's +43%) and outlook (top line guidance raised by $10M) that suggest sustained momentum. Specifically, uptake of Syndeo has been strong via both new orders and trade-ups."[13]

61. Similarly, in reiterating its "Buy" rating, Canaccord remarked, "Bottom line: SKIN reported yet another impressive print with the launch of the next-generation Syndeo platform underway. . . SKIN's new CEO Andrew Stanleick seems to have arrived at an opportune time to leverage his brand marketing expertise to drive adoption of Syndeo, which we believe represents an opportunity to kickstart a flywheel of utilization growth when paired with the consumer-facing app and home use device."[14]

62. Unbeknownst to the market, Defendants May 10, 2023 statements regarding the "highly successful launch of Syndeo" and "strong rollout of Syndeo" were materially false. Defendants also failed to disclose material facts that cut against these positive statements about Syndeo. As detailed further below (*see* §VI *infra*), when Defendants called Syndeo "a revolutionary system" that offered significant

---

[13] "The Beauty Health Co. (SKIN): Trading Margins for Trade-Up Strength, We'll Take It; Reiterate OW," Piper Sandler Research (May 10, 2022).

[14] "The Beauty Health Company: Syndeo upside and execution the story coming out of Q1 for SKIN," Canaccord Genuity LLC (US) (May 10, 2022).

improvements over legacy versions, Defendants knew beginning in late April that devices were suffering from widespread cosmetic and performance-related issues resulting from design defects and new off-shore suppliers. As a result, contrary to Defendants' repeated representations that they were receiving strong early feedback from customers, the Company was being inundated with complaints ranging from part fitment problems and blemishes to plugging flow issues rendering the machine inoperable. Having chosen to speak about Syndeo rollout, the device's functionality and customer reaction, Defendants were duty-bound to reveal this adverse information to avoid giving BeautyHealth investors a misleading impression about the true state of the Syndeo program.

63. In June 2022, leading up to the Q2 2022 earnings release in August 2022, Defendants Stanleick and Woo attended analyst conferences. Stanleick and Woo made no mention of the many unresolved cosmetic and performance-related issues afflicting Syndeo at the analysts' conferences. Instead, Defendants continued to hype the Syndeo launch and how the device would help the Company drive sustainable growth. For example, on June 19, 2022, Stanleick and Woo attended the Jefferies Consumer Conference, where Stanleick emphasized Syndeo's "***really handy functional benefits***." Notably, when asked by a Jeffries analyst what he was most proud of that was achieved by the Company over the past year, Defendant Stanleick stated, "***Clearly, it's the flawless global launch of Syndeo***".

**E. Defendants concealed that the Syndeo system was flawed from the get-go.**

64. As set forth above and below, Defendants' May 10, 2022 and June 19, 2022 statements gave every indication to investors that Syndeo's launch was a success. However, according to a well-placed former BeautyHealth employee, FE-1, the first version of the Syndeo systems rolled out between March 2022 through approximately September 2022 were afflicted with a host of cosmetic and plugging issues, which the Executive Defendants were repeatedly and contemporaneously informed about. While BeautyHealth devised a strategy to secretly fix the Syndeo systems and appease

customers in the meantime, the remediation efforts were ineffectual, leading to strained customer relationships, lost sales, and a damaged brand image.

**1. Syndeo had extensive cosmetic issues, which matters when a device is as costly as Syndeo and intended to be used where visible to clients.**

65. The Syndeo systems employed a different design that was not present in other previous Hydrafacial systems and BeautyHealth utilized different suppliers, which combination led to fitment and other cosmetic problems, according to FE-1. FE-1 said Woo dictated that the Company utilize China-based suppliers for its Syndeo system as a "cost play." The new design and suppliers did not necessarily cause functionality problems with Syndeo, but instead led to cosmetic problems with the machine, including fitment and blemishes.

66. The cosmetic issues in the early Syndeo rollout were systemic. FE-1 estimated the cosmetic problems were present in 30% of the early version Syndeo systems, internally dubbed Syndeo 1.0, before corrective action was later implemented in or around July 2022 such as using double-sided tape (further described below).

67. The cosmetic issues upset early adopters of the Syndeo system. FE-1 explained that Syndeo's extensive cosmetic issues were problematic for two reasons. First, the machine is costly. "There's a lot of cosmetic issues," FE-1 said about Syndeo 1.0. "The esthetician and the office are paying a lot of money for a machine." FE-1 said the Syndeo systems retailed at $40,000 or as much as a car, so BeautyHealth's esthetician customers were not tolerant of cosmetic flaws. Second, FE-1 said the Syndeo system is intended to be used where it is visible to the client. FE-1 stated Syndeo's cost made customers feisty when they discovered cosmetic flaws from cheap workmanship. "We had a lot of cosmetic issues that customers had problems with," FE-1 said.

**2. Woo knew of Syndeo's cosmetic issues and customer complaints; Rather than address the source issues, Woo directed BeautyHealth to send customers new replacement machines with the same problems.**

68. Defendant Woo was repeatedly informed that the new design and new suppliers were causing cosmetic issues in the Syndeo systems and leading to customer complaints but expressed unwillingness to address the design or replace the suppliers causing the cosmetic issues. FE-1 said that although Woo was BeautyHealth's Chief Financial Officer, after BeautyHealth's CEO Clint Carnell departed in 2021, Defendant Woo was put in charge of all operations. FE-1 said that when Defendant Woo was informed of the cosmetic issue problem, Woo responded, "Well, we're not going to scrap it and return it — we need to use it. The components on the shelf. Do you understand?" "She basically was telling everybody, we're going to use this, just get it out there," FE-1 said.

69. Woo's solution to the systemic cosmetic issues was to simply replace the existing Syndeo with a new machine. According to FE-1, Woo said, "If there's a problem, just give them a new machine." FE-1 emphasized that he personally heard Woo say these things. FE-1 said that Woo told this directly to him and BeautyHealth's VP of Customer Experience, Tech Support and Sales Operations Nancy Parash at the Long Beach warehouse facilities on occasions between March 2022 through July 2022.

70. As to the cosmetic issues, FE-1 said "we saw a lot of complaints for it, and we replaced every machine, no questions asked—we'd send a brand new unit out." If a customer was concerned about a cosmetic issue with their machine, FE-1 said, HydraFacial would, "say 'here's an RMA [a Return Merchandise Authorization][15] — send it back, we're going to send you a brand new machine."

[15] A Return Merchandise Authorization (RMA) is an authorization that allows a customer to return or replace a product to a manufacturer. *See*, "What is a return merchandise authorization (RMA)?," *TechTarget* (Katie Terrell Hanna), https://www.techtarget.com/whatis/definition/return-merchandise-authorization-

71. The Individual Defendants' decision to replace the Syndeo machine with a new machine did not resolve the cosmetic issues or customer dissatisfaction because the Company would send out a new machine that likely had the exact same cosmetic problems as the replaced machine, according to FE-1. When asked if BeautyHealth would send out new machines with the same cosmetic problems, FE-1 confirmed, "We absolutely did." FE-1 said, "[w]e did it knowing that we didn't fix the problems that customers experienced — and we're going to send them a brand-new machine that may have the exact same problem." FE-1 said "One customer went through 5 machines due to cosmetic issues."

**3. The Syndeo 1.0 system plugged up due to a design flaw.**

72. Separate and apart from the cosmetic issues, Defendants learned around the same time that the early Syndeo systems were afflicted by an even more serious issue – due to a design flaw, Syndeo systems using serums routinely clogged up, preventing the customer from being able to use the machine. FE-1 said there was a flaw in the original design of the Syndeo where there was a channel in the manifold that was too thin and had a membrane that covered it.

73. The design flaw that led to the plugging stemmed from a new design of the manifold with the help of a design contractor not previously involved in previous Hydrafacial systems. FE-1 said the original manifold for the Hydrafacial was designed by Omnica. The design contractor who helped design the manifold for the Syndeo was Haroon L. FE-1 said, "It wasn't a copy of what our previous [Hydrafacial] machine, where we had no problem — that was our flagship, and we didn't use the same system." They redesigned the manifold with the help of a design contractor, and problems were introduced in that process. "Flow was one item that really destroyed us," FE-1 said.

---

RMA#:~:text=An%20RMA%20(return%20merchandise%20authorization,have%20a%20policy%20concerning%20returns (last accessed July 1, 2024).

"The manifold where you connect the bottles to the different serums was getting plugged up."

74. FE-1 said that prior to the Syndeo 1.0 going to the market in or about March 2022. it went through limited testing only on employees, friends, family and select customers in 2021 and early 2022. FE-1 said that the flow issues came to light in April/May 2022 and then got heavier and heavier in later months. FE-1 explained that once providers starts using the Syndeo more and more in the actual commercial setting, that's when the Syndeo starts getting clogged up.

75. According to FE-1, early Syndeo customers discovered the plugging issue and began complaining. Complaints came into the customer service or support. The customer entered their serial number and said it wasn't flowing. Customer service or support tracked the complaints in Salesforce, which data could be extracted by department heads like FE-1. In May and June 2022, the complaints increased significantly.

76. The plugging issue was widespread. When asked about what the impact of the plugging issue by late Q2 2022 for Syndeo, FE-1 said, "It's definitely more than 20%." "Probably as much as 50% maximum." At least 20% were clogging, and clogging was the biggest complaint.

77. Syndeo's response to the customer complaints regarding the plugging issues was identical to the cosmetic issues – to immediately send out a new machine. FE-1 explained that BeautyHealth began having its customers send in their broken units.

78. HydraFacial deemed it economical to send out an entirely new machine rather than sending a technician to fix the unit on-site, according to FE-1. "Originally, we weren't equipped to be able to go fix the machine," FE-1 said. "When we started going out there to fix it we, the technicians, weren't capable of fixing everything." The HydraFacial Company's technicians were up to the task of certain small things. They could also update the firmware or try to correct a cosmetic issue using double-sided tape or something to close up the gaps in the enclosures. But even after receiving the recalled

units, for the first half of 2022, the Company didn't have a clear plan or timetable for fixing them, according to FE-1. "We only had brand new machines, so we're sending brand new machines," FE-1 said. "We get their unit back, and then we're supposed to investigate it, but the operations team didn't investigate." "They [i.e. the returned Syndeo systems] piled up so fast that the operations team just couldn't turn around and didn't have [a fix]," FE-1 said. "They just kept sending out and making new machines as fast as possible to send new machines out."

79. In addition, by sending customers new units, HydraFacial thought it was more likely the customer could keep performing HydraFacials, which meant the Company kept selling serums, according to FE-1. FE-1 said the recurring revenue from serum sales was material for the Company. FE-1 likened Syndeo to a printer and the serums to ink, agreeing that "that's where you make your margins."

80. Unfortunately, the replacement machines tended to run into the same sorts of problems as their predecessors, leading to their eventual return and restarting the cycle, FE-1 said. "The company was giving customers new machines with the same problems." "Because it took a long time to fix because there was no fix."

**4. BeautyHealth senior management discussed Syndeo 1.0 problems at regular Tiger Team meetings, which flowed up to Woo.**

81. Throughout the Class Period, BeautyHealth senior management discussed the Syndeo plugging issues (and the cosmetic issues) through regular "Tiger Team slash meetings." FE-1 stated the effort was led by BeautyHealth Engineer Jack Fisher, who was project managing the effort to rectify the issues impacting Syndeo post-launch. FE-1 said he initially knew of the Tiger Team meeting because his direct supervisor, the Vice President, Quality, Regulatory Affairs, and Research and Development, participated in the Tiger Team. After FE-1's supervisor left the company, FE-1 would attend. FE-1 said that "the meeting were pretty much like a report out of where we were on things."

82. Throughout the Class Period, information from the Tiger Team meetings, including the plugging flow issue, reached the C-suite, including Defendant Woo. FE-1 said the flow issue was discussed in follow-up notes from the Tiger Team meetings, which were emailed to participants and BeautyHealth's executive officers. Every week, FE-1 received a "Syndeo issues" email, likely bearing that title, consisting of minutes of the weekly action-items. FE-1 said Woo was included on the emails, as were the marketing VPs, operations VPs, VP of Customer Experience, Tech Support and Sales Operations. "There's a lot of people that were on this — they didn't hide it; it was one of these things that they showed everybody working on," FE-1 said.

83. But the Company's openness in discussing Syndeo's early issues did not extend to investors. FE-1 said, "I didn't see them as hiding anything ***unless it was done at the C-level, like reporting to investors***."

**5. CEO Andrew Stanleick discussed Syndeo issues during monthly town hall calls.**

84. CEO Andrew Stanleick knew of early Syndeo 1.0 issues based on, among other things, his attendance and participation in quarterly townhall meetings. FE-1 attended quarterly town hall meetings held both in person and via video conference led by Stanleick and other management. FE-1 said BeautyHealth management regularly held quarterly townhall meetings immediately before publicly reporting quarterly results. FE-1 said that Syndeo 1.0 issues were acknowledged by management at the town hall meetings. FE-1 recalled a townhall meeting occurring in or about August 2022 in which Stanleick acknowledged the Syndeo challenges.

85. Defendant Stanleick's discussion of Syndeo issues during town hall meetings throughout the Class Period is further corroborated through the accounts of multiple other Former Employees. FE-2 also attended town hall meetings while employed during the Class Period during where CEO Andrew Stanleick spoke to employees and "definitely acknowledged that [Syndeo] was a problem." "Management said that they were doing upgrades and creating different software to kind of fix it." FE-

2 said Stanleick also referenced the Syndeo problems during companywide calls. Also, FE-2 said that FE-2 heard from friends who still worked at HydraFacial that before FE-2 rejoined the Company in April 2023, Stanleick had told employees about the Syndeo issues during the regular town halls. "When it started happening, it devalued our brand so much," FE-2 said of the problems. "He acknowledged (the problems) for sure," FE-2 said, noting that Stanleick always told employees that the Company was working to get the problems fixed.

**6. BeautyHealth's extensive efforts to solve the Syndeo 1.0 plugging issues.**

86. By early Q2 2022, there was a divergence in methodology between BeautyHealth's operations team and BeautyHealth R&D/quality team on how BeautyHealth should go about addressing the Syndeo plugging issues. FE-1 said, "there was a delay in getting it fixed because there's two different teams fighting over how we're going to fix it." "When R&D was trying to resolve and find a way to fix those problems, operations hired their own people to do it and came up with a different solution," said FE-1.

87. Disagreement and tension between the Operations Team and the R&D/Quality team was constant throughout FE-1's tenure. FE-1 said the R&D/Quality group was routinely overwritten by the operations group. FE-1 said the operations team was able to override the R&D/Quality team because Woo, who was in charge of operations (as well as finance operations, and sales and marketing), invariably sided with the operations team. "The meetings were done by the Operations team with Woo and the Vice President Supply Chain, Production and Engineering, pretty much," FE-1 said. "And a couple of other guys — Jack Fisher was another gentleman that came in later." "They pretty much did whatever they wanted to and would just ignore what we said we had to do," FE-1 said of operations. "The only time we got support from them (the operations group) is when we were about to have a big audit like ISO (International Organization for Standardization) certification, and then basically said, 'you're going to

fail if you don't do these things correctly'.'' Those words prompted the other side to "clean up their act a little bit." As soon as the audit was completed, however, they would "go back to doing whatever they wanted," FE-1 said. "I remember talking to [Vice President, Supply Chain, Production and Engineering]— he ran all the manufacturing," FE-1 said. "At one point, there was so much angst between the quality regulatory R&D group and the operations group that Vice President, Supply Chain, Production and Engineering told FE-1 that Woo told the Vice President, Supply Chain, Production and Engineering that operations doesn't have to listen to us, even though from a regulatory standpoint, quality can stop anything at any point."

**7. The Operations Team made poor recommended fixes, which top management approved, despite lack of testing and input from the R&D/Quality team.**

88. The winning idea for addressing the Syndeo plugging issues (i.e., the one that management selected) was generated by the operations team and involved creating a giant port to the manifold instead of a small channel, according to FE-1. FE-1 said he and the R&D Quality team were of the belief that "[the proposed larger channel] wasn't a fix that fixed everything". "We kept pointing out there are still other issues that we think could be causing it, and they (the operations team) tended to ignore it," FE-1 said. FE-1 wanted to test more, but "they said no, just this is going to be it."

89. Between April/May 2022 and July 2022, FE-1 recalled attending meetings in which the Company's operations team demonstrated the new design for Syndeo it thought was going to address the clogging issue. In addition, at the engineering level there were several meetings, including one where someone from FE-1's team from engineering looked at the new designs. "I was in several meetings for that, and we actually approved it only because at one point there was no argument; they said they weren't going to do more testing," FE-1 said. "We wanted to see if the new design would resolve all issues, they said 'no, we're not gonna do more testing — we proved that it works.'"

90. At that point, FE-1 said, it was either go out of business or approve it (operations' proposed fix) with fingers crossed. While FE-1 worked to meet the minimum requirement to pass, he and his supervisor, and the Director of R&D remained uncomfortable with it. "We're all not comfortable with what was happening, but again we're being overridden," FE-1 said. FE-1 said he could approve it without a guilty conscience because there was no health risk to the patient.

91. But "from a business standpoint, though, we felt there should have been more done as far as testing," FE-1 said. Operations would say, "Here's all of our finished data." The two groups argued about the process in the final meeting. There was a whole deck of "what we call design history files" that FE-1 said related to what the Company would later dub as Syndeo 2.0. "That will give you the picture of all the work that was done, all the testing that was done, and the results," FE-1 said.

92. Woo and Stanleick attended at least one meeting related to the new design tests and approval before July 2022, according to FE-1. Although FE-1 did not attend, "I heard of after the fact they attended, and they looked at the results from this," FE-1 said of the CEO and CFO. FE-1 explained that he was told this directly by BeautyHealth's Director of Engineering Samir Enjave, who FE-1 understood attended the meeting with Woo, Stanleick and others.

93. FE-1 characterized the content of the Syndeo re-design meetings he did attend as "We have to fix this problem and how we're going to fix it. So it was just a matter of meetings that happen and then just approvals," FE-1 said. With respect to the approval on the proposed new design intended to fix the plugging issue for early version Syndeo systems (Syndeo 1.0), FE-1 said, "It would be pretty much every department head would have to sign off on this." "That's part of the operations and R&D." FE-1 said that each group approves the part they're responsible for, not the overall picture. The overall picture was approved by operations, by the Vice President of Supply Chain, Production and Engineering at the highest level and below him Director of Engineering.

**8. Unbeknownst to investors, BeautyHealth implements Syndeo 2.0 plan in July 2022.**

94. In July 2022, BeautyHealth implemented its plan to begin producing and selling what it called Syndeo 2.0, which was Syndeo with a new manifold design and a software fix called an air purge that was supposed to correct the flow rate issue. FE-1 explained that Syndeo 1.0 and 2.0 were the same device; the 2.0 designation referred to the fix. FE-1 explained, prior to July 2022, "2.0 was just an internal term." "2.0 was an internal thing — someone just coined the phrase and then started using it" FE-1 said. But by July of 2022, The HydraFacial Company started referring to Syndeo 2.0. FE-1 said the fixes necessitated some differentiation. "We had to go out there in July and start implementing fixing these manifolds — sending people out there to do that," FE-1 said.

95. FE-1 explained that Syndeo 2.0 did not immediately go out to market. FE-1 explained that there was a lag time because first they had to provide the manufacturers with the re-design and get them ready to produce new Syndeo devices in a new way. FE-1 explained that the updated production did not occur until approximately September 2022. In addition to manufacturing of the new Syndeo machines, the 2.0 designation also referred to a fix for existing Syndeo 1.0 units in the field, which occurred after the updated production plan was put in place. FE-1 explained technicians were sent out to the field in around October 2022 to implement the Syndeo 2.0 fixes on customers' existing Syndeo devices. "First, we updated production — we took all the new units that we're going to build and started using this larger channel manifold," FE-1 said. "That was what was initially done. And then we sent technicians out to the field that worked for us, our employees who went in and did the fixes." "We would check out the manifold, and then while we're there, we fix some cosmetic issues."

96. In terms of onsite fixing of existing Syndeos, FE-1 said that The HydraFacial Company started with a third-party technician house that helped them fix some machines in the field. "I heard from others that that was also a data disaster," FE-1 said. "Because they weren't very familiar with the actual product." FE-1 said that

BeautyHealth then shifted to its own team in late 2022. "We were a lot more successful with it," FE-1 said. They just couldn't keep up because there were so many units."

**F. August 9, 2022: BeautyHealth delivers Q2 2022 results, calling the Syndeo rollout a "tremendous success"**

97. Thus, Stanleick, Woo and BeautyHealth's most senior executives were apprised through the beginning of the third quarter of 2022 that the Syndeo machine, while selling briskly, had many unresolved issues which had led to customer dissatisfaction. Nevertheless, the Company continued to actively sell Syndeo 1.0 machines, which Defendants knew was likely to cause further friction with customers and adversely impact financial results. And while the operations team had devised a redesign of the manifold to address the plugging issues, Syndeo 2.0 was not thoroughly tested presenting even more risk to the Company.

98. The facts, however, did not stop BeautyHealth from continuing to tout Syndeo. On August 9, 2022, the Company announced "record financial results that exceeded expectations for the second quarter ended June 30, 2022." The Company reported all-time high quarterly net sales of $103.5 million, up 55.7% year-over-year. The press release highlighted the "Successful U.S. rollout of Syndeo, HydraFacial's next generation connected delivery system, with +108.3% sequential quarterly growth in Americas number of systems sold since the first quarter 2022 when Syndeo was launched." The press release further represented that the strength in BeautyHealth's top line was largely driven by sales growth of "+76.6% year-over-year; driven by strong demand for Syndeo." Once again, BeautyHealth increased its market guidance, stating that it expected net sales in the range of $340-350 million for fiscal 2022 and reaffirmed its outlook for adjusted EBITDA of approximately $50 million.

99. Analysts were "encouraged by another strong quarter from BeautyHealth and look[ed] for color on the [upcoming earnings] call on the drivers of the quarter's

continued momentum, the state of the Syndeo launch, and plans to bring the new platform internationally."[16]

100. That same day, Stanleick and Woo hosted the August 9, 2022 Q2 2022 earnings call with analysts. Defendants again made no mention of the plugging issues and the Syndeo 2.0 initiative. Instead, in his opening remarks, Stanleick provided precisely what analysts were eagerly awaiting to hear, stating that "the Syndeo rollout in the U.S. has been a tremendous success, with 2,265 Syndeos placed since launch in March. . . In the Americas, we achieved growth of 76.6%, fueled by the launch of Syndeo. Having visited with hundreds of providers and consumers across the US, there is an incredible enthusiasm for our new Syndeo delivery system and we see it in our results."

101. Defendants Stanleick and Woo published an investor presentation featuring slides quoting positive reviews from select customers to support the notion that BeautyHealth was "Successfully Executing Our Syndeo Rollout" and "Accelerating Toward Planned 2023 Global Rollout."

[16] "Early Road on 2Q22 Results," J.P.Morgan Research (Aug. 9, 2022); *see also*, "Quick Take: Another Impressive Top Line Beat, but Margin Pressures Remain," Piper Sandler (Aug. 9, 2022) ("What to Listen for on the Call . . . We also want to gain a better understanding how trade ups to Syndeo have been trending and how margins have been impacted as a result"); "Initial Take: Strong Q2 Led by Syndeo System Placements; FY Sales Guide Raised," Jeffries Research (Aug. 9, 2022) ("What We Are Listening For on the Call: 1) Order book for Syndeo systems & any change in demand, trade-ins, financing requests").







102. Defendant Stanleick falsely stated that "[t]he first phase of our Syndeo rollout in the US was an astounding success. Syndeo is a giant leap forward in skin health technology. Our customers are raving about the connected system and user experience" and that "[t]he positive feedback we have with US customers underscores the remarkable opportunity we see globally with Syndeo," which the Company would

be rolling out in early 2023. Defendant Stanleick noted that "we remain laser focused on continuing the successful global rollout of Syndeo."

103. During the question-and-answer session with analysts, Maggie Boye of William Blair asked Defendant Stanleick if he could provide further color on the Syndeo launch and what he has seeing in the field. Defendant Stanleick responded by assuring analysts that the customer feedback featured on the investor slide "has been very consistent [with what] we're hearing," including "really good feedback on" Syndeo's "data connectivity, the improvements in user interface, the touch screen technology, the LightStim LED, et cetera".

104. Later, an analyst at TD Cowen asked Stanleick about the progress of BeautyHealth's beta testing progress of its new Glow & Go skin treatment. Stanleick responded that while BeautyHealth was a while away from commercializing Glow & Go, the Company would leverage the learnings and insight it had taken away from Syndeo – "in terms it's beautiful, it's connected and it gives a great user experience."

105. Similarly, an analyst at Canaccord asked Stanleick to expound "about the overall interaction that you're seeing with respect to the connectivity of Syndeo relative to what you're seeing on the consumer-facing apps." Stanleick responded that BeautyHealth was receiving "learning" "in real time" from BeautyHealth providers which data the Company was collected. Stanleick explained, however, that he was not sharing the data received yet since it was from early enthusiastic adopters and thus there was bias in the data. Stanleick assured analysts that the Company would "share some of the great and powerful learnings we're getting" "in a quarter or two."

106. Analysts were satisfied with Defendant Stanleick's responses to their inquiries regarding Syndeo. Canaccord wrote to its clients, stating "The next-generation Syndeo launch is clearly hitting its stride as SKIN posted record revenues".[17] Piper

[17] "A lot to like here despite the macro inflationary environment; BUY," Canaccord Genuity Capital Markets (Aug. 9, 2022).

Sandler added, "The Syndeo launch is going well, with >1,200 trade-ups in Q2 and the company on track to launch OUS (outside U.S.) early next year."[18] Goldman Sachs exclaimed, "Just two quarters into Syndeo's launch, and we may have already seen the inflection in system placements we've been anticipating. We remain Buy rated."[19] Benchmark concluded, "We continue to be optimistic about the growth prospects for the company, driven by the U.S. launch of the new HydraFacial delivery system, Syndeo. Given the strong demand in the United States for Syndeo, the company is now planning to extend the launch to international markets beginning in 2023, which implies sustainable sales growth for the company."[20]

**G. BeautyHealth soon learns that the Syndeo 2.0 failed to cure the systemic plugging issues in late October/November 2022**

107. After the Syndeo 2.0 launch, Syndeo 2.0 was treated as a success for a few months, according to FE-1. While the 2.0 model corrected the clogging issue initially, as time went on, the problem returned and the machines began plugging up again, according to FE-1.

108. Syndeo plugging complaints reached critical mass around late October/November 2022. FE-1 said, "We started hearing about problems somewhere in late October or November 2022, that it didn't fix the problem completely."

109. In addition, Syndeo's 2.0 design of creating a larger channel manifold resulted in a new problem of wasting too much serum, according to FE-1. FE-1 explained that Syndeo 2.0 "customers were very upset that they wasted too much serum because the internal channel was just too big."

---

[18] "Momentum Strong, but Margin Worries Take Over; We're Buyers into the Weakness," Piper Sandler (Aug. 9, 2022).

[19] "The Beauty Health Co. (SKIN): Syndeo Hits its Stride; 2Q First Look," Goldman Sachs Equity Research (Aug. 9, 2022).

[20] "The Beauty Health Company (SKIN): 2Q Beat & Raise; Syndeo Off To A Strong Start; JLo Glow Ready To Go," The Benchmark Company (Aug. 10, 2022).

110. FE-1 explained that the fixes for Syndeo's plugging issues that led to Syndeo 2.0 were rushed and should have been implemented with greater care. "It was to address a clogging — there was some software that was being written in to do what they call an air purge," FE-1 said. "And so you pulled the bottle, and it was supposed to purge air." Operations also made a few other small changes. "They rushed through it very quickly, only listened to one person and believed them and went that route," FE-1 said. "And then got us into another mess."

111. When asked about the scope of the plugging problem with Syndeo 2.0, FE-1 said, "This time, it was closer to 20% of customers who experienced issues — less than 50% of the initial batch."

112. According to FE-1, during his tenure up until May 2023, he did not recall the Company halting sales of Syndeo 2.0 due to the plugging issue or recall pulling any units off the shelf. Instead, FE-1 said, "It was even worse — we kept selling them."

113. Rather, the Company's response was to again attempt to make on-the-fly fixes. "The response [to Syndeo 2.0's issues] was ongoing engineering, trying to figure out what it was, how to fix it," FE-1 said. "Everything that happened took a long time to get resolved because multiple parties were arguing about how things should be done." "They didn't care what I said – anywhere we have elbows down where an orifice gets smaller, you have the potential of clogging," FE-1 said. "So, R&D's recommendation was to go look at all of that and fix it all at one time." FE-1 explained, however, that by that time the operations group had taken over R&D and participated in the Tiger Team meetings.

**1. Syndeo 2.0 plugging issues were communicated to Woo through reports from the regular Tiger Team meetings.**

114. Woo knew of the second wave of Syndeo problems and customer complaints through the Tiger Team process. FE-1 said the same regular Tiger Team continued to address the Syndeo 2.0 issues in regular meetings and follow up communications. FE-1 said the Tiger Team continued to meet "[b]ecause there's so

many issues happening" to the Syndeo 2.0 systems. "The front panels were falling out and there was cosmetic issues that continued to happen."

115. FE-1 said Woo was still involved with the Tiger Team and continued to receive meeting minutes and action plans. The customer complaints about Syndeo 2.0 were addressed during the Tiger Team meetings. FE-1 was on most of the emails of meeting minutes discussing the problems, which recipient list included Defendant Woo.

**2. Syndeo 2.0 issues were also communicated to Stanleick and Woo through the Management Review in September/October 2022.**

116. Stanleick and Woo were further informed of the Syndeo 2.0 complaints through the Company's annual management review process conducted in September/October 2022. As director of quality, FE-1 was responsible for preparing the management review report and leading the management review meeting each year. "Management Review is strictly a quality meeting to talk about the required performance requirements by the FDA," FE-1 explained. "Most companies do it annually."

117. FE-1 participated in a management review once a year every September/October where management discussed complaints regarding HydraFacial products, including Syndeo. In connection with the management review process, a management review report is prepared and disseminated around September or October of each year. According to FE-1, Syndeo was discussed during at least two management reviews during FE-1's tenure with BeautyHealth, including at the September/October 2022 management review. FE-1 said Syndeo was also discussed the previous year at the September/October 2021 management review "because Syndeo started as an R&D project" in 2021.

118. FE-1 explained that the management review report "talks about the number of complaints we've had and the number of what we call nonconformances: rejections that we write up on the floor." FE-1 explained that the FDA required nonconformance reports. "If you are performing inspections, and you find something that's out of

compliance or not meeting specifications, then you create a document that says it was – a nonconformance report," FE-1 said. "You write up a document explaining what was wrong with it, and then if it has a good disposition, whether it's getting it repaired, or you letting it go, because you have justification, why you can do that, or you're scrapping the material or equipment, and so forth."

119. The management review report included the number of complaints categorized by problem type. At the management review meetings, the issues were then addressed more candidly than at the quarterly town hall meetings, according to FE-1. At the September/October 2022 management review meeting, "We did represent that we had, let's say, 1,000 complaints, and here's what the breakdown was," FE-1 said. "The breakdown would have been cosmetic was 30%, flow issues were 20%—there was definitely a part of what we presented that would show those."

120. FE-1 said there was an attendance roster and everyone who attended signed off. FE-1 said CEO Stanleick and CFO Woo attended the management reviews. Other senior executive attendees included the Chief Marketing, Digital & Customer Experience Officer and BeautyHealth's general counsel, according to FE-1.

121. FE-1 said that after completion of the management review, the management review materials were readily accessible to BeautyHealth executives. FE-1 said HydraFacial used "Master Control" as its quality management system (QMS). The program was a validated software that was green-lit for use in the medical device industry. Via Master Control, "[y]ou could request management review and meeting minutes," FE-1 said. "It'll explain who was there and have all the slides that were presented and then any kind of decisions that were made during that meeting."

### H. September 15, 2022 Investor Day: Defendants claim Syndeo's launch has been "next level"

122. Stanleick, Woo and BeautyHealth's most senior executives were made aware by the fall of 2022 that the Company had failed to resolve the clogging issues with Syndeo 2.0, and that the Syndeo 2.0 had additional problems including a design

flaw that resulted in the machines wasting excess serum. And Defendants were aware that the Company was continuing to receive thousands of complaints from customers about these issues.

123. These facts, however, did not stop BeautyHealth from continuing to tout Syndeo. On September 15, 2022, BeautyHealth hosted an Investor Day meeting with analysts in New York to discuss the BeautyHealth business model, addressable market, financial performance, strategy, and future growth plans. In advance of the Investor Day conference, management issued a press release announcing its first formal Long Range Planning (LRP) since going public in May 2021, projecting sales to double and for EBITDA to at least triple by fiscal year 2025.

124. The press releases explained that at the Investor Day Conference, further insight would be shared on BeautyHealth's "[p]rogress launching globally our next generation, smart and connected delivery system, Syndeo, which is a massive leap forward in skincare technology to deliver a new, better and different treatment than any other product available."[21]

125. At the Investor Day, Defendants published a presentation, featuring a slide representing that "Syndeo's launch has been next-level," 3X Sales – Exceeded month 1 launch expectations," and "~2,265 Systems In Market":[22]

---

[21] *See*, "A Harbinger of Beauty Industry Resiliency, BeautyHealth Announces Three-Year Plan to Double Sales, At Least Triple Profit," filed with the SEC on Form 8-K on Sep. 14, 2022; *see also*, "BeautyHealth : Updates Ahead of the Analyst Day: First Look at 2025 LRP Better than Previewed," J.P.Morgan Research (Sep. 14, 2022).

[22] "BeautyHealth: Analyst & Investor Day," (Sep. 15, 2022).




126. The Investor Day Presentation contained another slide, touting Syndeo's "elevated design," "enhanced ease-of-use and intuitive operation," and "connected experience":



127. The presentation contained another slide claiming "Syndeo will pave the way to our connected platform" through "First of its kind delivery system," "Ultimate in ease-of-use and intuitive operation" and "Data to optimize utilization":




128. Defendants Woo, Stanleick, BeautyHealth's Chairman of the Board of Directors Brenton L. Saunders, and several other BeautyHealth senior executives participated in the Investor Conference with analysts.[23] At no time did the Executives

[23] Other participants at the September 15, 2022 Investor Day conference included Benjamin Baum (Chief Experience Officer), Jwala Karnik (Executive Vice President-Global Strategy & Partnerships), Amy Juaristi (Head-Corporate Affairs), Daniel Watson (Executive Vice President-Sales Americas), and Mingo Ku (President-North Asia).

Defendants or other BeautyHealth insiders indicate that the Syndeo rollout was the success it was previously represented to be, that it was plagued by cosmetic and performance issues that had not been satisfactorily addressed and that these issues were damaging the Company's brand. Instead, at the conference, Stanleick stated that "last March, we launched our latest delivery system, Syndeo. This next generation smart delivery system represents a leap forward in beauty technology. It is new, better, and different to anything else on the market, and it's taking our business to the next level." Stanleick called Syndeo "revolutionary," and that "[f]irst month orders exceeded our internal forecasts by nearly threefold and we continue to see an incredible enthusiasm for Syndeo with orders for around 2,265 systems already placed."

129. Stanleick claimed that the Syndeo is a "game-changing, innovative" product that was "Co-created in direct collaboration with our valued aesthetician partners" and that the Company had "transformed this flagship device to address many of the critical asks they had for us." Stanleick emphasized Syndeo's "ease of operation, design, and use for our aestheticians."

130. Stanleick noted the Company's "launch this year of Syndeo 1.0 is just the beginning," and that the Company was "already hard at work enhancing, improving and optimizing Syndeo in collaboration with our early adopter providers." But rather than reveal the Company's attempt to address cosmetic and flow issues, Stanleick characterized the upcoming improvements as "software updates" and noted that "[f]uture releases will include additional features and functionality, especially progress toward our connected ecosystem, tying together provider, consumer, and HydraFacial through a redesigned app with greater connectivity and data next year."

131. Stanleick concluded, "We have a state-of-the-art, industry-leading flagship device with Syndeo that is transforming the industry and setting new standards for what an aesthetic experience should be."

132. BeautyHealth's statements about Syndeo were well received by the market. BeautyHealth stock rose 7%, from a close price on September 14, 2022 of $11.73 per share to $12.57 per share at the close of market on September 15, 2022.

133. Securities analysts were similarly encouraged about Syndeo BeautyHealth's prospects. For example, Raymond James raised its 2023 sales growth targets from +20% to +22% and estimated EBITDA from $75M to $77M, "reflecting the resiliency of SKIN's customer in the current market environment as well as the continued rollout of the Syndeo device."[24] William Blair gave the BeautyHealth stock an Outperform rating, writing to its clients: "Overall, we were encouraged by the long-term outlook laid out at the investor day and believe that the long-term guidance of doubling revenues and tripling profits by 2025 should be achievable and beatable. We see a growing number of opportunities ahead of the company to help drive sustainable growth, particularly with the recent Syndeo launch in the United States."[25] And Canaccord concluded, "We view Syndeo as the linchpin of growth for SKIN… Given the magnitude of the Syndeo launch, with respect to the upgraded systems capabilities as well as competitive advantages it drives for SKIN, we expect it is fair to view Syndeo as both a major new product launch and an aggressive upgrade cycle for BeautyHealth."[26]

## I. In September/October 2022, the Company hid broken Syndeo machines from Quality Auditors performing audit

134. By fall 2022, the number of returned Syndeo systems began to pile up at Hydrafacial's Long Beach warehouse. FE-1 said by this time the Company was having

---

[24] "The Beauty Health Company (SKIN-NASDAQ): Inaugural Analyst Day Delivers Robust Targets," Raymond James (September 19, 2022).

[25] "The Beauty Health Company: Here We Grow (and Glow) as Beauty Health Lays Out Solid Long-Term Outlook at Investor Day," William Blair (September 16, 2022).

[26] "We see accelerating growth opportunities for SKIN," Canaccord Genuity Capital Markets (September 15, 2022).

to store 2,000 – 3,000 returned Syndeo machines. Around September or October of 2022, The HydraFacial Company moved the returned Syndeo machines out of its warehouse in advance of a quality management audit conducted by BSI, a private company working on behalf of regulatory bodies. BSI conducted the audit at the HydraFacial's Long Beach manufacturing facilities in September or October of 2022. BSI was responsible for issuing The HydraFacial Company ISO (International Organization for Standardization) certification.[27] "HydraFacial is in 92, 93 countries," FE-1 said. "A lot of those countries depend on that certification."

135. "We had them (the returned Syndeo machines) all over the building," FE-1 said. FE-1 said the Company "rented some space in the building next door from a neighbor to store these things so people wouldn't see them." Specifically, the HydraFacial Company had rented an adjacent unit at an address right behind the manufacturing facility. BSI did not have access to that adjacent unit for its September/October 2022 audit, and according to FE-1 The HydraFacial Company chose to move many units there for that reason.

136. While it was apparent that The HydraFacial Company was intentionally hiding the returned units from BSI, FE-1 said, "the official word on it was that we were running out of space in the warehouse and we needed to find more space, so we moved those rejected units, or customer returns over to the other facility". FE-1 confirmed that the real reason for the move was to hide the machines from BSI.

137. When asked why the discovery of the returned units would have impacted the outcome of the BSI quality audit, FE-1 responded, "Because it was a mess." "They weren't identified with the right documentation." FE-1 said that with medical devices, you need to make sure there is a clear delineation between good and bad products. The

[27] An ISO quality management certification is a seal of approval from a third-party body that a company runs to one of the international standards developed and published by the International Organization for Standardization.

broken Syndeos were "just on the bottom row of racks and just kind of taped off and didn't have proper identification for most of them," FE-1 said. "It just looked a mess."

138. FE-1 said that Woo saw the disorganized state in which BeautyHealth maintained the returned Syndeos. FE-1 said that Woo walked the Long Beach warehouse floor a half dozen times.

**J. November 8, 2022: BeautyHealth reports Q3 2022 results continuing to tout "solid demand for Syndeo."**

139. Defendants were thus aware of thousands of faulty Syndeo units and that the Company was incurring substantial and increasing costs associated with replacing these machines. Nevertheless, they continued to tout the Syndeo program as a success.

140. On November 8, 2022, BeautyHealth issued a press release filed on Form 8-K with the SEC, announcing its third quarter 2022 financial results. The Company reported quarterly net sales of $88.8M, up 30.3% year-over-year and represented that this increase was "driven by strength in Delivery System net sales." The release further stated that "Net sales in the Americas region increased to $58.4 million in Q3 2022 compared to $45 million in Q3 2021, driven by solid demand for Syndeo." According to the Company, it sold 1,860 delivery systems in the quarter at an average selling price of $25,947 and 6,447 for the nine-month period.

141. The press release quoted Defendant Stanleick: "On top line results that again beat expectations and demonstrate continued strength in consumer demand, we are pleased to raise our full year net sales guidance to $360 million to $365 million … Importantly, we remain confident in our ability to execute on our long-term business plan discussed during our Investor Day."

142. Analysts were optimistic following the press release. For example, Jefferies noted that the Company's report of a 30% increase in U.S. net sales "reflects solid demand for the new Syndeo system," and indicated that it would be listening for more information on the Company's upcoming earnings call about the "order book for Syndeo

systems & any change in demand, trade-ins, financing requests," at the upcoming earnings call.[28]

143. On November 8, 2022, Defendants Stanleick and Woo hosted BeautyHealth's Q3 2022 Earnings Call. In his opening remarks on the November 8, 2022 Q3 2022 earnings call, Defendant Stanleick reported that the Company "saw a positive momentum in both delivery system and consumable sales, producing net sales of $88.8 million, up 30% year-over-year, one of our strongest quarters on record."

144. Defendant Woo reiterated, "In America, we grew 30% year-over-year, driven by the continued success of Syndeo placements," and added that the Company "reported adjusted EBITDA of $16.5 million for the third quarter, which was driven by strong demand for Syndeo in the US."

145. During the question-and-answer session with analysts, when asked for guidance on the Company's expectations for future growth, Defendant Stanleick stated, "the US another tremendous quarter plus 37% – 30% strength of the consumer strength, continued strength of Syndeo, which gives us a lot of confidence. We're seeing absolutely no slowdown."

146. Similarly, Korinne Wolfmeyer of Piper Sandler asked for further explanation "about the cadence of delivery system sales that you saw throughout the quarter." Stanleick responded, "We've seen actually consistent demand across the quarter in all regions, actually. Of course, APAC was, of course, impacted by the opening and closing and opening and closing in China. But across that, we've seen very robust demand, no slowdown. And of course, in the US, we continued with the rollout of Syndeo very strongly and prepare for our international launch of Syndeo in overseas markets in the H1 of 2023." And Defendant Woo echoed that sentiment, stating "Obviously, we haven't seen a slowdown, as Andrew mentioned, in the US market.

[28] "Initial Take: Q3 Beat; FY Sales Guide Raised, EBITDA lowered," Jefferies Equity Research (November 8, 2022).

We're very encouraged as we continue to visit our providers and the sentiment seems to be strong."

147. When asked about the Company's long-term guidance, Stanleick assured analysts that, "long-term plan remains firmly on track. And I think it's important to note our revised EBITDA guidance does not reflect a demand or profitability problem. Rather, guidance reflects just the potential of temporary macro pressures, blunting our operating leverage. And as we said, we remain really cautiously optimistic about our ability to achieve $50 million EBITDA guidance this year."

148. Later, Kyle Rose of Canaccord asked for an update on the Company's progress in leveraging data gathered through the "connectivity aspect" of Syndeo. But, as he had during the previous quarter earnings call, Stanleick stated that the Company was "gathering a huge amount of data" and "learning a lot," but again declined to share any specific details due to "an inherent bias" in the data. However, Stanleick did take the opportunity to provide his general reassurance that, "***six months since the launch of Syndeo, and we couldn't be happier with the rollout***."

149. Analysts continued to respond positively following the Company's Q3 2022 earnings call. Canaccord wrote to its clients: "The next-generation Syndeo launch is clearly hitting its stride as SKIN posted its second highest revenues on record."[29] Benchmark added, "The BeautyHealth Company beat 3Q estimates and raised revenue guidance for the remainder of 2022. We continue to be optimistic about the growth prospects for the company, driven by the U.S. launch of the new Syndeo delivery system, the anticipated international launch next year, and a pipeline of new boosters that can generate awareness and incremental profit for Hydrafacial."[30]

---

[29] "Seeing a boost from Syndeo, but China and FX headwinds temper expectations : ; BUY, $20 PT ," Canaccord Genuity Capital (Nov. 8, 2023).

[30] "The Beauty Health Company (SKIN): 3Q Beat & Raise; Raising Estimates," Benchmark (Nov. 9, 2022).

150. Following the positive Q3 2022 earnings report, Defendants Stanleick and Woo attended the Stifel Healthcare Conference on November 15, 2022 during which Defendant Stanleick reiterated the "very strong and positive feedback [] [w]e've seen [] obviously [with] the launch of Syndeo" and the "flawless launch of Syndeo, which we've had so far."

**K. Syndeo computer chip issues identified in late 2022/early 2023**

151. In addition to the plugging issue, BeautyHealth learned in late 2022/early 2023 that one of its critical subcontractors, Premio, was using an unauthorized new computer chip for Syndeo that caused the machines to not turn on, according to FE-1. BeautyHealth discovered the chip issue in late 2022 to early 2023 — sometime in Q4 of 2022 or Q1 of 2023, according to FE-1.

152. The chip issue came to light when customers began complaining in late 2022/early 2023 that the machines were not turning on, according to FE-1. "The testing that we did in-house was different from actually using it; it was just making sure that you could reach the parameters, and we had a backdoor way of testing it," FE-1 said. "Compared to if you turn it on the normal way, as a customer would."

153. BeautyHealth found that Premio had changed the chip, and the firmware needed to be changed. The problem impacted a certain portion of Syndeo machines produced and sold during a small time window. While according to FE-1 the chip issue was not massive in terms of the number of outstanding Syndeo machines like the plugging and cosmetic issues, the chip issue cost the Company a lot of money because they had to hire people to go out into the field and fix the Syndeos. "We were able to make the updates," FE-1 said. But "[t]hat had to be done in person." FE-1 said the Syndeo chip issue was also emblematic of the control system failures at BeautyHealth that a critical subcontractor Premio was changing the chips without BeautyHealth's direction or knowledge.

154. Altogether, FE-1's account of thousands of returned Syndeos by May 2023 further corroborates the apparent nature of the systemic problems with Syndeo 2.0 and

control system failures. FE-1 stated, "the one number that I keep going back to is 5,000 machines during my tenure — there were more than 5,000 [returned], and when I left (May 2023), we had only sold maybe 10,000 at the most."

**L. February 27-28, 2023: Defendants vaguely reference Syndeo replacement program on Q4 2022 earnings call, but mischaracterize it as a "one-time program" and assure analysts they have optimized Syndeo in preparation for international launch.**

155. Defendants were thus aware by the beginning of 2023 about numerous systemic issues with Syndeo and knew that several thousand faulty machines had been returned. Yet, despite this knowledge, Defendants continued to characterize the launch of Syndeo as successful and represent that Syndeo had been well-received by consumers.

156. On February 27, 2023, after close of market, the Company announced its full year and fourth quarter 2022 financial results in a press release filed on Form 8-K with the SEC, reporting that "full year 2022 net sales of $365.9 million increased +41% relative to 2021, and fourth quarter net sales of $98.1 million increased +26%." In the press release, Stanleick stated, "I am proud of the significant progress our team made this year. We achieved strong annual sales growth, launched Hydrafacial Syndeo, our innovative next generation delivery system, and continued to build the world's premiere skincare booster portfolio. . . As planned, we are now turning our focus to driving profitable growth and flawlessly executing our international Syndeo launch in the second quarter." In summarizing the fourth quarter, the press releases vaguely referenced an expense of "$2.4 million in non-recurring Syndeo initial program logistics and services costs."

157. Analysts' initial take was that the Company had posted a "solid" Q4 2022 and looked forward to management's discussion of the "Order book for Syndeo systems & any change in demand, trade-ins, financing requests."[31]

158. On February 28, 2023, Defendants Stanleick and Woo hosted the Company's Q4 2022 Earnings Call. During the call, Defendant Stanleick touted Syndeo as "the biggest product innovation in our company's history." Stanleick explained, "We will launch Syndeo internationally in the second quarter of 2023. We have taken lessons learned from a ***highly successful US launch*** last year and look forward to growing Syndeo's soon to be global footprint."

159. Defendants Stanleick and Woo published an investor presentation with slides touting Hydrafacial and Syndeo as aestheticians' "favorite treatment and device."




160. Stanleick added that in 2022, the Company had delivered a record 8,492 Hydrafacial systems globally, which includes 1,793 trade-up units to Syndeo, which he

[31] "Beauty Health: Initial Take: Q4 Solid, FY23 Guide Above Street; M&A Added to Portfolio," Jefferies Research (Feb. 28, 2023); *see also*, "SKIN | Solid Q4 and FY23 Outlook; Announces Acquisition," Raymond James (Feb. 28, 2023).

claimed highlighted "consumer and provider resiliency and increasing demand globally for our products."

161. Later during the call, Woo vaguely acknowledged incurring a $2.4 million charge in carrying out a program to replace all Syndeo systems regardless of issue until October 2022 with the first generation Syndeo models, but downplayed the situation as a common occurrence with new product releases, characterized the cost and return policy as a "one time program," and claimed that they had "optimized Syndeo in preparation for our international launch in second quarter of 2023."

162. During the question-and-answer session with analysts, Linda Bolton Weiser of D.A. Davidson asked what the Company had learned in the first year since the launch from data collected through Syndeo's connectivity function. Stanleick stated that "we're learning how to improve the system and the software, and we're always iterating and learning and improving the system based on provider feedback, based on what we're learning of that data," but he declined to provide any specific information about what the Company had learned about Syndeo or what improvements it was working on, stating instead "I think in the coming quarters, we'll share more insights with you on what we're learning."

163. Analysts continued to be optimistic, taking away from the earnings call that "Syndeo Launch On Track."[32] The market also reacted positively to the Company's full year and fourth Quarter 2022 financial results, as BeautyHealth stock jumped over 11%, from a closing price of $11.32 per share on February 27, 2023 to $12.61 per share at the close of market on February 28, 2023.

[32] "Model Update: FY23 Guide Above Street; Demand Resilient, Syndeo Launch On Track," Jefferies Research (Feb. 28, 2023).

### M. March 30, 2023: In announcing Syndeo international launch, Defendants claim "Syndeo has been embraced by Hydrafacial customer and provider community in the U.S."

164. On March 30, 2023 BeautyHealth announced the international launch of Syndeo in Europe and Asia in a press release which stated in relevant part, "Syndeo has been embraced by Hydrafacial's consumer and provider community in the U.S., where sales exceeded expectations by three times within the first month after launch. Momentum has continued, with more than 3,000 systems sold in 2022."[33] In the press release, Defendant Stanleick states, "We are incredibly excited to introduce our international Hydrafacial community to Syndeo. It is a true revolution of the treatment room". The press release add, "With its upgraded connected functionality and elegant design, Syndeo remains true to Hydrafacial's proprietary treatment experience, delivered through its patented vortex fusion and "magic wand."

165. Analysts again took note of these continued representations about the existing demand for Syndeo as they planned ahead of BeautyHealth's first quarter 2022 earnings release. Raymond James wrote, "We believe the two biggest focus points for investors will be the success of the Syndeo rollout internationally as well as consumer appetite for the HydraFacial service in a shakier macro environment. . . While there are always going to be risks on new launches in different geographic regions, mgmt has continued to provide the narrative that demand for Syndeo is strong globally."[34]

### N. Syndeo's systemic performance issues continue throughout the first half of 2023

166. FE-2 confirmed that Syndeo's systemic performance issues continued throughout 2023. Corroborative of the other Former Employees' accounts, FE-2 learned of the Syndeo issues even before returning to HydraFacial in April 2023 because FE-2

---

[33] "Revolutionizing the Treatment Room: BeautyHealth Launches Connected Hydrafacial Syndeo Device in Europe and Asia," Business Wire (Mar. 30, 2023).

[34] "The Beauty Health Company (SKIN-NASDAQ)," Raymond James (April 19, 2023).

was still in the industry. "I was hearing about it from a lot of my accounts that had the new HydraFacial device," FE-2 said. "I stayed really well connected with my team at HydraFacial because I had planned on eventually going back over there, so they were telling me about all the returns and the issues." But when FE-2 rejoined BeautyHealth in April 2023, FE-2 observed that Syndeo experienced issues modulating product use and over-sucking serum.

167. FE-2 explained that the consumables used for each HydraFacial treatment include serums, tips, and sometimes boosters. Immediately upon re-joining BeautyHealth, FE-2 heard from clients that the Syndeo overconsumed serums, negating the company's value proposition. "With the serum selection, the device automatically selected the serums, and there was a point where a lot of the serums weren't working," FE-2 said. "And then they tried to upgrade the device, and now it's oversucking serum."

168. Syndeo's over sucking of serum undermined the Company's representations about the product's performance. FE-2 said HydraFacial told clients they should get 15 treatments out of each bottle of serum. In practice, however, that was rarely the case. At 15 treatments per bottle, each HydraFacial should cost $34 to $55, depending on whether boosters for corrective treatments are used. However, most customers were getting nowhere near 15 treatments out of each bottle, increasing the customer's cost substantially, according to FE-2. FE-2 said HydraFacial providers were paying much more per treatment, significantly cutting their profit margin. FE-2 stated, "A lot of practices have brought to their (BeautyHealth's) attention that you're actually only getting five to six treatments out of each bottle," FE-2 said. "That's huge — they're losing a lot on their cost per treatment and their ROI."

**O. May 10, 2023: BeautyHealth reports 1Q 2023 results touting "strong Syndeo traction."**

169. Despite their awareness that the various issues with Syndeo, including the serum over-sucking problem, persisted into the spring of 2023, Defendants continued to represent that consumer demand for Syndeo was strong.

170. On May 10, 2023, BeautyHealth announced its first quarter 2023 financial results in a press release filed on Form 8-K with the SEC, announcing "net sales of $86.3 million increased +14% year-over-year, continuing a trend of double-digit quarterly growth." In turn, the Company raised its fiscal year 2023 net sales guidance to a range of $460 to $480 million due to continued strength in consumer demand, ***strong Syndeo traction globally***, and a reacceleration in China." In the press release, Defendant Stanleick emphasized the "demand" and "excitement for the international launch of Syndeo.

171. On May 10, 2023, Defendants Stanleick and Woo hosted the Q1 2023 earnings call with analysts. On the call, Defendants published an investor presentation which touted increased year-over-year revenues "amidst strong Syndeo traction."




172. During the Company's Q1 2023 earnings call on May 10, 2023 Defendant Stanleick emphasized "One year on from its debut, we have placed nearly 5,000 Syndeo systems across the world. We are very pleased with its uptake today and expect growth to continue as we execute on our international Syndeo launch and capitalize on broader sector tailwinds."

173. Later, Defendant Woo spoke positively about the state of the Syndeo program, repeatedly stating "Syndeo's international launch performance to-date is promising with strong traction across our launch markets," and that the "the global traction for Syndeo has been strong."

174. Defendants' positive statements about the Syndeo program were convincing to investors. BeautyHealth shares rose 7% after the Company's release of first quarter 2023 earnings, from an opening price of $10.00 per share on May 10, 2023 to a close price of $10.69 per share on May 11, 2023.

**P. June 6, 2023: Defendants claim Syndeo program has been a "great success."**

175. On June 6, 2023, Defendants Stanleick and Woo appeared at the TD Cown Sustainability Conference at which continued to portray the Syndeo program positively. At the conference, in response to an analyst inquiry concerning the Syndeo program, Defendant Stanleick stated that "we launched this new device, the new Hydrafacial system just over 12 months ago here in the US. And it's been a great success."

176. In response to another inquiry, Stanleick emphasized its fundamental core value of putting the customer first and its following of that mantra with its rollout of the Syndeo system over the past year, stating "A key fundamental value of our company is the customer is number one, really. And we are always, and we've got that with Syndeo, always learning – testing and learning, improving the device. We launched Syndeo here in the US a year ago. We've got a lot of learnings. We made improvements in the software. So I think we're continuing to learn, enhance and improve the provider experience."

**Q. BeautyHealth's second half 2023 attempted fix of Syndeo is a disaster.**

177. When FE-3 joined BeautyHealth, it was a company in turmoil. During FE-3's hiring interview, FE-3 learned that the Company has had numerous issues with the Syndeo products. The Syndeo product line was launched 12-16 months before FE-3 onboarded with BeautyHealth. The Company quickly learned that customers were

having issues with the products, but rather than recalling them, they continued to ship new ones and determined they would attempt to fix the issues later. FE-3 said it was shared among other sales directors that "Stanleick should have put a pause and recall on the products, but they continued to ship new ones, which snowballed into a disaster. FE-3 said Brad Hauser was brought onboard as the Chief Operating Officer to assess the issue and devise a solution. The issue was identified as a tube that was clogging in the manifold.

178. FE-3 said that the issue of the Syndeo tube clogging in the manifold was openly spoken about – prevalently. In particular, FE-3 attended the mid-year global sales meeting in July 2023 that was held at the Hilton Anatole Hotel in Dallas, TX during which the that the issue of the Syndeo tube clogging in the manifold was discussed. Senior BeautyHealth executives and officers, including CEO Stanleick, CFO Monaghan, EVP Carroll Lamarque, all the VPs, as well as the European group were present at that meeting. The meeting occurred in a large Hotel conference room and was led by Hauser and Stanleick, who were on the stage and presented the solution to swap out these manifolds.

179. FE-2 separately corroborated FE-3's recollection of the July 2023 mid-year global sales meeting, which FE-2 attended along with other company salespeople from all over the world. Consistent with FE-3's account, FE-2 remembered Stanleick speaking about the Syndeo problems at the company's national sales meeting.

180. FE-3 said that during a later August 2023 Zoom company conference call meeting, which was attended by the executives and VPs, it was announced that BeautyHealth would hire two outside engineering firms, TDX and MERA, to deploy upgrades to the Syndeo devices. CEO Stanleick led the zoom company conference call, presenting and saying they had a great plan they were going to execute.

181. FE-3 said the plan was for Syndeo devices to be retrofitted with new tubing. FE-3 said that BeautyHealth management would deploy field service engineers to conduct repairs in the field, but if customers complained, BeautyHealth management

had customers fill out return merchandise authorizations (RMAs) for repairs and send the devices in for repair.

182. FE-3 said the announcement from the August 2023 Zoom meeting was passed down the chain to BeautyHealth employees verbally and via email communications.

183. FE-3 said that conventional inventory tracking systems were not utilized for the Syndeo machine returns. Instead, Syndeo machine returns were manually entered into salesforce and documented on Excel and/or Google spreadsheets. These spreadsheets contained information such as the accounts, location and status of the devices, and the RMA#s which reflected how many times the product was returned for repair. The devices were not assigned RFID chips or barcodes for inventory control. Dozens of devices sat on a loading dock for months with no action taken. FE-3 also said many customers did not receive their original devices, but refurbished devices instead and they were not happy about that.

184. FE-3 said that the BeautyHealth management failed to establish quality control procedures and most of the repaired devices that were sent back to customers had failures immediately. They were not tested before they were sent back and there were no stickers placed on the devices to indicate they were checked, according to FE-3. FE-3 observed devices returned to customers being sent back in every day. FE-3 participated in discussions with salespeople who also observed the same thing. FE-3 recalled several specific accounts FE-3 observed these issues with including MB Beauty Club, JW Marriott Camelback Inn, and Precision Cosmetics.

185. FE-3 said the engineers created a bigger mess, tearing everything apart and not really fixing anything. The engineering firms were fired in November. FE-3 said that as a result, "third and fourth quarter was a total disaster" for BeautyHealth.

186. FE-3 said the process was also a disaster for HydraFacial customers, as they were extremely upset, and losing money and customers in their businesses. FE-3 said was so bad for customers that a HydraFacial Facebook group page was established,

which discussed the issues and complaints. HydraFacial Managers attempted to quell Facebook complaints and issued large gift cards to those that had accounts and were complaining.

## V. THE TRUTH ABOUT SYNDEO EMERGES

### A. August 9, 2023 disclosures: BeautyHealth reveals Syndeo "teething issues" in Q2 '23 causing gross margin headwinds.

187. The truth began to emerge on August 9, 2023, when the Company issued a press release reporting mixed second quarter 2023 results and outlook. While BeautyHealth reported that 2Q 2023 sales ($117.5 million) grew 13.5% year over year, the Company disclosed that its non-GAAP adjusted gross margin was 64.8% in Q2 2023 compared to 71.0% in Q2 2022, a staggering 620 basis point decline. In the press release, the company explained, "Gross margin was impacted by an increase in sales of lower margin refurbished systems, particularly in the U.S., and the sell-through of higher cost inventory. . . Of note, the mix of delivery systems sold shifted towards lower-margin refurbished devices amidst a tightening credit environment and as *U.S.* providers awaited Syndeo enhancements in the third quarter of 2023 to improve the user experience. This unfavorably impacted gross margin for the quarter.

188. While the Company's fiscal year outlook for sales of $460-$480 remained unchanged, the outlook for gross margin, which was previously for expansion versus 2022, was rescinded due to the 2Q miss with cost pressures expected to continue in the second half of the year, as the press release noted, "The Company retracted its 2023 fiscal year 2023 adjusted gross margin guidance due to Q2 margin headwinds carrying into the back half of 2023."

189. On the same day, the Company also issued a separate press release announcing that Michael Monahan had been named Chief Financial Officer, effective August 10, 2023, to succeed Defendant Woo. The Company characterized Woo's departure as an "involuntary separation without cause."

190. Later, on August 9, 2023, the Company hosted a Q2 2023 earnings call with analysts during which it published its Q2 BeautyHealth 2023 Earnings Presentation. The presentation contained several slides identifying Syndeo as the driver for the reduced gross margin in the quarter and as a gross margin headwind in the future. However, the presentation repeatedly downplayed the problems with Syndeo as mere "teething issues":






191. On the August 9, 2023 earnings call, Defendant Stanleick delivered opening remarks about the quarter and specifically addressed the gross margin headwinds caused by Syndeo U.S. launch related impacts. Stanleick noted that were "some areas in which we can improve based on some key learnings" that he shared with analysts, beginning "first and foremost" with Syndeo:

> This improvement starts first and foremost with resolving our Syndeo teething issues by the end of this year. Developed at speed during the pandemic, this high-tech delivery system, launched just 28 days into my tenure, brought Hydrafacial out of the analog world and into the digital age, pushing the category forward.
>
> While Syndeo net sales since launch have been impressive, we have experienced teething issues with this new technology. You may recall we were quick to exchange Syndeo devices at the company's expense, even for the smallest issues. This intentional decision underscores our unwavering commitment to best-in-class customer service.
>
> While it led to incremental, unplanned costs which have impacted us financially in the short-term, this action has

> protected our relationship with our providers who are with Hydrafacial for the long-term.
>
> I'm pleased to say that we have greatly reduced system exchanges. Today with the changes I initiated, we're equipped to address issues with over-the-air software updates or in-filled support and we have identified simple component upgrades to enhance the system's durability. And we have begun to replace these components in existing devices in the field.
>
> As we grow past these teething dynamics, I am confident our newly strengthened product and software engineering teams helmed by aesthetics industry veteran, Brad Hauser, who I hired earlier this year, are well-equipped to deliver on our vision for Syndeo.

192. Stanleick next identified the Company's forecasting process under the leadership of Defendant Woo as another key learning and driver for the Company missing its expected gross margin target:

> Our next learning comes from our forecasting process. Put simply, in this phase as a young public company, some of our internal processes have not kept pace with the rapid growth and expansion of our multi-geography business footprint.
>
> Under the experienced leadership of our incoming CFO, we plan to enhance our forecasting process, including investing in unified global systems to further improve our predictive analytics capabilities.

193. Finally, Stanleick noted that "value engineering projects that we expected to expand gross margin have been delayed as we have instead dedicated resources to manage Syndeo's teething issues." Stanleick concluded that "these [three] dynamics have hampered our ability to meet our expected gross margin target for the year and we are retracting our gross margin guidance for 2023."

194. During the question-and-answer portion with analysts, an analyst with TD Cowen asked Defendant Stanleick to provide further color on the "teething issues" with

Syndeo and how the teething issues caused gross margin headwinds. Regarding Syndeo, Stanleick responded by downplaying the teething issues as run of the mill software and hardware challenges that arise with any new product, and assured the market that the Company had sufficiently addressed them through software updates and component upgrades. Stanleick had further addressed any customer dissatisfaction by replacing the machine, and while the cost of replacing the machines had impacted gross margin it was temporary:

> So I'll start with the Syndeo issue. So as you know, our vision for Syndeo is that it's a connected platform and a Swiss Army knife at the center of the providers' treatment room. And when we launched, it was a real leap forward. But I think as we've talked before with any high-tech IoT product, especially those first out of the gate, like the ones in the US, there was an element of iterative improvement wanted in the real-world.
>
> Though in part, part of the teething issues were software-related. And part of the issue was user experience and hardware. And I think as providers put Syndeo to work over the course of last year, particularly in the US going through hundreds of treatments, we observed opportunities to improve the customer experience and overall performance and reliability.
>
> So push through new software updates, ***which very specifically was related to forcing rinse cycle, et cetera, because we're finding that some of the first generations had some residue build-up and blockage and other ones were simply simple component upgrades***.
>
> This has mainly been a US teething issue because over the course of last year, we've talked about it on previous calls, we were able to make those amendments ahead of the international launch. So we've been putting the customer first and obviously invested as we've spoken before about replacing every machine. If a customer calls in with a problem, we're very fast to take the machine back and switch it out.

> But of course, that cost us money, which was unplanned. But we felt that we must put the customer first. They're with us for the long term, and that pays off. They appreciate that support. So, we're putting the last of the sort of fixes in terms of Q3 in the US, where we're making the amendments in terms of in-field support, and that'll be completed by the end of Q3.

195. With respect to the gross margin headwinds and how that impacted guidance, Stanleick explained that the gross margin pressure in Q2 was partly caused by Syndeo issues and a shift to lower-priced devices due to higher interest rates. But Stanleick assured analysts that the company would be back to historic levels of gross margin by the middle of next year:

> In terms of your other questions, on gross margin, the pressure we had in Q2 very specifically was just partially caused with what I talked about, Syndeo issues in the US. I think we – we're working with our providers. Some of them knew we're about to do these in-market fixes during Q3. So there was a partial degree of hold-back.
>
> On the other part, with the higher interest rates in the US particularly, we saw a degree of shift to lower priced devices, like the Allegro or refurbished Syndeo device. So, that's what caused the gross margin shift there. It's temporary. We are aware of it. We have a fix in place. And we'll be back up to historic levels of gross margin by the middle of next year.
>
> And we do have a line of sight to our long-range targets. You recall, last September, we presented our 500 basis points of margin accretion over the next three years from September. We have a line of sight there, because the China manufacturing will flow through by the middle of next year and the value engineering projects, which we presented, will also bear fruit. We had put those on hold because we've really dedicated our resources on addressing the Syndeo issues in the US, which was the right thing to do. So, we're on track there.

196. On August 9, 2023, The BeautyHealth Company filed its quarterly report for the quarterly period ended June 30, 2023 with the SEC on Form 10-Q. Apart from confirming the Q2 2023 results reported in the press release, the Company disclosed the following to investors as "Known Trends or Uncertainties":

> During the third quarter of 2023, the Company launched a voluntary initiative to replacing certain componentry in previously manufactured Syndeo delivery systems to increase resistance to inadvertent clogging when recommended maintenance is not performed. This initiative is expected to result in approximately $5 million in expense during the third quarter.

197. Securities analysts found BeautyHealth's 2Q 2023 as raising more questions than answers." For example, analysts at Canaccord remarked, "After a challenging Q1, SKIN delivered another quarter that generated more questions than answers. For starters, SKIN called out concerning US dynamics such as a tightening credit environment driving lower-margin refurbished sales and continued enhancements/replacements of Syndeo systems in the field. These challenges have weighed on GMs through the 1H, with SKIN suspending its GM guidance for FY/23 and pausing value engineering initiatives until these issues are sorted."[35] Analysts at J.P.Morgan similarly noted that the quarter "raises more questions than it answers."[36] J.P.Morgan noted the short-term sales impact posed by Syndeo, explaining that while Syndeo enhancements are expected to lead to a sales surge later, the rollout itself might cause customers to delay purchases and opt for cheaper alternatives in the current tight credit environment, thereby negatively affecting sales in the near term. J.P.Morgan also emphasized the heavy marketing expenditures Syndeo would need to incur to restore its

---

[35] "Syndeo US headwinds getting under BeautyHealth's SKIN amidst strong OUS growth," Canaccord Genuity - Capital Markets (Aug. 9, 2023).

[36] "BeautyHealth: A Beat That's Not Quite Skin Deep, but One That Leaves Us With More Questions As Well," J.P.Morgan – North America Equity Research (Aug. 9, 2023).

brand, putting pressure on overall profitability. As a result, J.P.Morgan cut SKIN's price target by 20% from $12.00 to $10.00.

198. On this news, the Company's stock fell $0.41, or 5.4%, from a close price of $7.53 per share on August 8, 2023 to close at $7.12 per share on August 9, 2023, on unusually heavy trading volume. The Company's stock continued to slide over the next several trading days as the market continued to process the import of the Company's August disclosures, falling as low as $5.78 at close of market on August 17, 2023.

199. Given the uncertainty presented by the BeautyHealth's August 9, 2023 disclosures, investors eagerly awaited the Company's Q3 2023 results for the three-months ended September 30, 2023 expected to be released in mid-November. To bolster confidence in the interim, the Company issued a flurry of press releases touting its placement of its 30,000th Hydrafacial system and new partnerships with blue chip retail brands. The Company also made regulatory filings revealing that Company insiders – Board directors, CEO Stanleick, and new CFO Monahan – have been purchasing shares at current market prices.

200. On September 12, 2023, the Company disclosed a two-phased business transformation program focused on reducing $35 million in costs over the next year and aiming at driving growth and profitability starting in 2025. Along with the business transformation program, BeautyHealth also announced that the Company's Board had authorized BeautyHealth to repurchase up to $100 million of its common stock. Significantly, the Company re-affirmed its fiscal year 2025 financial guidance of reaching $600 to $700 million in annual sales, seeing up to 500 basis points of gross margin expansion versus FY 2021, and 25 to 30% adjusted EBITDA margin.

201. Securities analysts responded positively to the Company's disclosures. In a September 12, 2023 report, Canaccord remarked "We believe this news is very positive as there have been concerns that SKIN may not be able to reach the numbers after a slower-than-planned rollout of the new Syndeo systems. However, we believe today's announcement providing a clearer path to EBITDA goals coupled with recent

insider ownership purchases has signaled strong confidence in reaching their goals. . . Additionally, recall management noted that Syndeo issues will be resolved by the end of 3Q23. . . . We remain buyers and reiterate our $10 price target."[37]

202. Investors reached the same conclusion, as the stock shot up 24% over the course of a single trading day, from a close price on $5.74 per share on September 11, 2023 to a close price of $6.76 per share on September 12, 2023.

203. On September 20, 2023, just ten days before the close of 3Q 2023, the Company issued a press release proclaiming that the Company would be initiating its stock repurchase program on September 26, 2023. Management did not address existing guidance in the September 2023 press release, the Company's last before quarter close.

**1. November 13, 2023 disclosures: CEO ousted, BeautyHealth declares virtually all Syndeo systems obsolete.**

204. On November 13, 2023, after market hours, BeautyHealth issued a press release announcing its financial results for the third quarter of 2023. The Company disclosed that "[t]he quarter was overshadowed by lower-than-expected U.S. revenue and $63.1 million in restructuring charges related to device upgrades of early generation Syndeo devices." As a result, BeautyHealth reported that "[n]et sales were $97.4 million for the third quarter of 2023, an increase of 10% compared to the prior year period, with strength in APAC and EMEA offset by challenges in the U.S." and "[g]ross margin was (12.9)% in Q3 2023 compared to 69.1% in Q3 2022 [due to the] $63.1 million associated with the Syndeo Program," among other things.

205. The press release disclosed that BeautyHealth's future was far less bright than previously projected. Specifically, the Company revised its fiscal year 2023 net sales guidance to a range of $385 to $400 million, from prior guidance of $460 to $480 million, "due to provider experience challenges with Syndeo creating lower than

[37] "Management provides new details and exudes confidence for their FY25 goals; new $100M share repo announced," *Canaccord Genuity – Capital Markets* (Sep. 12, 2023).

expected demand for delivery systems in the U.S." Defendants also revised the Company's fiscal year adjusted EBITDA margin guidance to a range of 5% to 6%, from prior guidance of 18% to 19%. Moreover, the Company suspended its long-term 2025 financial outlook.

206. In the press release, the Company provided an update on the state of its Syndeo program and its reasoning for the $63.1 million restructuring charge. In particular, the press release explained that the continued challenges with the Syndeo system had led to management to declare all 1.0 and 2.0 Syndeo systems as obsolete. Therefore, the Company will now only sell the newer 3.0 system. The Company will also offer its existing clients with the 1.0 and 2.0 machines in the field to be replaced with the newest 3.0 machine or upgraded to 3.0 standard with new parts and an extended 1-year warranty at no cost to the provider. The press release explained that the total cost of the resetting of the Syndeo program was expected to be approximately $63.1 million, with $18.8 million of inventory write-downs already occurring in 3Q 2023, another $12.3 million of cost related to upgrades that happened in 3Q 2023, and a final $32.1 million cost to future upgrades or replacements in the field.

207. In addition to announcing 3Q 2023 results, BeautyHealth issued a separate press release announced that its President & Chief Executive Officer, Defendant Stanleick, would depart the Company and relinquish his Board seat, effective November 19, 2023. The Company announced that current Director Marla Beck will serve as Interim Chief Executive Officer while the Company's Board of Directors completes a formal search for a new CEO.

208. Later that same day, the Company held an earnings call with investors to discuss its results for the third quarter fiscal year 2023. On that call, interim CEO, Marla Beck acknowledged "that many mistakes were made with regard to Syndeo," and that "[a] a result, we are taking some tough actions."

209. Newly appointed CFO Monahan followed up Beck's *mea culpa*, stating up front "our recent financial performance is not acceptable" and "our recent performance

is largely a result of provider experience issues with Syndeo in the US." With respect to the Syndeo Program, Monahan explained that the Company "incurred a $63.1 million restructuring charge this quarter due to Syndeo provider experience issues," and that as a result of these challenges, there was a slowdown in US system placements that led to lower-than-expected overall net sales growth."

210. Monahan provided stunning details on the Syndeo's performance issues and the Company's extensive undisclosed efforts to address them:

> To provide some background, Syndeo 1.0 launched in the US in March of 2022. The launch was met with excitement and swift provider adoption. However, after some time in the field, some providers experienced frequent treatment interruptions and issues such as distractive noises and difficult bottle insertion. Most importantly, there was an issue with low flow and clogs in the system. Simply put, Syndeo 1.0 did not meet the high standards of user experience that Hydrafacial has been known for over its 26-year history.
>
> Throughout 2022 and the first half of 2023, the company made several enhancements to Syndeo to address and remediate these issues, releasing Syndeo 2.0 into the field. Despite these efforts, many of the issues continued to persist. After rigorous testing and development, including simulating over 10 years of heavy in-office use, we believe we have addressed the Syndeo issues with our current Syndeo 3.0 standard implemented in July of this year.
>
> We are very pleased with the real-world performance over the four months Syndeo 3.0 has been in the field. Additionally, Syndeo 3.0 devices coming off the production line and existing Syndeos in the field that have been enhanced to the Syndeo 3.0 standard have a return rate in line with Hydrafacial's low historical benchmark.

211. Monahan then explained the management's decision to completely reset the Syndeo program and its huge adverse financial implications:[38]

> To stand behind our commitment to our customers and protect the company's brand reputation, we decided that with respect to Syndeo devices, we will only market and sell Syndeo 3.0. With this decision, we designated the approximately 4,300 Syndeo 1.0 and Syndeo 2.0 devices in inventory as obsolete, resulting in an impairment charge of $18.8 million. Additionally, during the quarter, we incurred $12.3 million in costs associated with enhancing or replacing approximately 2,850 Syndeo 1.0 and Syndeo 2.0 devices in the field.
>
> Lastly, we accrued incremental costs of approximately $32.1 million to enhance or replace the roughly 4,500 Syndeo 1.0 and Syndeo 2.0 devices yet to be addressed in the field. This decision was made after concluding it was too costly to diagnose, repair and resell returned Syndeo 1.0 or 2.0 devices in inventory. In addition, by replacing the systems or enhancing currently functioning systems in the field, we are ensuring provider satisfaction and safeguarding our brand equity. We will also extend all Syndeo warranties by one year to further support our providers. We do not believe the extended warranty will have a material impact on our financial statements.

212. After summarizing BeautyHealth's previously reported quarterly results and balance sheet, Monahan avoided addressing the anticipated uproar from analysts in public view by abruptly concluding the conference, stating "***we will not be hosting Q&A on this call***."

---

[38] *See also*, Beauty Health Q3 2023 Form 10-Q. These serious issues were significantly downplayed on page 28 of the second quarter 10-Q: "During the third quarter of 2023, the Company launched a voluntary initiative to replacing certain componentry in previously manufactured Syndeo delivery systems to increase resistance to inadvertent clogging when recommended maintenance is not performed. This initiative is expected to result in approximately $5 million in expense during the third quarter.").

213. In the Company's third quarter 2023 Form 10-Q, the Company acknowledged the importance of Syndeo to its existence. It stated:

> ***Our business is dependent on the commercial success of selling our Delivery Systems, particularly Syndeo 3.0 devices. If we are unable to continue to successfully commercialize Syndeo 3.0, our results or operations and financial condition will be materially harmed*.**
>
> Our business and our ability to generate revenue largely depends on our ability to successfully commercialize and sell our Delivery Systems, particularly Syndeo 3.0 devices. Our ability to generate revenue depends on our ability to manufacture and sell high quality, reliable Delivery Systems and execute on our commercialization plans, and the size of the market for, and the level of market acceptance of, our Delivery Systems, particularly the Syndeo 3.0. If our Delivery Systems are not accepted and adopted by our customers, if our customers continue to experience similar performance interruptions in our Syndeo 3.0 devices as in previous models, or if we experience an RMA rate for Syndeo 3.0 devices significantly above historical averages, our revenue and results of operations will be materially and adversely affected.

214. Securities analysts across the board were quick to cut price targets and downgrade the stock after the earnings call, citing the newly revealed issues concerning the Syndeo devices as the principal driver.[39] In doing so, several analysts challenged Stanleick's and Woo's lack of transparency in previous public disclosures. Piper Sandler "double-downgraded" SKIN to "Underweight" from "Overweight," an adverse move it "only deem[s] acceptable in extreme circumstances."[40] In slashing its SKIN price target from $10 to $2 per share, the analyst explained that "[m]anagement's messaging has not been clear" and characterized Q3 2023 as "a quarter of surprises" since management revealed additional Syndeo issues that had not been previously disclosed:

---

[39] "The Beauty Health Company plunges on Q3 miss as problems persist," *Investing.com* (Nov. 14, 2023), available at https://www.investing.com/news/stock-market-news/the-beauty-health-company-plunges-on-q3-miss-as-problems-persist-432SI-3233911.

[40] "The Beauty Health Co. (SKIN): Double-Downgrading to Underweight; Too Messy and Too Uncertain," Piper Sandler Research (Nov. 13, 2023).

- **A Stream of Additional Syndeo Issues**. On the call, mgmt noted additional Syndeo issues that had not been brought up to us before (distractive noises, difficult bottle insertion, issues affecting the international launch) in addition to the clogging.

- **Unclear Messaging**. While we think a new management team could bring a fresh perspective and hopefully clearer plan for growth and profitability, the recent unclear communication and quantification of issues add to our lack of confidence.

215. William Blair expressed similar concern about the previous regime's failure to come clean about Syndeo earlier, stating that though the Syndeo program reset and impairment charges "[are] the right move after several difficult tries to fix the underlying issue, ***clearly the impact is more notable than suggested in the past***."[41]

[41] "The Beauty Health Company: Syndeo Relaunch More Challenging Than Expected and Leads to Miss and Guidance Decrease; Downgrade to Market Perform," William Blair (Nov. 14, 2023).




216. Likewise, Raymond James downgraded to underperform from market perform after The BeautyHealth Company's substantial miss and guide down, explaining, "While our 2023/24 forecasts going into the print were already well below consensus and we have had a tepid view on the stock since our late 2021 initiation, ***the extent of the challenges impacting the company is more severe than we had anticipated*. *Notably, the company reaffirmed its 2025 outlook for sales, gross margin, and EBITDA margin as recently as Sept. 12th when it announced a $100M share repurchase authorization, and did not address existing guidance on its Sept. 20th press release, its last before quarter close*.**"[42]

217. On this news, BeautyHealth's share price fell $2.51, or 64.36%, to close at $1.39 per share on November 14, 2023, on unusually heavy trading volume.

[42] "SKIN: Downgrade to Underperform from Market Perform; Challenges Run More Than Skin Deep," Raymond James (Nov. 14, 2023).

**B. Piper Sandler post-Class Period survey confirms widespread problems with Syndeo beyond management's previous disclosures.**

218. Following BeautyHealth's stunning November 13, 2023 disclosures, analysts at Piper Sandler published a report to its clients. The analyst explained that it had conducted a phone survey to 50 HydraFacialists providers across 25 states and Washington D.C. to understand the extent of the Syndeo issues and how to think about the business going forward, two issues that were both top of mind for BeautyHealth investors.[43]

219. Significantly, Piper Sandler found that 74% of respondents with Syndeo had faced experienced issues.

220. In addition, Piper Sandler found that a significant percentage (18%) of those respondents had yet to receive replacements. Syndeo therefore concluded it could still be a timely process to fully getting everything replaced (management estimates mid-2024).

221. Further, 20% of the lower-end Elite users said they did not plan to upgrade to Syndeo, with half noting this is due to the Syndeo issues. Piper Sandler explained, "This is a key fear we've had with the Syndeo issues. As word continues to spread, there becomes a likelihood that Elite users may not want to upgrade and/or don't see a reason to upgrade and invite opportunity for problems . . . We see this as limiting the full Syndeo install base potential, at least until SKIN stops offering Consumables and maintenance services for the older systems."

[43] "The Scoop on SKIN: How Are 50 HydraFacialists Handling the Syndeo Issues?," Piper Sandler (Dec. 14, 2023).

PIPER | SANDLER

## Majority of Respondents with Syndeo Have Faced Issues




WHILE 13% OF RESPONDENTS JUST GOT THE SYNDEO, 87% HAVE HAD THE MACHINE FOR AT LEAST A COUPLE OF MONTHS (WE ALSO INCLUDED THOSE THAT WERE UNSURE ON TIMING HERE)…

- Of the 87% who have had the Syndeo for at least a couple months (likely Syndeo 1.0 or 2.0), 74% have had issues. 71% of these respondents have had the system replaced (53% of total Syndeo 1.0 or 2.0 owners). Importantly, management is both replacing and fixing systems depending on preference, so we take "replace" as replaced or fixed.
- 18% of 1.0 or 2.0 owners with issues still have not yet received a replacement (or 13% of total 1.0 and 2.0 owners). We suspect that **this 13% plus the 26% who have the 1.0 or 2.0 and have not yet had issues will likely still receive a 3.0 replacement or need an update.** If we translate this to our estimated ~7,500 global Syndeo 1.0 and 2.0 install base, this suggests ~3,000 devices still to be replaced/fixed. This is a tad lower than management's estimated 4,500 to be addressed (as of the Q3 call), but we expect several were addressed here in the past month, and with respondents being primarily Black Diamond, it's likely they received quicker fixes than standard providers. Additionally, as we show over the following pages, some 1.0 and 2.0 owners who have received replacements (likely 2.0 vs. 3.0 replacements) are still experiencing issues, meaning the total number still to be replaced by 3.0 or fixed could be higher.
- Note, we assume that those respondents who just got Syndeo likely have Syndeo 3.0. Importantly, of these respondents, none have noted having issues. That said, it is still too early to tell, in our view, given the system was launched in July and it can take at least 3-4 months to show problems.

Source: Piper Sandler Survey

The Beauty Health Co. Page 4 of 19

222. Based on feedback from the respondents, Piper Sandler concluded that the issues impacting Syndeo expanded well beyond the clogging that BeautyHealth management had called out in previous earnings calls, including those related to suction, waste and leakage, as well as additional issues with the machine, such as faulty handpieces, screens, and rattling trays. Since management had not called out these issues previously, Piper Sandler questioned whether Syndeo 3.0 would be able to address the problems.

PIPER | SANDLER

## Wide Array of Issues with Syndeo, Most Notably Tubing Issues




WE SAW A WIDE ARRAY OF ISSUES FROM RESPONDENTS NOTING PROBLEMS WITH THEIR SYNDEO...

- **The majority of respondents noted tubing** (related to flow, clogging, etc.) and general issues ("other/unspecified"), as the primary problems. The clogging/flow issue is what management has called out as the main issue that should be fixed with Syndeo 3.0.
- **That said, respondents also noted several other problems** including those related to suction, waste and leakage, as well as additional issues with the machine, such as faulty handpieces, screens, and rattling trays. Most of these are not common issues that management has called out, and we wonder if 3.0 will be able to address.
- While respondents did note several technical issues with the machine, they also noted that **these problems did not directly affect the patient,** this is key as it relates to brand image for the end consumer. This looks to be intact despite the issues the provider is experiencing.
- However, some respondents did note that these issues **have impacted their ability to meet patient demand,** which could be a second order impact to the end consumer and also lead to aesthetician frustration and slower Consumables sales for SKIN.

Source: Piper Sandler Survey

The Beauty Health Co. Page 5 of 19

223. Piper Sandler's survey demonstrated how the Syndeo issues disrupted customer relations. A significant percentage of the respondents (17%) who had received a replacement, experienced customer service issues, such as getting ahold of customer service in a timely manner. Moreover, 25% of respondents had to get more than one Syndeo replacement.




224. Since its November 13, 2023, the Company has continued to deliver a string of disappointing quarters of financial results, often caused by softness in sales stemming from customer caution around its flagship Syndeo 3.0 machine.

225. Moreover, despite representing on November 13, 2023 that the Company had come up with a fix with the new Syndeo 3.0 in July 2023, the Company admitted as recently as May 10, 2024 that customers continued to experience functionality issues with Syndeo. In particular, at its May 9, 2024 Q1 2024 earnings call, new CEO Marla Beck revealed that while the core issues that impacted earlier versions of its Syndeo system have been resolved with the release of Syndeo 3.0 last July, its field and customer service teams are still finding certain technical issues even with this latest edition. In turn, the Company's share price continues to trade below $2.00 per share.




226. The financial press has attributed Syndeo's woes as "the real culprit for the marked weakness in SKIN's stock."[44]

## VI. DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS

227. Throughout the Class Period, Defendants made numerous false or misleading statements promoting the functionality and commercial launch of Syndeo in multiple contexts, including press releases, quarterly SEC filings, investor presentations, and conferences.[45]

### 1. Defendants' false statements associated with the announcement of BeautyHealth's Q1 2022 financial results

228. On May 10, 2022, the Company published an earnings press release entitled "The Beauty Health Company Reports Strong First Quarter 2022 Financial

[44] "Update: SKIN, May 10," *Forbes* (May 10, 2024).

[45] While the Complaint provides block quotes of Defendants' challenged statements for context, Lead Plaintiffs have italicized and bolded portions of those block quotes to identify the particularly false and misleading portions of those statements.

Results Increases 2022 Financial Guidance," which was included in a Form 8-K filing with the SEC signed by Defendant Woo. The press release, announcing its first quarter 2022 financial results, included the following quote from Defendant Stanleick:

> I am proud to report that Beauty Health delivered another outstanding quarter of growth as we continued to execute on our Master Plan. ***We achieved record delivery system sales, supported by the highly successful launch of Syndeo,*** our next generation digitally connected HydraFacial delivery system. ***We are driving continued strong demand as consumers seek the confidence boosting glow we're famous for***. ***As a result of the momentum we're seeing across the business and the strong rollout of Syndeo, I am pleased to announce that we are raising our full-year guidance for net sales.*** We remain confident in the long-term outlook for the beauty health category, and we look forward to carrying this momentum into the rest of the year as we continue to build upon our impressive platform.

229. The statements in paragraph 228 above were materially false and misleading when made and omitted to disclose material facts. Contrary to Defendants' representations that there was a "highly successful launch" and "strong rollout" of Syndeo, Defendants were aware and had knowledge that Syndeo devices were experiencing widespread and serious issues impacting performance and customer satisfaction, including cosmetic problems and design flaws which caused "as much as 50%" of the devices to experience "frequent treatment interruptions and issues such as distractive noises and difficult bottle insertion" as well as "low flow and clogs in the system." *See, infra* ¶¶76, 210. As a result of these frequent treatment interruptions, BeautyHealth had received "a lot of complaints" from customers in April/May 2022 shortly after the launch of Syndeo. ¶70. Further, the Company was incurring significant costs in the return of defective machines and replacing them with new machines at the Company's expense. ¶¶209, 211. Finally, Syndeo's performance problems and customer complaints were so severe that BeautyHealth's operations team had commenced a secret project to redesign the system in an effort to address and remediate

these issues. ¶¶88-94. Having spoken directly on the successful commercial launch and positive customer reaction to the Syndeo device, Defendants were required to provide these omitted facts to investors to avoid misleading them.

230. Also on May 10, 2022, BeautyHealth hosted an earnings call with analysts led by Defendants Stanleick and Woo. During the call, Defendant Stanleick represented Syndeo as "***a revolutionary system that offers significant improvements and a personalized experience for providers and consumers***," stating "***I'm thrilled by the strong early feedback we are receiving from the field, which validates our experience-led approach to innovation and product development***."

231. On the earnings call, Defendants Stanleick and Woo published an investor presentation entitled "BeautyHealth: First Quarter 2022 Earnings Presentation (May 10, 2022), which was filed with the SEC on a Form 8-K signed by Defendant Woo. The presentation included a slide (p. 7) outlining BeautyHealth's three-phased execution plan for Syndeo:




232. On the earnings call, in reference to slide 7, Defendant Stanleick emphasized Beauty Health's "amazing job executing on the first phase of the planned rollout" and tremendous customer enthusiasm for Syndeo generating unexpected trade-ins of legacy Hydrafacial machines, justifying the Company's net sales guidance raise:

> Our sales team did an ***amazing job executing on the first phase of the planned rollout***, driving strong trader volume along continued new system sales. Early adoption trends have far exceeded our expectations, with trade-offs surpassing our forecast nearly three-fold. I would liken it within our industry to the same form of hype from consumers that typically surrounds a major new firm launch. Providers were scrambling to buy Delivery Systems. ***As a result of the early success of Syndeo and the higher than anticipated demand persistent trade-offs, I am pleased to raise our full year net sales outlook to a range of $330 million to $340 million, up from our previous guidance of $320 million to $330 million.***

233. The statements in paragraphs 230-232 were false and misleading and failed to disclose material facts. Contrary to being a "revolutionary system that offers significant improvements and a personalized experience for providers and consumers,"

as discussed above, Defendants knew Syndeo had serious performance issues including cosmetic problems and design flaws which caused "as much as 50%" of the devices to experience "frequent treatment interruptions and issues such as distractive noises and difficult bottle insertion" as well as "low flow and clogs in the system." ¶¶76, 210. And Stanleick's representations that the Company received "strong early feedback" and that the Company "did an amazing job executing on the first phase of the planned rollout" is also contradicted by (1) the Company having received "a lot of complaints" from customers starting shortly after the launch of Syndeo and continuing throughout the Class Period, and (2) the Company incurring significant costs to replace defective machines and attempt to redesign the system. ¶¶70, 209, 211. Having spoken directly on the issue of the functionality of Syndeo, its commercial launch, consumer demand, and the Company's financial prospects tied to Syndeo, Defendants were bound to provide these omitted facts to investors to avoid misleading them.

**2. Defendants false statements at the June 19, 2022 Nantucket Jeffries Consumer Conference**

234. On June 19, 2022, Defendants Stanleick and Woo, on behalf of BeautyHealth spoke at the Nantucket Jefferies Consumer Conference. In response to an analyst's inquiry, Defendant Stanleick emphasized Syndeo's "***really handy functional benefits***."

> Thank you, Steph. The launch of Syndeo, which means connect in Greek, is a key pillar of our future strategy. We launched it in March and this type of investment and innovation comes every five years. ***This new system is a leap forward in technology, bringing us from an analog to a digital business and provides a number of benefits to both the provider, the consumer and Beauty Health. First of all, for the provider, has a number of really handy functional benefits***. We co-invented it with our aestheticians and they gave us feedback. For example, there's an LED feature which used to be manual, it now is placed over the client's face during the service, which frees up 10 to 14 minutes in productivity. First of all, post-COVID, hygiene is really important, so it's not a touch screen, it's a gesture screen. I think you've seen it, Steph, just you gesture hand movements without touching the screen to operate it. Thirdly, the gunky jar, that canister which has all the proof point, the end result is eliminated and magnified, which the consumers really like. It makes for a great Instagrammable moment.

235. Later, when asked by a Jeffries analyst what he was most proud of that the Company achieved over the past year, Defendant Stanleick replied, "***Clearly, it's the flawless global launch of Syndeo***":

> **Question – Stephanie Wissink**: That's great. All right. We have about one minute left. So, if we're sitting here in a year from now, looking back, what are you going to be most proud of that was achieved by the company?
>
> **Answer – Andrew Stanleick**: ***Well, that's a great question. Clearly, it's the flawless global launch of Syndeo, our new delivery system that is a leap forward in technology, gives us a real competitive advantage protected by these patents. Of course, as you heard on the Q1 earnings call, we had a tremendous launch in the US to get going and later this year and into early next year we're focused on launching it around the world***. Of course, with brand awareness so low, as we discussed, we have a huge opportunity to really increase that brand awareness and we've been focused on doing that.

236. The statements in paragraphs 234-235 were false and misleading and omitted to disclose material facts. Contrary to superior functionality of Syndeo Stanleick highlighted, including the "really handy benefits," as discussed above, Defendants knew Syndeo had serious performance issues including cosmetic problems and design flaws which caused a "as much as 50%" of the devices to experience "frequent treatment interruptions and issues such as distractive noises and difficult bottle insertion" as well as "low flow and clogs in the system." ¶¶76, 210. And Stanleick's representations of a "flawless global launch of Syndeo" is also contradicted by (1) the Company having received "a lot of complaints" from customers starting shortly after the launch of Syndeo and continuing throughout the Class Period, and (2) the Company incurring significant costs to replace defective machines and attempt to redesign the system. ¶¶70, 209, 211. Having spoken directly on the issue of the functionality of Syndeo, its commercial launch, consumer demand, and the Company's financial prospects tied to Syndeo, Defendants were bound to provide these omitted facts to investors to avoid misleading them.

**3. Defendants' false statements associated with the announcement of BeautyHealth's Q2 2022 financial results**

237. On August 9, 2022, the Company published a press release entitled "BeautyHealth Reports Record Second Quarter 2022 Financial Results," which was filed on a Form 8-K with the SEC signed by Defendant Woo. In announcing "record high" quarterly net sales of $103.5 million, the press release claimed "***Exceptional results driven by acceleration of Hydrafacial delivery system placements globally***," and stated that "Net sales in the Americas region increased to $75.4 million in Q2 2022 compared to $42.7 million in Q2 2021, ***driven by strong demand for Syndeo***." The press release also announced that "In Q2 2022, adjusted EBITDA was $12.6 million compared to adjusted EBITDA of $11.4 million in Q2 2021. ***Adjusted EBITDA grew due to strong demand for Syndeo***."

238. On August 9, 2022, the Company also filed its second quarter 2022 financial results on Form 10-Q with the SEC signed by Defendants Stanleick and Woo, affirming that net sales in that quarter increased "***primarily due to the strong demand for the Company's new Syndeo delivery system***."

239. The Company also held an earnings conference with investors on August 9, 2022 led by Defendants Stanleick and Woo. During the call Defendant Stanleick stated:

> ***The Syndeo rollout in the U.S. has been a tremendous success***, with 2,265 Syndeos placed since launch in March … In the Americas, we achieved growth of 76.6%, ***fueled by the launch of Syndeo. Having visited with hundreds of providers and consumers across the US, there is an incredible enthusiasm for our new Syndeo delivery system and we see it in our results.***

240. During the call, Defendants Stanleick and Woo published an investor presentation which was filed with the SEC on a Form 8-K signed by Defendant Woo, which featured slides (pp. 8-9) quoting positive reviews from select customers to support the notion that BeautyHealth was "***Successfully Executing Our Syndeo Rollout***" and "Accelerating Toward Planned 2023 Global Rollout."







241. Referring to these slides, Defendant Stanleick stated:

> ***The first phase of our Syndeo rollout in the US was an astounding success***. Syndeo is a giant leap forward in skin health technology. ***Our customers are raving about the connected system and user experience***, and on slide 8, you can see some of the feedback we have received. This is a first of its kind digital experience in beauty health and the buzz in the US is creating growing excitement abroad. On slide 9, you

> will find our execution plan. ***The positive feedback we have with US customers underscores the remarkable opportunity we see globally with Syndeo***.

242. During the question-and-answer session with analysts, Maggie Boye of William Blair asked Defendant Stanleick if he could provide further color on the Syndeo launch and what he was seeing in the field. Defendant Stanleick responded by assuring analysts that the customer feedback featured on the investor slide "***has been very consistent [with what] we're hearing***," including "***really good feedback on***" Syndeo's "***data connectivity, the improvements in user interface, the touch screen technology, the LightStim LED, et cetera***":

> **Question – Maggie Boye**: Great. Thank you. And then you're about – I wanted to ask the next one on the Syndeo launch. So, you're about one quarter into the launch so far within the US. So, can you talk about what you're seeing in the field, kind of what data insights you've been able to gather and then any thoughts on improvements of software and algorithms and update into the future?
>
> **Answer – Andrew Stanleick**: No – thank you. As we said in the recorded notes, ***we're really thrilled with the launch of Syndeo in the US and it was co-invented with our providers in mind. And you saw their feedback on page 8 of the deck, which has been very consistent we're hearing***. I mean, it's a leap forward in technology. And ***some of the feedback we're getting, which gives us confidence for the global launch, is the data connectivity, the improvements in user interface, the touch screen technology, the LightStim LED, etcetera, all really big leap forwards which the – we're getting really good feedback on***.

243. Later, an analyst at TD Cowen asked Stanleick about the progress of BeautyHealth's beta testing progress of its new Glow & Go skin treatment. Stanleick responded that while BeautyHealth was a while away from commercializing Glow & Go, the Company would leverage the learnings and insight it had taken away from Syndeo – "in terms it's beautiful, it's connected and it gives a great user experience":

> ***But with all the learnings which we've now had from Syndeo in terms it's beautiful, it's connected and it gives a great user experience***, we want to take all the insights from the test and ensure what we launch in the future as new, better and different. So I wouldn't include in any models for the moment and we will obviously update the market in future. At the moment, of course, we're laser focused on really globalizing the Syndeo.

244. The statements in paragraphs 237-243 above were false and misleading and omitted material facts. Each of these statements, including those attributing the Company's sales growth and positive financial projections to "***strong demand for Syndeo***," representing that the "***Syndeo rollout in the U.S. was an astounding success***," and stating that the Company was receiving "***really good feedback***" on Syndeo, are contradicted by material facts which Defendants were aware and had knowledge of, including that (1) Syndeo had serious performance issues including cosmetic problems and design flaws which caused a "as much as 50%" of the devices to experience "frequent treatment interruptions and issues such as distractive noises and difficult bottle insertion" as well as "low flow and clogs in the system," ¶¶76, 210, (2) the Company received "a lot of complaints" from customers starting shortly after the launch of Syndeo and continuing throughout the Class Period, ¶70 (3) the Company incurred significant costs to replace defective machines and attempting to redesign the system, ¶¶209, 211 and (4) the Company launched Syndeo 2.0 in July 2022 but never halted sales of Syndeo 1.0 despite being aware that thousands of defective machines were being returned. ¶112. Having spoken directly on the issue of the functionality of Syndeo, consumer demand and the Company's financial prospects tied to Syndeo, Defendants were bound to provide these omitted facts to investors to avoid misleading them.

**4. Defendants' false statements at September 15, 2022 Investor Day**

245. On September 15, 2022, BeautyHealth hosted an Investor Day conference with analysts in New York, New York. Among others, the following BeautyHealth insiders participated in the Investor Day conference: Stanleick, Woo, Brenton L.

Saunders - Executive Chairman; Benjamin C. Baum - Chief Experience Officer; Jwala Karnik - Executive Vice President-Global Strategy & Partnerships; Amy Juaristi - Head-Corporate Affairs; Daniel Watson - Executive Vice President-Sales Americas; and Mingo Ku - President-North Asia.

246. During the Investor Day conference, Defendants Stanleick and Woo published an investor presentation entitled "BeautyHealth: Analyst & Investor Day (Sep. 15, 2022)" filed on a Form 8-K with the SEC signed by Defendant Woo. The investor presentation featured a slide (p. 36) representing that "***Syndeo's launch has been next-level***," "***3X Sales – Exceeded month 1 launch expectations***," and "***~2,265 Systems In Market***":




247. The presentation contained another slide (p. 69) touting Syndeo's "***elevated design***," "***enhanced ease-of-use and intuitive operation***," and "***connected experience***":




248. The presentation also contained a slide (p. 70) claiming "Syndeo will pave the way to our connected platform" through "***First of its kind delivery system***," "***Ultimate in ease-of-use and intuitive operation***" and "***Data to optimize utilization***":




249. During the call, Stanleick stated:

> ***Syndeo, is revolutionary***. Created with our community, ***Syndeo is a giant leap forward in skin health technology, offering significant improvements and personalization experience through a digitally-connected delivery system***. Our three-phase launch began in the US in March and is well on track. ***First month orders exceeded our internal forecasts by nearly threefold and we continue to see an incredible enthusiasm for Syndeo*** with orders for around 2,265 systems already placed. The buzz in the US is creating growing excitement abroad and we look forward to our international launch in 2023
>
> . . .
>
> Syndeo, the center of our connected community for providers, consumers, and HydraFacial. This transformational Beauty Health device is the nucleus of our connected platform. ***Syndeo is our game-changing, innovative and long-awaited transformation of the treatment experience for providers and consumers alike. Co-created in direct collaboration with our valued aesthetician partners, we transformed this flagship device to address many of the critical asks they had for us.***
>
> A sample, hands-free operation with touch screen and gesture control, hands-free LED light therapy ***that enables time savings and increased utilization***. The provider can now focus on other treatment areas or add-on offerings without having to handle the LED. Intuitive and automatic controls to move effortlessly between treatment stages. A lighted and magnified gunky jar to show the results easily to consumers. For those of you who have seen it online, it's gross, but incredibly attractive at the same time. Much lighter and more movable machines to effortlessly toggle between treatment rooms, personalized lighting and nameplates, and an integrated perk treatment for lip and eye.
>
> Syndeo is light-years ahead of other delivery systems with its connected features. With a completely self-guided, intuitive, step-by-step narrative provided discreetly to the aesthetician and invisible to the client, the aesthetician becomes the trusted expert, providing all the skincare guidance to their clients in

> real time, whether to cross-sell or upsell to other treatments, modalities, parts of the body, or just simply to inform on ingredients, formulations and solutions. You know, ***some of our delighted aestheticians*** have told us that Syndeo is like having an HFX master class inside the machine every time. This built-in automated guidance benefits providers, clients and us.
>
> . . .
>
> So at the start, ***Syndeo represents a game changer in ease of operation, design, and use for our aestheticians***. We created this patent-protected industry device with their direct feedback and input. But it also represents the beginnings of a connected device that will both create a direct relationship for us with our own consumers, opening a marketing flywheel of communication and also a very rich source of treatment data that we can use to constantly improve the products we build and the experiences we offer.

250. On the call, Mr. Baum stated the following, which was not corrected by Stanleick, Woo or any other BeautyHealth executive:

> Our launch this year of Syndeo 1.0 is just the beginning. ***We are already hard at work enhancing, improving and optimizing Syndeo in collaboration with our early adopter providers.*** We employ a continuous approach to development, pushing releases over the year with software updates. Future releases will include additional features and functionality, especially progress toward our connected ecosystem, tying together provider, consumer, and HydraFacial through a redesigned app with greater connectivity and data next year.

251. On the call, Mr. Baum stated the following, which was not corrected by Stanleick, Woo or any other BeautyHealth executive:

> We have a time-tested and proven blueprint for the ultimate in HydraFacial support behind our customers, fueled by a first-class sales, training, and marketing team. And now, ***we have a state-of-the-art, industry-leading flagship device with Syndeo that is transforming the industry and setting new standards for what an aesthetic experience should be***.

252. Also during the same presentation, BeautyHealth Executive Vice President for Sales, Daniel Watson, stated with respect to Syndeo, which was not corrected by Stanleick, Woo or any other BeautyHealth executive:

> ***The sales trend for both the new and trade-ups has been fantastic. As you know, we have a really strong relationship with our providers. And the fact that the system was co-created with them, we knew that they'd be happy with what we delivered. And you heard some of this from Ben, but the customers love the new look. It's slick, it's modern. The ease of use for our customers, it just makes their life so much easier***.

253. The statements in paragraphs 245-252 above were false and misleading and omitted material facts that made them further false and misleading. While repeatedly touting the "next level" launch of Syndeo, and functionality of Syndeo as, among other things, "a game changer in ease of operation, design, and use," Defendants knew but omitted to disclose material facts directly undermining these statements, including that (1) Syndeo had serious performance issues including cosmetic problems and design flaws which caused a "as much as 50%" of the devices to experience "frequent treatment interruptions and issues such as distractive noises and difficult bottle insertion" as well as "low flow and clogs in the system," ¶¶76, 210, (2) the Company received "a lot of complaints" from customers starting shortly after the launch of Syndeo and continuing throughout the Class Period, ¶70, (3) the Company incurred significant costs to replace defective machines and attempt to redesign the system, ¶¶209, 211, and (4) the Company launched Syndeo 2.0 in July 2022 but never halted sales of Syndeo 1.0 despite being aware that thousands of defective machines were being returned. ¶112. Having spoken directly on the issue of the functionality of Syndeo, consumer demand and the Company's financial prospects, Defendants were bound to provide these omitted facts to investors to avoid misleading them.

### 5. Defendants' false statements associated with the announcement of BeautyHealth's Q3 2022 financial results

254. On November 8, 2022, BeautyHealth published a press release entitled "BeautyHealth Reports Third Quarter 2022 Financial Results," which was filed on a Form 8-K with the SEC signed by Defendant Woo. In the press release, the Company reported quarterly net sales of $88.8M, up 30.3% year-over-year and again represented that this increase was "***driven by strength in Delivery System net sales.***" The press release further stated that "Net sales in the Americas region increased to $58.4 million in Q3 2022 compared to $45 million in Q3 2021, ***driven by solid demand for Syndeo***."

255. On November 8, 2022, BeautyHealth also hosted an earnings conference call led by Defendants Stanleick and Woo to report its FY 2022 third quarter results. During the call, Defendant Woo reported, "In America, we grew 30% year-over-year, ***driven by the continued success of Syndeo placements***," adding that the Company "reported adjusted EBITDA of $16.5 million for the third quarter, ***which was driven by strong demand for Syndeo in the US.***"

256. In response to an analyst's question about the Company's expectations for future growth, Defendant Stanleick stated, "***the US another tremendous quarter plus 37% – 30% strength of the consumer strength, continued strength of Syndeo, which gives us a lot of confidence. We're seeing absolutely no slowdown.***"

257. Korinne Wolfmeyer of Piper Sandler asked for further information about "the cadence of delivery system sales" that the Company experienced throughout the quarter. Stanleick responded:

> ***We've seen actually consistent demand across the quarter in all regions, actually.*** Of course, APAC was, of course, impacted by the opening and closing and opening and closing in China. But across that, we've seen very robust demand, no slowdown. And of course, ***in the US, we continued with the rollout of Syndeo very strongly*** and prepare for our international launch of Syndeo in overseas markets in the H1 of 2023." Defendant Woo echoed that sentiment, stating "***we***

> ***haven't seen a slowdown, as Andrew mentioned, in the US market. We're very encouraged as we continue to visit our providers and the sentiment seems to be strong*.**

258. Later during the meeting, Kyle Rose of Canaccord asked for an update on the Company's progress in leveraging data gathered through Syndeo's "connectivity aspect," Stanleick provided the reassurance that, "***six months since the launch of Syndeo, and we couldn't be happier with the rollout.***"

259. On November 9, 2022, the Company also filed its second quarter 2022 financial results on Form 10-Q with the SEC signed by Defendants Stanleick and Woo, affirming that net sales in that quarter increased "***primarily due to the strong demand for the Company's new Syndeo delivery system***." This Quarterly Report was signed and approved by Defendant Stanleick.

260. The statements in paragraphs 254-259 above were false and misleading and omitted material facts that made them further false and misleading. While the statements attributed the Company's sales growth and optimistic financial projections to "the continued success of Syndeo placements," repeatedly claimed that there was "strong demand for Syndeo," and touted that "six months since the launch of Syndeo, and we couldn't be happier with the rollout," they omitted material facts corroborated by former BeautyHealth employees and of which Defendants were aware and had knowledge of, including that (1) Syndeo had serious performance issues including cosmetic problems and design flaws which caused a "as much as 50%" of the devices to experience "frequent treatment interruptions and issues such as distractive noises and difficult bottle insertion" as well as "low flow and clogs in the system," ¶¶76, 210, (2) the Company received "a lot of complaints" from customers starting shortly after the launch of Syndeo and continuing throughout the Class Period, ¶70, (3) the Company incurred significant costs to replace defective machines and attempt to redesign the system, ¶¶209, 211, (4) the Company launched Syndeo 2.0 in July 2022 but never halted sales of Syndeo 1.0 despite being aware that thousands of defective machines were being

returned, ¶112, (5) the Company was aware that Syndeo 2.0 did not fix the problems with Syndeo 1.0 and that Syndeo 2.0 had additional problems including a design flaw which resulted in serum over-sucking which frustrated customers, ¶¶109, 210 (6) the Company accumulated so many returned machines that it had to rent a separate warehouse to store them, ¶¶132-136, and (7) despite its inability to develop an adequate fix for Syndeo, the Company continued to send out systems with the exact same defects as those that had been returned. ¶71. Having spoken directly on the issue of consumer demand for Syndeo and the Company's financial prospects, Defendants were bound to provide these omitted facts to investors to avoid misleading them.

### 6. Defendants' false statements associated with the announcement of BeautyHealth's Q4 2022 financial results

261. On February 28, 2023, the Company hosted an earnings call led by Defendants Stanleick and Woo. During the call, Defendant Stanleick proclaimed Syndeo as "the biggest product innovation in our company's history." Stanleick told analysts, "We will launch Syndeo internationally in the second quarter of 2023. ***We have taken lessons learned from a highly successful US launch last year*** and look forward to growing Syndeo's soon to be global footprint."

262. Defendants Stanleick and Woo published an investor presentation entitled "BeautyHealth: Q4 & FY 2022 Earnings Presentation (Feb. 28, 2023)," which was filed with the SEC on a Form 8-K signed by Defendant Woo. During the earnings call, Defendants published slides touting Hydrafacial and Syndeo as aestheticians "favorite treatment and device."




263. Referring to the slide, Stanleick stated:

> In 2022, we delivered a record 8,492 Hydrafacial systems globally, which includes 1,793 trade-up units to Syndeo. This represents a 37% increase from 2021, ***highlighting consumer and provider resiliency and increasing demand globally for our products. Across distribution channels, we continue to see provider preference for the Hydrafacial treatment and device***.

264. During the presentation, Defendant Woo stated:

> Most first generation IoT products require continuous improvement based upon user experience. From our Syndeo launch, we gain valuable insights through provider feedback. Because our providers are always our number one priority, ***we implemented a program to replace all systems regardless of issue until October 2022. As a result of this one-time program, we incurred $2.4 million in non-recurring logistics and servicing costs in 2022. Through the program, we have also optimized Syndeo in preparation for our international launch in second quarter of 2023***.

265. During a question-and-answer session with analysts, Linda Bolton Weiser of D.A. Davidson asked what the Company had learned in the first year since the launch

from data collected through Syndeo's connectivity function. Stanleick stated "we're learning how to improve the system and the software, and we're always iterating and learning and improving the system based on provider feedback, based on what we're learning of that data," but Stanleick declined to provide any specific information about what the Company had learned about Syndeo or what improvements it was working on, stating instead "I think in the coming quarters, we'll share more insights with you on what we're learning."

266. The statements in paragraphs 261-265 above were false and misleading and omitted material facts that made them further false and misleading. While the statements attributed the Company's optimistic financial outlook to "consumer and provider resiliency and increasing demand globally for our products" and downplayed the financial impact of the Company's efforts to resolve issues with Syndeo, including by characterizing its Syndeo replacement program as a "one time program" which ended in October 2022, they omitted material facts corroborated by former BeautyHealth employees and of which Defendants were aware and had knowledge of, including that (1) Syndeo had serious performance issues including cosmetic problems and design flaws which caused a "as much as 50%" of the devices to experience "frequent treatment interruptions and issues such as distractive noises and difficult bottle insertion" as well as "low flow and clogs in the system," ¶¶76, 210, (2) the Company received "a lot of complaints" from customers starting shortly after the launch of Syndeo and continuing throughout the Class Period, ¶70, (3) the Company incurred significant costs to replace defective machines and attempt to redesign the system, ¶¶209, 211, (4) the Company launched Syndeo 2.0 in July 2022 but never halted sales of Syndeo 1.0 despite being aware that thousands of defective machines were being returned, ¶112, (5) the Company was aware that Syndeo 2.0 did not fix the problems that Syndeo 1.0 had and that Syndeo 2.0 had additional problems including a design flaw that caused serum over-sucking to the frustration of customers, ¶109, (6) the Company accumulated so many returned machines that it had to rent a separate warehouse to store them, ¶¶132-136, (7) despite

its inability to develop an adequate fix for Syndeo, the Company continued to send out systems with the exact same defects as those that had been returned, ¶71, and (8) in some cases, the Company was processing multiple returns for the same customer, including at least one customer whose machine was replaced 5 times, ¶71. Having spoken directly on the issue of the functionality of Syndeo, consumer demand and the Company's financial prospects, Defendants were bound to provide these omitted facts to investors to avoid misleading them.

**7. Defendants' false statements associated with the international launch of Syndeo**

267. On March 30, 2023, BeautyHealth issued a press release entitled, "Revolutionizing the Treatment Room: BeautyHealth Launches Connected Hydrafacial Syndeo Device in Europe and Asia," announcing the international launch of Syndeo in Europe and Asia. The press release stated, "***Syndeo has been embraced by Hydrafacial's consumer and provider community in the U.S., where sales exceeded expectations by three times within the first month after launch. Momentum has continued, with more than 3,000 systems sold in 2022.***"

268. In the press release, Defendant Stanleick states, "We are incredibly excited to introduce our international Hydrafacial community to Syndeo. It is a true revolution of the treatment room." The press release added, "With its ***upgraded connected functionality and elegant design***, Syndeo remains true to Hydrafacial's proprietary treatment experience, delivered through its patented vortex fusion and 'magic wand.'"

269. The statements in paragraphs 267-268 above were false and misleading and omitted material facts that made them further false and misleading. Contrary to being "embraced by Hydrafacial's consumer and provider community in the U.S.," in reality, as corroborated by former BeautyHealth employees, the Company received "a lot of complaints" from customers starting shortly after the launch of Syndeo and continuing throughout the Class Period, and more than 5,000 devices had been returned by the spring of 2023 – approximately half of all Syndeos sold to date. ¶154. And, contrary to

Defendants' representation that Syndeo had an "upgraded functionality and elegant design," (1) Syndeo had serious performance issues including cosmetic problems and design flaws which caused a "as much as 50%" of the devices to experience "frequent treatment interruptions and issues such as distractive noises and difficult bottle insertion" as well as "low flow and clogs in the system," ¶¶76, 210, (2) the Company launched Syndeo 2.0 in July 2022 but never halted sales of Syndeo 1.0 despite being aware that thousands of defective machines were being returned, ¶112, (3) the Company was aware that Syndeo 2.0 did not fix the problems that Syndeo 1.0 had and that Syndeo 2.0 had additional problems including a design flaw that caused serum over-sucking to the frustration of customers, ¶109, (4) the Company accumulated so many returned machines that it had to rent a separate warehouse to store them, ¶¶132-136, and (5) despite its inability to develop an adequate fix for Syndeo, the Company continued to send out systems with the exact same defects as those that had been returned. ¶71. Having spoken directly on the issue of the functionality of Syndeo and consumer demand for the product, Defendants were bound to provide these omitted facts to investors to avoid misleading them.

**8. Defendants' false statements associated with the announcement of BeautyHealth's Q1 2023 financial results**

270. On May 10, 2023, BeautyHealth announced its first quarter 2023 results in a press release which reported that the Company raised its fiscal year 2023 net sales guidance to a range of $460 to $480 million "***due to continued strength in consumer demand, strong Syndeo traction globally***, and a reacceleration in China." The release quoted Defendant Stanleick:

> I am pleased with the growth we achieved in the first quarter and our strong momentum going into Q2. ***We see sustained consumer demand for Hydrafacial treatments across the globe and palpable excitement for the international launch of Syndeo***. This demand, together with the investments made last year and favorable market trends, particularly in China, give us the confidence to raise our 2023 net sales target and reconfirm

> our 2023 adjusted EBITDA margin guidance and long-term 2025 targets.

271. Later the same day, the Company held an earnings call with investors during which Defendant Stanleick stated:

> ***One year on from its debut, we have placed nearly 5,000 Syndeo systems across the world***. ***We are very pleased with its uptake today*** and expect growth to continue as we execute on our international Syndeo launch and capitalize on broader sector tailwinds.

272. Defendant Stanleick also published a Q1 2023 earnings presentation which touted increased year-over-year revenues "***amidst strong Syndeo traction***."




273. The statements in paragraphs 270-272 above were false and misleading and omitted material facts that made them further false and misleading. While the statements attributed the Company's sales growth and optimistic financial projections to "continued strength in consumer demand" and "strong Syndeo traction," they omitted material facts corroborated by former BeautyHealth employees and of which Defendants were aware and had knowledge of, including that (1) Syndeo had serious

performance issues including cosmetic problems and design flaws which caused a "as much as 50%" of the devices to experience "frequent treatment interruptions and issues such as distractive noises and difficult bottle insertion" as well as "low flow and clogs in the system," ¶¶76, 210, (2) the Company received "a lot of complaints" from customers starting shortly after the launch of Syndeo and continuing throughout the Class Period, ¶70, (3) the Company incurred significant costs to replace defective machines and attempt to redesign the system, ¶¶209, 211, (4) the Company launched Syndeo 2.0 in July 2022 but never halted sales of Syndeo 1.0 despite being aware that thousands of defective machines were being returned, ¶112, (5) the Company was aware that Syndeo 2.0 did not fix the problems and that Syndeo 2.0 had additional issues including a design flaw which caused serum over-sucking to the frustration of customers, ¶109, (6) the Company accumulated so many returned machines that it had to rent a separate warehouse to store them, ¶¶132-136, (7) despite its inability to develop an adequate fix for Syndeo, the Company continued to send out systems with the exact same defects as those that had been returned, ¶71, and (8) an analyst survey found that an astonishing 74% of respondents who had purchased Syndeo 1.0 and 2.0 machines experienced problems, ¶219. Having spoken directly on the issue of consumer demand for Syndeo and the Company's financial prospects, Defendants were bound to provide these omitted facts to investors to avoid misleading them.

### 9. Defendants' false statements in May 2023 *Technology of Beauty Podcast* interview

274. During a May 2023 interview on the *Technology of Beauty Podcast*, Defendant Stanleick stated:[46]

> [W]e launched our biggest innovation to date, which was HydraFacial Syndeo, which is our fully connected next generation device. It really is a leap forward in technology in this space. We launched that last March. ***It's been a***

[46] https://www.influxmarketing.com/technology-of-beauty/bridging-med-aesthetics-traditional-beauty-through-connected-tech/

> ***tremendous success … we achieved more sales and system placements than we would've ever dreamed of.***
>
> . . .
>
> ***So it's an incredible journey, which the company's been on in the last couple of years, but at the heart of it has been the launch of Syndeo***.

275. The statements in paragraph 274 above were false and misleading and omitted material facts that made them further false and misleading. Contrary to Defendants' characterization of the Syndeo launch as a "tremendous success," in reality, as corroborated by former BeautyHealth employees: (1) Syndeo had serious performance issues including cosmetic problems and design flaws which caused a "as much as 50%" of the devices to experience "frequent treatment interruptions and issues such as distractive noises and difficult bottle insertion" as well as "low flow and clogs in the system," ¶¶76, 210, (2) the Company received "a lot of complaints" from customers starting shortly after the launch of Syndeo and continuing throughout the Class Period, ¶70, (3) the Company incurred significant costs to replace defective machines and attempt to redesign the system, ¶¶209, 211, (4) the Company launched Syndeo 2.0 in July 2022 but never halted sales of Syndeo 1.0 despite being aware that thousands of defective machines were being returned, ¶112, (5) the Company was aware that Syndeo 2.0 did not fix the problems and that Syndeo 2.0 had additional issues including a design flaw which resulted in serum over-sucking which frustrated customers, ¶109, (6) the Company accumulated so many returned machines that it had to rent a separate warehouse to store them, ¶¶132-136, (7) despite its inability to develop an adequate fix for Syndeo, the Company continued to send out systems with the exact same defects as those that had been returned, ¶71, and (8) an analyst survey found that an astonishing 74% of respondents who had purchased Syndeo 1.0 and 2.0 machines experienced problems, ¶219. Having spoken directly on the issue of the functionality of

Syndeo and consumer demand for the product, Defendants were bound to provide these omitted facts to investors to avoid misleading them.

## VII. ADDITIONAL ALLEGATIONS OF DEFENDANTS' SCIENTER

276. The following facts, which are set forth above with particularity, collectively give rise to a strong inference that the Individual Defendants knew, or were deliberately reckless in not knowing, that their statements about the functionality of Syndeo were false and misleading or omitted material facts necessary to make them not misleading when made.

277. ***Defendants were informed at internal meetings, received internal contemporaneous communications and reports, and had access to internal data contradicting their statements to investors***. Throughout the Class Period, subject matters addressed at the Tiger Team meetings, including the Syndeo plugging flow issue, flowed up to Defendant Woo and other high-level BeautyHealth executives, via a group "Syndeo issues" email detailing the minutes of the Tiger Team meeting and the weekly action-items for the Tiger Team. ¶82. Woo and Stanleick attended at least one meeting before July 2022 related to the new design tests and approved the new design. ¶92. Defendant Stanleick and Woo were further informed of the Syndeo issues through the Company annual management review process conducted in September/October 2022, including management review report including the number of complaints regarding Syndeo categorized by problem type and attending the management review meeting in which the management report was discussed. ¶¶118-120. After completion of the management review, the management review materials were readily accessible on the "Master Control" system. ¶121. In addition, Defendant Stanleick attend the mid-year global sales meeting in Dallas, TX during which the that the issue of the Syndeo tube clogging in the manifold was discussed. Woo also saw the disorganized state in which BeautyHealth maintained the thousands of returned Syndeos in its facilities, as Woo walked the Long Beach warehouse floor regularly. ¶¶120, 138. Further, customer complaints concerning the Syndeo were tracked in BeautyHealth's Salesforce system,

which data could be extracted. ¶75. Finally, Defendants claimed they were receiving "learning" "in real time" from BeautyHealth providers which data the Company was collected from customer facing apps.

278. ***Defendants' admissions to their colleagues of their knowledge of Syndeo's functionality issues support a strong inference of scienter.*** At the same time Defendants were publicly promoting the superior functionality of Syndeo, the Individual Defendants were privately acknowledging the severe cosmetic and plugging functionality issues plaguing Syndeo. When Defendant Woo was informed of the cosmetic issue problem, Woo responded, "Well, we're not going to scrap it and return it — we need to use it." Woo said, "If there's a problem, just give them (the customer) a new machine." ¶69. At the August 2022 quarterly town hall meetings and future quarterly town meetings, companywide calls and the July 2023 mid-year sales meeting, Defendant Stanleick spoke to employees and "definitely acknowledged that [Syndeo] was a problem." ¶85.

279. ***Defendants took undisclosed steps that show their knowledge of the significant technical challenges to Syndeo***. According to former BeautyHealth employees, at the same time Defendants were promoting the superior functionality of Syndeo, the Company secretly worked for well over a year to resolve systemic functionality issues impacting the Syndeo. From April through June 2022, Defendants worked on a project to redesign Syndeo's manifold and installation of new software in an effort to address chronic plugging issues, which included testing conducted by the operations team. Defendants Woo and Stanleick attended at least one of the many executive meetings prior to July 2022 related to the new design tests and approval for the newly design Syndeo dubbed Syndeo 2.0. ¶92. After Syndeo 2.0 failed to adequately address plugging issues, Defendants commenced a number of initiatives to fix the frequent plugging issues, including retaining outside technician firms to either go onsite at the provider's location or to work at Hydrafacial facilities to repair the Syndeo machines. ¶¶95-96.

280. ***Defendants hid thousands of malfunctioning Syndeo machines from an auditor in September/October 2022***. The company concealed a large number of returned Syndeo machines prior to an Fall 2022 audit by BSI, an independent certification body responsible for awarding HydraFacial an ISO certification, an international standard for quality management. Specifically, by fall 2022, HydraFacial's warehouse was overflowing with 2,000 to 3,000 returned Syndeos, many with reported issues. The returned Syndeo units were poorly documented and haphazardly stored, raising concerns about proper record-keeping and potential safety hazards. Just before BSI's arrival, the Company rented an adjacent storage unit and relocating a significant portion of the malfunctioning machines. The purpose of these actions were to shield the machines from BSI's scrutiny, which would have raised questions about the true state of the Syndeo program and its quality control practices. ¶¶134-137.

281. ***The Individual Defendants were terminated concurrent with the disclosure of the truth***. On August 9, 2023, the Company announced the "involuntary separation without cause" of Defendant Woo ("Woo"). ¶189. Concurrently with Woo's termination, the Company disclosed for the first time "Syndeo teething issues" that occurred over the past year, including that some of the first generations Syndeo had some residue build-up and blockage and other ones were simply simple component upgrades. The Company disclosed that it had launched a voluntary initiative of replacing certain componentry in previously manufactured Syndeo delivery systems to increase resistance to inadvertent clogging. Additionally, Stanleick's commentary regarding the Company's key learnings suggested Woo's termination was tied to the lack of transparency with respect to the Company's operational challenges and its impact on future results. Stanleick stated that the Company's internal forecasting processes, which was previously under the leadership of Woo, needed to be enhanced by the new CFO. ¶192.

282. Then, on November 13, 2023, the Company announced that Defendant Stanleick would depart the Company and relinquish his Board seat, effective November

19, 2023. ¶207. The Company would later disclose that Stanleick's departure was a "termination without cause."[47] Concurrent with Stanleick's firing, the Company announced $63.1 million restructuring charge stemming from its Syndeo program. ¶204. In complete contrast to Stanleick's statements on August 9, 2023 that Company was "equipped to address [Syndeo issues with over-the-air software updates or in-filled support," the Company revealed that management had declared all 1.0 and 2.0 Syndeo systems as obsolete. ¶¶206, 211. Therefore, the Company will now only sell the newer 3.0 system. ¶¶206, 211. The Company will also offer its existing clients with the 1.0 and 2.0 machines in the field to be replaced with the newest 3.0 machine or upgraded to 3.0 standard with new parts and an extended 1-year warranty at no cost to the provider. ¶208. On that call, interim CEO, Marla Beck suggested Defendant Stanleick's departure was tied to the undisclosed operation challenges, stating "that many mistakes were made with regard to Syndeo," and that "[a] a result, we are taking some tough actions."

283. ***Defendants' admissions in revealing the truth that the Company knew of the issues plaguing Syndeo and had been working to address it throughout 2022 and 2023 yet failed to disclose such information while continuing to promote the functionality of Syndeo***. At the November 19, 2023 earnings call, newly appointed CFO Monahan admitted that shortly after Syndeo's release, customers began experiencing issues like treatment interruptions, loud noises, problems inserting the bottles and "most importantly" frequent clogs and low flow – a far cry from the smooth functionality and successful product rollout Defendants Stanleick and Woo described in their Q-1 and Q-2 2022 public statements. Given these problems, throughout 2022 and 2023, Monahan admitted that the Company made improvements and released a Syndeo 2.0 version to customers, without acknowledging the earlier version's flaws or announcing the commercialization of the new Syndeo version. Monahan further admitted these undisclosed efforts failed to solve the underlying problems, resulting in continued

[47] *See* FORM 8-K/A filed with the SEC on December 14, 2023.

customer frustration. ¶109. Finally, after undisclosed rigorous testing and development, the Company launched Syndeo 3.0 in July 2023. ¶210. This timeline further contributes to the inference that Defendant knew, or were deliberately reckless in not knowing, that their statements about the functionality of Syndeo were false and misleading or omitted material facts necessary to make them not misleading when made.

284. ***Many of Defendants' misrepresentations were made in direct response to analyst questions:*** During the Class Period, analysts' primary focus concerned the status of the Syndeo rollout and customer response. The obvious importance of those issue helps supports the strong inference that Stanleick and Woo were paying close attention to these issues, and knew or recklessly ignored facts contradicting their statements. Moreover, a significant portion of Defendants' challenged statements were made by Defendants Stanleick and Woo in direct response to analyst inquiries. ¶¶103, 145, 162, 175-176, 234, 256. Defendants were repeatedly asked to provide further color on the Syndeo launch and what they were seeing in the field. In response to the inquiries, Defendants did not simply make statements inconsistent with the truth concerning Syndeo's functionality and customer response; they told investors that they had "learnings" and "insights" from consumer facing apps, but refused to share the data with analysts. Given the specificity and repetition of the analysts questions," Stanleick's position as CEO and Woo's position as CFO and *de facto* COO, the true state of the Syndeo program and customer reaction at the time the questions were asked, there is a strong inference that Defendants' actions reached the threshold of recklessness, at a minimum.

285. ***The Individual Defendants held themselves out as knowledgeable about the functionality of the Syndeo System***. The Executive Defendants repeatedly held themselves out in their public statements as personally familiar with Syndeo's development, functionality, rollout and customer experience. Defendant Stanleick claimed to have been "spending a lot of time in the field with providers and aestheticians" and "[h]aving visited with hundreds of providers and consumers across

the US" after the Syndeo launch to learn about their experiences. ¶¶59, 100. Defendant Stanleick he was "laser focused on continuing the successful global rollout of Syndeo." ¶102. The Executive Defendants made repeated statements to investors about the functionality of Syndeo throughout the Class Period in a multitude of press releases, quarterly and annual reports filed with the SEC and signed by and/or approved by the Executive Defendants, investor presentation and on earnings calls. That Defendants claimed this first-hand knowledge and spoke on these subjects so many times further contributes to a strong inference that the Executive Defendants knew, or were deliberately reckless in not knowing, that the statements about the functionality of the Syndeo systems were false and misleading and omitted material information.

286. ***It is absurd to suggest that Defendants were not aware of the Syndeo functionality issues because they affected BeautyHealth's core operations***. Syndeo represented the newest version and future of Hydrafacial, the Company's flagship delivery system. As Stanleick stated in launching the Syndeo on March 12, 2022, "Innovation is a key strategic pillar of our growth, and as we build the future of BeautyHealth with new products and technologies like Syndeo." Thus, the problem that the Syndeo functionality issues presented were so prominent it is not plausible that Stanleick, Woo and other BeautyHealth senior management did not know about those problems when making false statements about the functionality of Syndeo system.

## VIII. LOSS CAUSATION

287. The artificial inflation created by Defendants' alleged misrepresentations and omissions regarding the functionality of Syndeo was removed from BeautyHealth's share price in direct response to information revealed in disclosures that took place on August 9, 2023 and November 13, 2023. As set forth herein, these disclosures divulged information that corrected Defendants' prior misrepresentations and omissions of material fact and/or disclosed facts Defendants misrepresented and omitted that were a substantial factor in causing investors' economic loss.

288. On August 9, 2023, before the market opened, BeautyHealth announced, among other things, that second quarter 2023 gross margin was "unfavorably impacted" by a mix shift "toward lower-margin refurbished devices . . . as U.S. providers awaited Syndeo enhancements in the third quarter 2023 to improve user experience." The company retracted its 2023 gross margin guidance. The Company also announced the "involuntary separation without cause" of Chief Financial Officer ("CFO") Defendant Liyuan Woo ("Woo").

289. On this news, the Company's stock fell $0.41, or 5.4%, from a close price of $7.53 per share on August 8, 2023 to close at $7.12 per share on August 9, 2023, on unusually heavy trading volume. The Company's stock continued to slide over the next several trading days as the market continued to process the import of the Company's August 9 disclosures, falling as low as $5.78 at close of market on August 17, 2023.

290. Then, on November 13, 2023, after the market closed, BeautyHealth announced, among other things, its financial results for the third quarter of 2023. The Company disclosed that "[t]he quarter was overshadowed by lower-than-expected U.S. revenue and $63.1 million in restructuring charges related to device upgrades of early generation Syndeo devices." As a result, "the Company is revising its fiscal year 2023 net sales guidance to a range of $385 to $400 million, its fiscal year adjusted EBITDA margin guidance to a range of 5% to 6% and is suspending its long-term 2025 financial outlook." The Company further disclosed that Defendant Stanleick would depart the Company as President & Chief Executive Officer ("CEO") and relinquish his Board seat, effective November 19, 2023.

291. The nature of the disclosures, together with the timing and magnitude of the declines in BeautyHealth's share price negate any inference that Lead Plaintiffs' losses were caused by changed market conditions, macroeconomic or industry factors or Company-specific factors unrelated to Defendants' wrongful conduct.

292. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the damages suffered by Lead Plaintiffs and other Class Members. Had

Defendants disclosed complete, accurate, and truthful information concerning these matters during the Class Period, Lead Plaintiffs and other Class members would not have purchased or otherwise acquired BeautyHealth securities or would not have purchased or otherwise acquired these securities at the artificially inflated prices that they paid. It was also foreseeable to Defendants that misrepresenting and concealing these material facts from the public would artificially inflate the price of BeautyHealth securities and the ultimate disclosure of this information, or the materialization of the risks concealed by Defendants' material misrepresentations and omissions would cause the price of BeautyHealth securities to decline.

## IX. NO SAFE HARBOR

293. The statutory safe harbor or bespeaks caution doctrine applicable to forward-looking statements under certain circumstances does not apply to any of the false and misleading statements pleaded in this Complaint. The statutory safe harbor or bespeaks caution doctrine does not apply to statements included in financial statements prepared in accordance with generally accepted accounting principles. Moreover, none of the statements complained of herein was a forward-looking statement. Rather, they were historical statements or statements of purportedly current facts and conditions at the time the statements were made, including statements about BeautyHealth's current and historical financial accounting practices, financial condition, and internal controls, among other topics.

294. To the extent that any of the false and misleading statements alleged herein can be construed as forward-looking, those statements were not accompanied by meaningful cautionary language identifying important facts that could cause actual results to differ materially from those in the statements. As set forth above in detail, then-existing facts contradicted Defendants' statements regarding BeautyHealth's financial accounting practices, financial condition, and internal controls, among others. Given the then-existing facts contradicting Defendants' statements, any generalized risk

disclosures made by BeautyHealth were insufficient to insulate Defendants from liability for their materially false and misleading statements.

## X. THE PRESUMPTION OF RELIANCE

295. At all relevant times, the market for BeautyHealth's common stock was efficient for the following reasons, among others:

(a) BeautyHealth's stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b) As a regulated issuer, BeautyHealth filed periodic reports with the SEC and the NASDAQ;

(c) BeautyHealth regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d) BeautyHealth was followed by numerous securities analysts employed by major brokerage firms who wrote reports which were distributed to those brokerage firms' sales force and certain customers. Each of these reports was publicly available and entered the public market place.

296. As a result of the foregoing, the market for BeautyHealth's common stock reasonably promptly digested current information regarding BeautyHealth from all publicly available sources and reflected such information in the price of BeautyHealth's common stock. All purchasers of BeautyHealth common stock during the Class Period suffered similar injury through their purchase of BeautyHealth common stock at artificially inflated prices, and a presumption of reliance applies.

297. A class-wide presumption of reliance is also appropriate in this action under the United States Supreme Court holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the claims asserted herein against

Defendants are predicated upon omissions of material fact for which there is a duty to disclose.

## XI. CLASS ALLEGATIONS

298. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired BeautyHealth securities between May 10, 2022 and November 13, 2023, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are (i) Defendants; (ii) members of the immediate family of each Individual Defendant; (iii) any person who was an officer or director of BeautyHealth; (iv) any firm or entity in which any Defendant has or had a controlling interest; (v) any person who participated in the wrongdoing alleged; (vi) Defendants' liability insurance carriers; (vii) any affiliates, parents, or subsidiaries of BeautyHealth; (viii) all BeautyHealth plans that are covered by ERISA; and (ix) the legal representatives, agents, affiliates, heirs, beneficiaries, successors-in-interest, or assigns of any excluded person or entity, in their respective capacity as such.

299. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, BeautyHealth shares were actively traded on Nasdaq. As of November 17, 2023, there were approximately 131.27 million shares of BeautyHealth common stock outstanding. While the exact number of Class members is unknown to Lead Plaintiffs at this time and can only be ascertained through appropriate discovery, Lead Plaintiffs believe that there are at least thousands of members of the Class. Class members who purchased BeautyHealth securities may be identified from records maintained by BeautyHealth or its transfer agent(s) and may be notified of this Class action using a form of notice similar to that customarily used in securities class actions.

300. Lead Plaintiffs' claims are typical of Class members' claims, as all members of the Class were similarly affected by Defendants' wrongful conduct in violation of federal laws as complained of herein.

301. Lead Plaintiffs will fairly and adequately protect Class members' interests and have retained competent counsel experienced in class actions and securities litigation.

302. Common questions of law and fact exist as to all Class members and predominate over any questions solely affecting individual Class members. Among the questions of fact and law common to the Class are whether:

(a) the federal securities laws were violated by Defendants' acts as alleged herein;

(b) Defendants' statements to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of BeautyHealth; and

(c) Defendants acted with scienter;

(d) Class members have suffered compensable damages and the proper measure of those damages.

303. A class action is superior to all other available methods for the fair and efficient adjudication of this action because joinder of all Class members is impracticable. Additionally, the damage suffered by some individual Class members may be relatively small so that the burden and expense of individual litigation make it impossible for such members to individually redress the wrong done to them. There will be no difficulty in the management of this action as a class action.

## XII. CLAIMS BROUGHT PURSUANT TO SECTIONS 10(B) AND 20(A) OF THE EXCHANGE ACT

### COUNT I

### FOR VIOLATIONS OF SECTION 10(B) OF THE EXCHANGE ACT AND SEC RULE 10B-5 PROMULGATED THEREUNDER (Against All Defendants)

304. Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

305. During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase BeautyHealth's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

306. Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for BeautyHealth's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

307. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about BeautyHealth's financial well-being and prospects, as specified herein.

308. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of BeautyHealth's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about BeautyHealth and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business

which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

309. Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

310. Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing BeautyHealth's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining

from taking those steps necessary to discover whether those statements were false or misleading.

311. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of BeautyHealth's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired BeautyHealth's securities during the Class Period at artificially high prices and were damaged thereby.

312. At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that BeautyHealth was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their BeautyHealth securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

313. By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

314. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## COUNT II

## FOR VIOLATIONS OF SECTION 20(A) OF THE EXCHANGE ACT (Against the Individual Defendants)

315. Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

316. Individual Defendants acted as controlling persons of BeautyHealth within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

317. In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

318. As set forth above, BeautyHealth and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered

damages in connection with their purchases of the Company's securities during the Class Period.

## XIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A. Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

B. Awarding compensatory damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C. Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D. Such other and further relief as the Court may deem just and proper.

## XIV. JURY DEMAND

Plaintiff hereby demands a trial by jury.

Dated: July 1, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Lucas E. Gilmore*
LUCAS E. GILMORE

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiffs Priscilla Dijkgraaf and Martijn Dijkgraaf*