**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, and LIYUAN WOO,<br><br>Defendants. | No. 2:23-cv-09733-SPG-MAA<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants The Beauty Health Company, Andrew Stanleick, and Liyuan Woo's ("Defendants") Request for Judicial Notice in Support of Defendants' Motion to Dismiss Amended Class Action Complaint. Upon consideration of the relevant papers and oral argument, and good cause appearing:

**IT IS HEREBY ADJUDGED** that Defendants' Request is **DENIED** in its entirety.


Dated: _____, 2024

_____
Hon. Sherilyn Peace Garnett
United States District Judge

- 1 -