Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiffs*
*Priscilla Dijkgraaf and Martijn Dijkgraaf*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK and LIYUAN WOO,<br><br>Defendants. | No. 2:23-cv-09733-SPG-MAA<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFFS' NOTICE OF RECENT DECISION RELATED TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Date: January 15, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5C<br>Judge: Hon. Sherilyn Peace Garnett |

LEAD PLAINTIFFS' NOTICE OF RECENT DECISION RELATED TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

Court-appointed Lead Plaintiffs Priscilla Dijkgraaf and Martijn Dijkgraaf hereby submit this Notice of Recent Decision in further support of their Opposition (ECF No. 46) to Defendants' Motion to Dismiss (ECF No. 45). On December 20, 2024, the Court of Appeals for the Ninth Circuit issued a decision reversing a decision from the United States District Court for the Northern District of California granting a motion to dismiss a securities fraud class action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5, promulgated thereunder. *See Okla. Firefighters Pension & Ret. Sys. v. Snap Inc.*, 2024 WL 5182634 (9th Cir. Dec. 20, 2024), attached hereto as Exhibit A.

Lead Plaintiffs believe this recent decision, which was not cited in the parties' previous submissions, will assist the Court in its consideration of the pending motion to dismiss.

Dated: December 26, 2024          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  */s/ Lucas E. Gilmore*
     LUCAS E. GILMORE
     Reed R. Kathrein (139304)
     Lucas E. Gilmore (250893)
     715 Hearst Avenue, Suite 202
     Berkeley, CA  94710
     Telephone: (510) 725-3000
     Facsimile:  (510) 725-3001
     reed@hbsslaw.com
     lucasg@hbsslaw.com

     *Attorneys for Lead Plaintiffs*
     *Priscilla Dijkgraaf and Martijn Dijkgraaf*

- 1 -

LEAD PLAINTIFFS' NOTICE OF RECENT DECISION RELATED TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

## **PROOF OF SERVICE**

I hereby certify that on December 26, 2024, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF electronic filing service, which caused notice to be sent to all counsel of record for each party listed on the attached service list.

*/s/ Lucas E. Gilmore*
Lucas E. Gilmore

- 2 -

LEAD PLAINTIFFS' NOTICE OF RECENT DECISION RELATED TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

**Mailing Information for a Case 2:23-cv-09733-SPG-MAA Abduladhim A. Alghazwi v. The Beauty Health Company et al**

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lucas E Gilmore**
  lucasg@hbsslaw.com,sf_filings@hbsslaw.com,nicolleh@hbsslaw.com,bills@hbsslaw.com

- **Corey D Holzer**
  cholzer@holzerlaw.com

- **Charles P Hyun**
  chyun@reedsmith.com,docketingecf@reedsmith.com,charles-hyun-2358@ecf.pacerpro.com,aturner@reedsmith.com

- **Reed R Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **Zachary B. Kaye**
  zkaye@reedsmith.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,tsayre@pomlaw.com,egoodman@pomlaw.com,tprzybylowski@pomlaw.com,jlopiano@pomlaw.com,disaacson@pomlaw.c

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Pavithra Rajesh**
  prajesh@glancylaw.com,info@glancylaw.com,pavithra-rajesh-9402@ecf.pacerpro.com

- **Brian M Rostocki**
  brostocki@reedsmith.com

- **James L Sanders**
  jsanders@reedsmith.com,docketingecf@reedsmith.com,aturner@reedsmith.com,james-sanders-4849@ecf.pacerpro.com

- **John C. Scalzo**
  jscalzo@reedsmith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`