James L. Sanders (SBN 126291)
Email: jsanders@reedsmith.com
Charles P. Hyun (SBN 307817)
Email: chyun@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067
Telephone:   (213) 734-5200
Facsimile:    (213) 734-5299

John C. Scalzo (*pro hac vice*)
Email: jscalzo@reedsmith.com
Zachary B. Kaye (*pro hac vice*)
Email: zkaye@reedsmith.com
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Brian M. Rostocki (*pro hac vice*)
Email: brostocki@reedsmith.com
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

*Attorneys for Defendants The Beauty
Health Company, Andrew Stanleick, and
Liyuan Woo*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, and LIYUAN WOO,<br><br>Defendants. | Case No.:   2:23-cv-09733-SPG-MAA<br><br>**AMENDED JOINT STIPULATION TO: (1) WITHDRAW BRIEFING ON DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE TO REFILING; AND (2) BRIEFLY STAY PROCEEDINGS IN ORDER TO COMPLETE PRIVATE MEDIATION**<br><br>Hon. Sherilyn Peace Garnett |

In accordance with the Court's January 10, 2025 Scheduling Notice (ECF No. 52), Lead Plaintiffs Priscilla Dijkgraaf and Martijn Dijkgraaf (together, "Plaintiffs") and Defendants The Beauty Health Company, Andrew Stanleick, and Liyuan Woo (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby submit the following amended joint stipulation seeking to: (1) withdraw all briefing on Defendants' motion to dismiss, without prejudice to the Parties refiling; and (2) briefly stay proceedings in order to allow the Parties to complete the private mediation process.

## AMENDED JOINT STIPULATION

**WHEREAS,** on January 8, 2025, the Parties submitted a joint stipulation to vacate the January 15, 2025 hearing date on Defendants' Motion to Dismiss ("Stipulation") (ECF No. 51) to accommodate Defendants' counsel's scheduling conflict and to allow the Parties to complete the private mediation process;

**WHEREAS,** on January 10, 2025, the Court issued the Scheduling Notice (ECF No. 52), granting the Parties' request to take the January 15, 2025 hearing off calendar;

**WHEREAS,** in the Scheduling Notice, the Court stated that the Parties' Stipulation "effectively seeks a stay of the proceedings to allow for the Parties to pursue private mediation," and denied the request to stay the proceedings, given Defendants' pending Motion to Dismiss;

**WHEREAS,** in the Scheduling Notice, the Court stated that its denial of the requested stay of proceedings was "without prejudice to the Parties filing an amended joint stipulation requesting a brief stay and voluntary withdrawal of Defendants' motion without prejudice to the motion and accompanying briefs being timely refiled if the Parties are unable to reach a settlement";

– 1 –

AMENDED JOINT STIPULATION TO: (1) WITHDRAW BRIEFING ON DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE TO REFILING; AND (2) BRIEFLY STAY PROCEEDINGS IN ORDER TO COMPLETE PRIVATE MEDIATION

**NOW, THEREFORE, IN ACCORDANCE WITH THE SCHEDULING NOTICE, IT IS HEREBY STIPULATED,** by and between the undersigned, subject to Court approval, as follows:

1.    Defendants' Motion and all accompanying supporting, opposition and reply papers are withdrawn. The withdrawal of these filings is without prejudice to the Motion and accompanying papers being timely refiled.

2.    All proceedings in this action shall be temporarily stayed to allow the Parties to pursue private mediation.

3.    The Parties shall attempt to resolve the matter through private mediation on or before March 31, 2025.

4.    The Parties shall file a joint status report updating the Court on their settlement discussions by no later than April 14, 2025.

5.    In the event that the Parties report they are at an impasse and unable to reach a settlement, the Parties shall refile the Motion and accompanying papers within seven days of such report and notify the Court of their availability for a hearing on the Motion so that such hearing can be re-noticed.

6.    If the Parties reach a settlement, they shall promptly notify the Court.

Dated: January 16, 2025

Respectfully submitted,

**REED SMITH**

By: */s/ Charles P. Hyun*
James L. Sanders (SBN 126291)
Email: jsanders@reedsmith.com
Charles P. Hyun (SBN 307817)
Email: chyun@reedsmith.com
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

– 2 –

AMENDED JOINT STIPULATION TO: (1) WITHDRAW BRIEFING ON DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE TO REFILING; AND (2) BRIEFLY STAY PROCEEDINGS IN ORDER TO COMPLETE PRIVATE MEDIATION

John C. Scalzo (*pro hac vice*)
Email: jscalzo@reedsmith.com
Zachary B. Kaye (*pro hac vice*)
Email: zkaye@reedsmith.com
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Brian M. Rostocki (*pro hac vice*)
Email: brostocki@reedsmith.com
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

*Attorneys for Defendants The Beauty Health Company, Andrew Stanleick, and Liyuan Woo*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Lucas E. Gilmore*
Reed R. Kathrein (SBN 139304)
Email: reed@hbsslaw.com
Lucas E. Gilmore (SBN 250893)
Email: lucasg@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Attorneys for Lead Plaintiffs Priscilla Dijkgraaf and Martijn Dijkgraaf*

– 3 –
AMENDED JOINT STIPULATION TO: (1) WITHDRAW BRIEFING ON DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE TO REFILING; AND (2) BRIEFLY STAY PROCEEDINGS IN ORDER TO COMPLETE PRIVATE MEDIATION

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Charles P. Hyun, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

DATED: Jaunary 16, 2025

By: ___/s/ Charles P. Hyun_____

Charles P. Hyun

– 4 –

AMENDED JOINT STIPULATION TO: (1) WITHDRAW BRIEFING ON DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE TO REFILING; AND (2) BRIEFLY STAY PROCEEDINGS IN ORDER TO COMPLETE PRIVATE MEDIATION