# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, and LIYUAN WOO,<br><br>Defendants. | Case No.:   2:23-cv-09733-SPG-MAA<br><br>**[PROPOSED] ORDER GRANTING AMENDED JOINT STIPULATION TO: (1) WITHDRAW BRIEFING ON DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE TO REFILING; AND (2) BRIEFLY STAY PROCEEDINGS IN ORDER TO COMPLETE PRIVATE MEDIATION**<br><br>Hon. Sherilyn Peace Garnett |

Lead Plaintiffs Priscilla Dijkgraaf and Martijn Dijkgraaf (together, "Plaintiffs") and Defendants The Beauty Health Company, Andrew Stanleick and Liyuan Woo (collectively, "Defendants," and together with Plaintiffs, the "Parties") have stipulated to and requested to (1) withdraw all briefing on Defendants' motion to dismiss, without prejudice to the Parties refiling; and (2) briefly stay proceedings in order to allow the Parties to complete the private mediation process.

Upon full consideration of the Parties' stipulation, and for good cause shown, the Parties' stipulation is hereby GRANTED, and the Court orders as follows:

1.    Defendants' Motion and all accompanying supporting, opposition and reply papers are withdrawn. The withdrawal of these filings is without prejudice to the Motion and accompanying papers being timely refiled.

2.    All proceedings in this action shall be temporarily stayed to allow the Parties to pursue private mediation.

3.    The Parties shall attempt to resolve the matter through private mediation on or before March 31, 2025.

4.    The Parties shall file a joint status report updating the Court on their settlement discussions by no later than April 14, 2025.

5.    In the event that the Parties report they are at an impasse and unable to reach a settlement, the Parties shall refile the Motion and accompanying papers within seven days of such report and notify the Court of their availability for a hearing on the Motion so that such hearing can be re-noticed.

6.    If the Parties reach a settlement, they shall promptly notify the Court.

**IT IS SO ORDERED**

Dated: January __, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

– 1 –
[PROPOSED] ORDER