# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, and LIYUAN WOO,<br><br>Defendants. | Case No.: 2:23-cv-09733-SPG-MAA<br><br>**ORDER GRANTING AMENDED JOINT STIPULATION TO: (1) WITHDRAW BRIEFING ON DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE TO REFILING; AND (2) BRIEFLY STAY PROCEEDINGS IN ORDER TO COMPLETE PRIVATE MEDIATION [ECF NO. 53]** |

Before the Court is the Parties' Amended Joint Stipulation to: (1) Withdraw Briefing on Defendants' Motion to Dismiss Without Prejudice to Refiling; and (2) Briefly Stay Proceedings in Order to Complete Private Mediation (ECF No. 53 ("Stipulation")).  Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

    1.    Defendants' Motion and all accompanying supporting, opposition, and reply papers are withdrawn.  The withdrawal of these filings is without prejudice to the Motion and accompanying papers being timely refiled;

    2.    All proceedings in this action shall be temporarily stayed to allow the Parties to pursue private mediation;

3. The Parties shall attempt to resolve the matter through private mediation on or before March 31, 2025;

4. The Parties shall file a joint status report updating the Court on their settlement discussions by no later than April 14, 2025;

5. In the event that the Parties report they are at an impasse and unable to reach a settlement, the Parties shall refile the Motion and accompanying papers within seven (7) days of such report and notify the Court of their availability for a hearing on the Motion so that such hearing can be re-noticed; and

6. If the Parties reach a settlement, they shall promptly notify the Court.

**IT IS SO ORDERED.**

Dated: January 17, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE