**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, and LIYUAN WOO, | Case No. 2:23-cv-09733-SPG-MAA<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED SECOND AMENDED COMPLAINT** |

On July 11, 2025, Defendants The Beauty Health Company, Andrew Stanleick, and Liyuan Woo ("Defendants") filed their request that the Court consider the following exhibits under the doctrine of incorporation by reference and/or judicial notice pursuant to Federal Rule of Evidence 201.

The Court having considered Defendants' Request for Judicial Notice and all other parts of the record and finding good cause therefor, hereby Grants the Request for Judicial Notice and ORDERS as follows:

Exhibits 1-16, as outlined below, are properly subject to consideration in connection with Defendants' Motion to Dismiss the Consolidated Second Amended Complaint

- 1 -

because each is incorporated by reference into the Complaint and/or is subject to judicial notice.

Exhibit 1: a true and correct copy of a Form 4 which was filed on behalf of Woo with the Securities and Exchange Commission ("SEC") on May 21, 2021 and is publicly available at https://www.sec.gov/edgar/search.

Exhibit 2: a true and correct copy of a Form 4 which was filed on behalf of Woo with the SEC on February 8, 2022 and is publicly available at https://www.sec.gov/edgar/search.

Exhibit 3: a true and correct copy of a Form 4 which was filed on behalf of Stanleick with the SEC on February 9, 2022 and is publicly available at https://www.sec.gov/edgar/search.

Exhibit 4: a true and correct copy of a Form 10-K which BHC filed with the SEC on March 1, 2022 and is publicly available at https://www.sec.gov/edgar/search.

Exhibit 5: a true and correct copy of a transcript of an Investor Day meeting with analysts which was hosted by Beauty Health on September 15, 2022.

Exhibit 6: a true and correct copy of a press release issued by BHC in conjunction with its announcement of its Q4 2022 and FY 2022 financial results, which was filed as Exhibit 99.1 to a Form 8-K filed by BHC with the SEC on February 28, 2023, and is publicly available at https://www.sec.gov/edgar/search.

Exhibit 7: a true and correct copy of a Form 4 which was filed on behalf of Stanleick with the SEC on March 6, 2023 and is publicly available at https://www.sec.gov/edgar/search.

Exhibit 8: a true and correct copy of a Form 4 which was filed on behalf of Woo with the SEC on March 6, 2023 and is publicly available at https://www.sec.gov/edgar/search.

Exhibit 9: a true and correct copy of a Form 4 which was filed on behalf of Stanleick with the SEC on April 6, 2023 and is publicly available at https://www.sec.gov/edgar/search.

Exhibit 10: a true and correct copy of a press release issued by BHC in conjunction

- 2 -

with its announcement of its Q1 2023 financial results, which was filed as Exhibit 99.1 to a Form 8-K filed by BHC with the SEC on May 10, 2023, and is publicly available at https://www.sec.gov/edgar/search.

**Exhibit 11**: a true and correct copy of a Form 4 which was filed on behalf of Woo with the SEC on August 11, 2023 and is publicly available at https://www.sec.gov/edgar/search.

**Exhibit 12**: a true and correct copy of a Form 4 which was filed on behalf of Stanleick with the SEC on August 17, 2023 and is publicly available at https://www.sec.gov/edgar/search.

**Exhibit 13**: a true and correct copy of a press release issued by BHC in conjunction with its announcement of its Q3 2023 financial results, which was filed as Exhibit 99.1 to a Form 8-K filed by BHC with the SEC on November 13, 2023, and is publicly available at https://www.sec.gov/edgar/search.

**Exhibit 14**: an excerpt from a chart reflecting data (including the closing price and trading volume) related to BHC's common stock (NASDAQ: SKIN), which was obtained from Yahoo! Finance, and is publicly available at https://finance.yahoo.com/quote/SKIN.

**Exhibit 15:** a true and correct copy of a Cannaccord Genuity analyst report entitled, "We see accelerating growth opportunities for SKIN," published on September 15, 2022.

**Exhibit 16:** a true and correct copy of a Cannaccord Genuity analyst report entitled, "Syndeo US headwinds getting under BeautyHealth's SKIN amidst strong OUS growth," published on August 9, 2023.

IT IS SO ORDERED.

Dated: _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE