Kasey J. Curtis (SBN 268173)
Email: kcurtis@reedsmith.com
Charles P. Hyun (SBN 307817)
Email: chyun@reedsmith.com
Katherine P. Goetz (SBN 346205)
Email: kgoetz@reedsmith.com
REED SMITH LLP
515 Flower Street, Suite 4300
Los Angeles, CA 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Brian M. Rostocki (*pro hac vice*)
Email: brostocki@reedsmith.com
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

John C. Scalzo (*pro hac vice*)
Email: jscalzo@reedsmith.com
Zachary B. Kaye (*pro hac vice*)
Email: zkaye@reedsmith.com
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for Defendant The Beauty Health Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, and LIYUAN WOO,<br><br>Defendants. | Case No.:  2:23-cv-09733-SPG-MAA<br><br>**DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Hon. Sherilyn Peace Garnett |

Defendant The Beauty Health Company ("BHC" or the "Company") hereby answers the Consolidated Second Amended Class Action Complaint ("SAC" or "Complaint") brought by Plaintiffs Priscilla Dijkgraaf and Martijn Dijkgraaf, individually and on behalf of all others similarly situated ("Plaintiffs").  For ease of reference, BHC refers to Plaintiffs' headings and titles.  To the extent those headings and titles can be construed to contain factual allegations, BHC generally and specifically denies the same.  BHC denies all of the Complaint's allegations unless expressly admitted herein.  BHC answers the allegations in the like-numbered paragraphs and subparagraphs of the Complaint as follows:

## I.    INTRODUCTION

1.    BHC denies the allegations in this Paragraph, except admits that the Complaint purports to be a securities class action and that this action arises out of a drop in the Company's stock price.

2.    BHC admits the allegations in the first sentence of this Paragraph.  BHC admits the allegations in the second sentence of this Paragraph that it operates a "Razor and Blade" revenue model as described in its public SEC filings, and sells both machines and consumables that can be used by the machines.  BHC otherwise denies the remaining allegations in this Paragraph.

3.    BHC admits the allegations in this Paragraph.

4.    BHC admits the allegations in the first sentence of this Paragraph that its success in the aesthetics market depends on the commercial success of its HydraFacial machine but denies that it "must maintain a cutting-edge Hydrafacial machine" as the phrase "cutting-edge" is vague, ambiguous, and subject to interpretation.  BHC denies the allegations in the second sentence of this Paragraph as the wording of the second sentence is vague, ambiguous, and subject to interpretation.  BHC admits the allegations in the third sentence of this Paragraph that the beauty health industry is highly competitive, and that competitors introduce new products to the market, except denies that the competition is "fierce," as the

- 1 -

term "fierce" is vague, ambiguous, and subject to interpretation. BHC admits the allegations in the fourth sentence of this Paragraph that the Company's ability to compete depends on, among other things, innovation and execution strategies, and the successful management of new product introductions and innovations. BHC admits the allegations in the fifth sentence of this Paragraph that the Company's ability to compete depends on, among other things, innovation and execution strategies, and the successful management of new product introductions and innovations. BHC need not provide a response to the sixth, seventh, and eighth sentences of this Paragraph given that those sentences contains conjecture, opinions, characterizations, argument, and conclusions, as opposed to allegations of fact.

5.    BHC admits that this Paragraph purports to quote from and characterize a March 7, 2022 press release announcing the introduction of the Syndeo, to which BHC respectfully refers the Court for its complete and accurate contents. BHC denies any characterization or summary that is inconsistent with that March 7, 2022 press release.

6.    BHC denies the allegations in the first sentence of this Paragraph. BHC denies the allegations in the second sentence of this Paragraph except that it admits that the Syndeo is designed to work with BHC's consumables. BHC denies the allegations in the third sentence of this Paragraph, except that it admits that during a pre-launch demonstration for BHC salespersons, a Syndeo device experienced a screen glitch.

7.    BHC denies the allegations in the first sentence of this Paragraph. BHC denies the allegations in the second sentence of this Paragraph, except admits that certain Syndeo devices experienced cosmetic and performance related issues. BHC denies the allegations in the third sentence of this Paragraph, except admits that certain Syndeo devices experienced issues with low flow and clogs. BHC denies the allegations in the fourth sentence of this Paragraph. BHC lacks knowledge or information to form a belief as to the truth of the allegations in the fifth sentence of

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

this Paragraph and therefore denies them on that basis.

8. BHC need not respond to the allegations in the first sentence of this Paragraph as it contains legal conclusions to which no response is required. To the extent a response is required, BHC denies the allegations in the first sentence of this Paragraph. BHC denies the allegations in the second and third sentences of this Paragraph, except admits that Defendant Woo, in her capacity as CFO of BHC, received reports and learned of issues with the Syndeo following its launch in March 2022. BHC further denies Plaintiffs' characterization of those reports and issues. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the fourth and fifth sentences of this Paragraph and therefore denies them on that basis.

9. BHC denies the allegations in the first sentence of this Paragraph, except admits that certain Syndeo devices experienced cosmetic and performance related issues, and that in certain instances, BHC would send customers a replacement machine. BHC denies the allegations in the second and third sentences of this Paragraph.

10. BHC denies the allegations contained in the first sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence in this Paragraph, except admits that a meeting involving BeautyHealth's executive committee was held in June 2022. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the third sentence in this Paragraph, and therefore denies them on that basis.

11. BHC admits that it sought to identify and resolve plugging issues with the Syndeo. BHC denies that this was a "secret project" as the term "secret" is vague, ambiguous, and subject to interpretation. BHC denies the remaining allegation in the first sentence of this Paragraph. BHC admits the allegations in the second sentence of this Paragraph. BHC admits the allegations in the third sentence

- 3 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

of this Paragraph that Defendant Woo received reports regarding Syndeo generated from Tiger Team meetings, except that it denies that the reports were "repeated" and that the "Tiger Team meetings" were "regular" as the terms "repeated" and "regular" are vague, ambiguous, and subject to interpretation. To the extent the third sentence of this Paragraph attempts to characterize or summarize the contents of reports received by Defendant Woo, BHC respectfully refers the Court to those reports for their complete and accurate contents and denies any summary or characterization that is inconsistent with the same. BHC admits the allegations in the fourth sentence of this Paragraph. BHC denies the allegations in the fifth sentence of this Paragraph except admits that BHC eventually released a re-design of the Syndeo which later came to be referred to as Syndeo 2.0.

12. BHC admits the allegations in the first sentence of Paragraph 12 that the "Syndeo 2.0" became available to customers in or around Q3 2022, either as a new or refurbished unit or as a field upgrade. BHC denies the allegations in the second sentence of this Paragraph. BHC denies the allegations in the third sentence of this Paragraph. The fourth sentence of this Paragraph purports to characterize "quality management standards" to which BHC respectfully refers the Court for their complete and accurate contents. BHC denies any summary or characterization that is inconsistent with those purported "quality management standards." BHC admits the allegations in the fifth sentence of this Paragraph that it rented additional storage space in an adjacent warehouse to store returned Syndeo devices in addition to other inventory except denies Plaintiff's characterization that BHC concealed anything from auditors. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the sixth sentence in this Paragraph, and therefore denies them on that basis. BHC further denies that anyone was "personally informed of the Syndeo problems" as the phrase "personally informed" is vague, ambiguous, and subject to interpretation.

13. BHC denies the allegations in the first sentence of this Paragraph. BHC

- 4 -

denies the allegations in the second sentence of this Paragraph except admits that that certain Syndeo 2.0 devices experienced issues with plugging. BHC denies the allegations in the third sentence of this Paragraph. BHC denies the allegations in the fourth sentence of this Paragraph that certain Syndeo 2.0 devices experienced issues with their computer chips. BHC denies the allegations in the fifth sentence of this Paragraph except admits that Defendants Stanleick and Woo received reports regarding Syndeo generated from Tiger Team meetings. To the extent the fifth sentence of this Paragraph attempts to characterize or summarize the contents of those reports, BHC respectfully refers the Court to those reports for their complete and accurate contents and denies any summary or characterization that is inconsistent with the same.

14. BHC denies the allegations in this Paragraph.

15. BHC denies the allegations in the first sentence of this Paragraph. BHC denies the allegations in the second sentence of this Paragraph, except that it admits that Defendant Stanleick discussed challenges with the Syndeo at BHC meetings. BHC denies the allegations in the third sentence of this Paragraph, except that it admits that BHC uses a Salesforce database, which contains certain information about its customers, and that there was a "Master Control" quality management system that certain executives had access to.

16. BHC denies the allegations in the first sentence of this Paragraph. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the second, third, and fourth sentences of this Paragraph, and therefore denies them on that basis.

17. BHC denies the allegations in the first, second, third, and fourth sentences of this Paragraph, except admits that they purport to quote from and characterize BHC's public statements from a June 19, 2022 Jefferies Consumer Conference, Q1 2022 earnings call, September 15, 2022 Investor Day conference, and Q2 2022 earnings call. BHC respectfully refers the Court to the documents

- 5 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

and/or transcripts in which these statements appear for their complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC denies the allegations in the fifth and sixth sentences of this Paragraph.

18.    BHC denies the allegations in this Paragraph except that it admits that in its Form 8-K dated August 9, 2023, and a Press Release issued the same day, the Company announced it retracted its 2023 fiscal year adjusted gross margin guidance due to Q2 margin headwinds carrying into the back half of 2023, and reported a net income loss of $16.9 million for the six months ended June 30, 2023.  BHC respectfully refers the Court and Plaintiffs to the Form 8-K and Press Release for a complete and accurate statement of their contents, and denies any characterization or summary that is inconsistent with the same.  BHC further admits that it announced Woo's "involuntary separation without cause" on August 9, 2023 but denies that it was "abruptly announced" as the term "abruptly" is vague, ambiguous, and subject to interpretation.

19.    BHC admits that during a Q2 2023 Earnings Conference Call on August 9, 2023, that Stanleick used the term "teething issues" when discussing Syndeo; that BHC made the "intentional decision" to "exchange Syndeo devices at the company's expense, even for the smallest issues" as part of its "unwavering commitment to best-in-class consumer service"; that Stanleick used the term "greatly reduced system exchanges"; and that BHC was "equipped to address issues with over-the-air-software updates or in-field support."  BHC respectfully refers the Court to the transcript of the Q2 2023 Earnings Conference Call for a complete and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same.  BHC otherwise denies each and every remaining allegation in this Paragraph.

20.    BHC admits that on November 13, 2023, it issued a Press Release discussing its Third Quarter 2023 financial results, and respectfully refers the Court to the Press Release for a complete and accurate statement of its contents, and denies

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

any characterization or summary that is inconsistent with the same in the first sentence of this Paragraph.  BHC otherwise denies the allegations in the first sentence of this Paragraph.  BHC admits the allegations in the second sentence of this Paragraph that on November 13, 2023, it issued a Press Release and on November 10, 2023 filed its Form 8-K, announcing Defendant Stanleick would depart the Company on November 19, 2023 and that his termination was "without cause."  BHC otherwise denies each and every remaining allegation in this Paragraph.

21.  BHC admits that the first and second sentences of this Paragraph purport to summarize and characterize a Q3 2023 earnings call BHC held.  BHC respectfully refers the Court to the transcript of the Q3 2023 earnings call for a complete and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same.  BHC denies the allegations in the third sentence of this Paragraph except admits that BHC released Syndeo 3.0.  BHC admits the allegation in the fourth sentence of this Paragraph that the remediation plan would come at a cost, except that it denies that the cost was "substantial," as the term "substantial" is vague, ambiguous, and subject to interpretation.  BHC admits the allegations in the fifth sentence of this Paragraph.  BHC denies the allegations in the sixth sentence of this Paragraph.  BHC admits the allegations in the seventh sentence of this Paragraph.

22.  BHC admits the allegations in this Paragraph upon information and belief, pursuant to information that is publicly available, that BHC's stock price on August 8, 2023 closed at $7.53; BHC's stock price on August 9, 2023 closed at $7.12; and that $7.53 is $0.41, or approximately 5.4% higher than $7.12.  BHC otherwise denies each and every remaining allegation in this Paragraph.

23.  BHC admits upon information and belief that the allegations in the first, second, and third sentences of this Paragraph purport to characterize a document by Piper Sandler, dated December 14, 2023, entitled "The Scoop on SKIN: How Are

- 7 -

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

50 HydraFacialists Handling the Syndeo Issues?" but denies Plaintiffs' characterization of that document. According to that document, Piper Sandler purports to have conducted a survey in which "the 87% [of respondents] who have had the Syndeo for at least a couple months (likely Syndeo 1.0 or 2.0), 74% have had issues" and "20% of Elite users said they don't plan to upgrade to Syndeo, with half noting this is due to the Syndeo issues." BHC respectfully refers the Court to the December 14, 2023 Piper Sandler document for its complete and accurate contents, and denies any summary or characterization that is inconsistent with the same. BHC admits that the fourth sentence of this Paragraph purports to summarize and characterize a Form 8-K filed by BHC on April 8, 2024, to which BHC respectfully refers the Court for its complete and accurate contents, and denies any summary or characterization that is inconsistent with the same.

24. BHC admits that the first sentence of this Paragraph purports to summarize and characterize a November 13, 2023 press release it issued which, in part, discussed Syndeo 3.0, and an earnings call that took place on May 9, 2024. BHC further admits that on the May 9, 2024 earnings call, BHC's CEO stated that "our field teams and customer service teams are finding some technical issues, most of which are resolvable by phone or an in-field technical visit." BHC respectfully refers the Court to the November 13, 2023 press release and the transcript of the May 9, 2024 earnings call for their complete and accurate contents, and denies any summary or characterization that is inconsistent with the same. BHC denies the allegations in the second sentence of this Paragraph, except admits that as of the date the Complaint was filed (May 5, 2025), BHC's stock price was below $2.00 per share. However, between the filing of the Complaint and the filing of this Answer, BHC's stock price exceeded $2.00 per share on a number of occasions.

25. BHC admits that, by this action, Lead Plaintiffs purport to seek redress for losses they and other BeautyHealth investors allegedly suffered after purchasing securities during the Class Period. BHC states that the remainder of the allegations

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

in this Paragraph contain legal conclusions to which no response is required. Except as specifically admitted, BHC denies the allegations contained in this Paragraph.

## II.   JURISDICTION AND VENUE

26.   The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, BHC states that it does not contest subject matter jurisdiction at this time. This Paragraph purports to characterize 15 U.S.C. §§ 78j(b) and 78t(a), and 17 C.F.R. § 240.10b-5, to which BHC respectfully refer the Court for their complete and accurate contents.

27.   The allegations in this Paragraph  contain legal conclusions to which no response is required. To the extent a response is required, BHC states that it does not contest subject matter jurisdiction at this time. This Paragraph purports to characterize 28 U.S.C. § 1331 and 15 U.S.C. § 78aa, to which BHC respectfully refer the Court for their complete and accurate contents.

28.   The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, BHC states that it does not contest that venue is proper in this Judicial District at this time; admits that it conducts business in this District and that its headquarters are located at 2165 Spring Street, Long Beach, California 90806; and denies the allegations in the third sentence of this Paragraph except that it admits that many of the acts alleged in the Complaint occurred in this District. This Paragraph purports to characterize 15 U.S.C. § 78aa and 28 U.S.C. § 1391(b) and (c), to which BHC respectfully refer the Court for their complete and accurate contents.

29.   The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, BHC admits that in conducting its business, it utilizes the United States mail, interstate telephone communications, and the facilities of national securities exchanges.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

### III.   PARTIES

**A.     Lead Plaintiffs**

30.    BHC denies the allegations in this Paragraph, except that it admits that Plaintiffs allege that they purchased BHC securities during the Class Period and that the Complaint purports to be a securities class action alleging violations of federal securities law.

**B.     Corporate Defendant**

31.    BHC admits the allegations in first, second, third, fourth, fifth, sixth, and seventh sentences of this Paragraph  BHC denies the allegations in the eighth sentence of this Paragraph.

**C.     Executive Defendants**

32.    BHC admits the allegations in the first and second sentences of this Paragraph.  BHC admits the allegations in the third sentence of this Paragraph upon information and belief, that prior to joining BHC, Stanleick held senior roles at Coty Inc. and Coach Inc. and was Chief Executive Officer of Kylie Jenner Beauty.  BHC denies the allegations in the fourth and fifth sentences of this Paragraph.  BHC denies the allegations in the sixth sentence of this Paragraph, except that BHC admits that Stanleick signed certifications pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, which are attached as exhibits to certain SEC filings.  BHC admits that Stanleick had access to certain confidential proprietary information concerning the Company and its business, operations, and products, but otherwise denies the allegations in the seventh sentence of this Paragraph.  BHC admits the allegations in the eighth sentence of this Paragraph insofar as Stanleick signed certifications pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, which are attached as exhibits to certain SEC filings.  BHC respectfully refers the Court to those certifications for their complete and accurate contents, and denies any summary or characterization that is inconsistent with the same.

33.    BHC admits the allegations in the first sentence of this Paragraph.  BHC

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

admits upon information and belief that prior to joining BHC, Woo was the Chief Operating Officer and Chief Financial Officer of The VOID, a virtual reality brand introducing consumers to fully immersive, location-based, hyper-reality experiences from August 2019 to September 2020. BHC admits that the third sentence of this Paragraph purports to quote from and characterize Woo's LinkedIn page, to which BHC respectfully refers the Court for its complete and accurate contents, and denies any summary or characterization that is inconsistent with the same. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the fourth and eighth sentences of this Paragraph, and therefore denies them on that basis, except that it admits that Clint Carnell departed BHC in 2021. BHC denies the allegations in the fifth and sixth sentences of this Paragraph. BHC denies the allegations in the seventh sentence of this Paragraph, except that BHC admits that Woo signed certifications pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, which are attached as exhibits to certain SEC filings. BHC admits the allegations in the ninth sentence of this Paragraph insofar as Woo signed certifications pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, which are attached as exhibits to certain SEC filings. BHC respectfully refers the Court to those certifications for their complete and accurate contents, and denies any summary or characterization that is inconsistent with the same. The tenth sentence of this Paragraph contains legal conclusions to which no response is required. To the extent a response is required, BHC denies the allegations therein, except that it admits Woo signed certifications pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, which are attached as exhibits to certain SEC filings. BHC respectfully refers the Court to those certifications for their complete and accurate contents, and denies any summary or characterization that is inconsistent with the same.

34. BHC need not respond to the first sentence of this Paragraph as it consists of conclusions of law to which no response is required. To the extent a response is required, BHC denies the allegations in the first sentence of this

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

Paragraph.  BHC admits the allegations in the second sentence that Stanleick and Woo were, from time to time, provided with copies of the Company's reports and press releases, except that it denies the remaining allegations in the second sentence. BHC denies the allegations in the third and fourth sentences of this Paragraph.

**D.     Former BeautyHealth Employees**

35.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies them on that basis.

**1.     FE-1**

36.    BHC admits that its VP of Quality and Regulatory Affairs reported to the COO.  BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

37.    BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first, second, third, fourth, fifth, sixth, and seventh sentences of this Paragraph and therefore denies them on that basis, except that it admits that BHC has a "Quality team" that generates CAPA reports with "Corrective and Preventive Actions" for problems identified with the Syndeo systems.  BHC admits the allegations in the eighth and ninth sentences of this Paragraph that Stanleick and Woo attended management review meetings from time to time but denies the remainder of allegations in the eighth and ninth sentences.

**2.     FE-2**

38.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies them on that basis.

39.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first and second sentences of this Paragraph and therefore denies them on that basis, except that BHC denies that business

- 12 -

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

development managers work under the capital sales managers.  BHC admits the allegations in the third sentence of this Paragraph.  BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the fourth sentence of this Paragraph and therefore denies them on that basis, except that it admits that peer capital sales managers help support BDMS and denies that peer capital sales managers "kept their fingers on the pulse of the customer" as the phrase is vague, ambiguous, and subject to interpretation.  BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the fifth sentence of this Paragraph.

### 3. FE-3

40.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of this Paragraph and, therefore, denies them on that basis.  BHC admits that the EVP of Sales reported to the Chief Revenue Officer, but denies the remaining allegations in the second sentence of this Paragraph.

### 4. FE-4

41.    BHC has insufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis.  BHC admits that the VP of Sales reported to the Executive VP of Sales, but denies the remaining allegations in the second sentence of this Paragraph.

### 5. FE-5

42.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies them on that basis.

### 6. FE-6

43.    BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis,

- 13 -

except that it admits that some Senior Quality Assurance Managers support ongoing maintenance of the of the Company's quality assurance programs, policies, procedures, and controls for ensuring medical device products meet ISO 13485 and FDA 21 CFR 820 standards and guidelines, and admits that ISO 13485 is a European medical device standard and FDA 21 CFR 820 is a regulation for medical device quality systems.  To the extent Plaintiff purports to characterize the ISO 13485 and/or 21 CFR 820, BHC respectfully refers the Court to their text for their complete and accurate contents and denies any summary or characterization that is inconsistent with the same.

44.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies them on that basis.

### E.    BeautyHealth Customer

45.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

## IV.    SUMMARY OF THE FRAUD

### A.    BeautyHealth and its category-creating HydraFacial.

46.    BHC admits the allegations in the first sentence of this Paragraph that it is headquartered in Long Beach, California, and that the first sentence purports to summarize and characterize BeautyHealth's website, to which the BHC respectfully refers the Court for its complete and accurate contents.  BHC admits the allegations in the second sentence of this Paragraph that it designs, develops, markets, and sells aesthetic technologies and products, including HydraFacial delivery systems and related consumables.

47.    BHC admits the allegations in the first sentence of this Paragraph that it was founded in 1997, and that it was at one point named the HydraFacial Company.  BHC admits the allegations in the second sentence of this Paragraph that BHC offers HydraFacial delivery systems which is a non-invasive facial treatment

- 14 -

that uses patented technology, and that Hydrafacial, created the category of hydradermabrasion by using a patented Vortex-Fusion Delivery System to cleanse, peel, exfoliate, extract, infuse, and hydrate the skin with proprietary solutions and serums.

48.    BHC admits the allegations in the first sentence of this Paragraph that at some point in time the average cost of certain Hydrafacial treatments was $200, that a Hydrafacial treatment is sometimes around 30 minutes long, and that the Hydrafacial system cleanses, extracts and hydrates skin, and that boosters may be used during treatment.  BHC admits that the first sentence of Paragraph 48 purports to characterize and summarize an investor presentation, to which BHC respectfully refers the Court to the transcripts, filings, slides, presentations, and/or other documents that Plaintiffs claim the statements or presentation slides came from, and BHC denies any characterization or summary that is inconsistent with the same.

49.    BHC admits that in its Form S-1, filed with the SEC on July 16, 2021, BHC stated that "HydraFacial is a category-creating beauty health company"; "The skin care beauty health industry encompasses players across the spectrum from skin correction at one end to skin care on the other"; "The skin correction end includes offerings such as fillers, toxins, lasers and ultrasound treatments and is generally administered by physicians"; and "The skin care end of the spectrum is a crowded space that is more consumer and marketing-focused, which can sometimes be confusing for consumers."  BHC respectfully refers the Court to the Form S-1 for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

50.    BHC admits that in its Form S-1, filed with the SEC on July 16, 2021, BHC stated that "We believe HydraFacial treatments can be a gateway and a bridge to other skin correction and skin care services."  BHC respectfully refers the Court to the Form S-1 for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

51. BHC admits the allegations in the first sentence of this Paragraph that it generates revenue, in part, through its sales of its delivery systems and consumables and that its customers include medical spas, hotels, gyms, and beauty retailers like Sephora. BHC admits that the second, third, fourth and fifth sentences purport to quote from and characterize one or more of BHC's SEC filings that state it uses a "razor/razor blade" model, to which BHC respectfully refers the Court for their complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.

52. BHC admits the allegations in the first sentence of this Paragraph that the beauty health industry is a business, except that it denies that it is a "big business" as "big business" is vague, ambiguous, and subject to interpretation. BHC admits that the second sentence of this Paragraph purports to summarize or characterize BHC's public disclosures, to which BHC respectfully refers the Court for their complete and accurate contents, and denies any characterization or summary that is inconsistent with the same. BHC otherwise denies each and every allegation therein.

53. BHC admits upon information and belief the allegations in this Paragraph that on December 9, 2020, Vesper Healthcare Acquisition Corp. ("Vesper") issued a press release entitled, "HydraFacial, an Experiential Beauty Health Company, and Vesper Healthcare Announce Business Combination." BHC respectfully refers the Court to that document for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

54. BHC admits the allegations in the first sentence of this Paragraph that on May 5, 2021 HydraFacial and Vesper Healthcare Acquisition Corp. announced the closing of the business combination, that the combined company would be known as "The Beauty Health Company," and that the shares would be traded on the NASDAQ Capital Market under the ticker symbol "SKIN." BHC admits the allegations in the second sentence of this Paragraph that as a result of the business combination, HydraFacial became a wholly owned subsidiary of BHC.

- 16 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

**B.      Syndeo – the next generation HydraFacial delivery system.**

55.      BHC admits that this Paragraph purports to quote a BHC press release, dated September 15, 2022, and that the press release discussed the implementation of a "five-point Master Plan" to "1. Expand the BeautyHealth and Hydrafacial footprint by placing systems in a profitable landgrab"; "2. Invest in providers through education and events to fuel sales conversion"; "3. Drive brand awareness with agile marketing to increase engagement and utilization"; "4. Build a global infrastructure and innovation pipeline to scale profitable growth"; and "5. Deliver accretive M&A to add product offerings and capabilities." BHC respectfully refers the Court to the September 15, 2022 press release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same. BHC denies that it "had a war chest available to finance and execute on its well-publicized 'Five-Point Master Plan'" as the terms "war chest" and "well-publicized" are vague, ambiguous, and subject to interpretation.

56.      BHC admits that on May 13, 2021, BHC held its Q1 2021 Earnings Call during which it announced the planned launch of Syndeo. To the extent this Paragraph otherwise purports to quote, summarize, or characterize the statements made during that call, BHC refers the Court to the transcript of the Q1 2021 earnings call for its complete and accurate contents, and denies any summary or characterization that is inconsistent with the same. BHC further denies the characterization of BHC as "newly public" as that phrase is vague, ambiguous, and subject to interpretation. BHC's further denies that its "first priority" was "placing new systems."

57.      BHC admits that the word Syndeo means "connected" in Greek, that the Syndeo delivery systems have data collection capabilities to personalize experiences, and that there is a BHC app. BHC admits that the second, third, fourth, fifth, and sixth sentences purport to characterize or summarize statements made by BHC in a press release, dated March 7, 2022, regarding the Syndeo platform. BHC

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

further admits that Syndeo was a significant technological upgrade from its existing delivery system, came equipped with cloud-based software that supplied BHC and its providers with data that allowed providers to track consumer history and preferences, and provided the capability to enhance consumer engagement through branding and gamification. BHC respectfully refers the Court and Plaintiffs to that press release for its complete and accurate contents and denies any summary or characterization that is inconsistent with the same. Unless expressly admitted, BHC denies each and every remaining allegation in this Paragraph.

58. BHC admits that the first sentence of this Paragraph of the Complaint purports to quote from and characterize The Beauty Health Company 2021 Annual Report at 9, filed on Form 10K with the SEC on March 1, 2021, and that the quoted language appears therein. BHC respectfully refers the Court to the March 1, 2021 Form 10-K for its complete and accurate contents and denies any summary or characterization that is inconsistent with the same. BHC admits that the second sentence of this Paragraph purports to quote from and characterize The Beauty Health Company Q4 2021 Earnings Call (Feb. 22, 2022). BHC respectfully refers the Court to the transcript for The Beauty Health Company Q4 2021 Earnings Call (Feb. 22, 2022) for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

59. BHC admits that the retail price of Syndeo was more than that of the Elite but denies that it was "considerably more expensive" and/or that it was a "considerable investment for BeautyHealth's client base" as those phrases are vague, ambiguous, and subject to interpretation. BHC admits that the second sentence of this Paragraph purports to summarize and characterize a document by Piper Sandler, dated March 21, 2022, entitled "SKIN HQ Visit and Management Meeting Further Support our Bullish View," to which BHC respectfully refers the Court for its complete and accurate contents.

60. BHC admits the allegations in the first sentence of this Paragraph. BHC

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

admits the allegations in the second sentence of this Paragraph on upon information and belief.  BHC admits that the third sentence of this Paragraph purports to summarize a document by Piper Sandler, dated February 22, 2022, entitled "Q4 a Stand Out Quarter; 2022 Looking to be a Stand Out Year; We Remain Buyers." BHC respectfully refers the Court to that document for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC further states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations that analysts "viewed the new CEO hire as positive," and on that basis denies those allegations.

### C. Defendants rush the launch of Syndeo in light of declining consumable sales, despite functional issues with the device.

61.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies them on that basis, except that it admits that BHC held a mid-year meeting in Denver, Colorado in 2021 at which the launch of Syndeo was discussed.

62.    BHC denies the allegations in the first and second sentences of this Paragraph.  BHC admits the allegations in the third sentence of this Paragraph that for the full year 2021, its consumables net sales accounted for roughly 46.4% of its total net sales, and that for its full year 2020, its consumables net sales accounted for roughly 55.2% of its total net sales but denies Plaintiffs' characterization of those figures. BHC admits the allegations in the fourth sentence that for the full year 2021, its delivery systems net sales accounted for roughly 53.6% of its total net sales, and that for its full year 2020, its delivery systems net sales accounted for roughly 44.8% of its total net sales but denies Plaintiffs' characterization of those figures.  BHC denies the allegations in the fifth sentence of this Paragraph.  BHC admits that device sales increased by 161.3% year-over-year in FY 2021 and consumable sales increased by 83.5% but denies Plaintiffs' characterization of those figures.

63.    BHC denies the allegations in the first sentence of this Paragraph on the

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

basis that the term "trends" is vague, ambiguous, and subject to interpretation.  BHC admits the allegations in the second sentence of this Paragraph that its consumables net sales for Q1 2022 was $33.8 million, that its consumables net sales for Q4 2021 was $35.2 million, and that $35.2 million is $1.4 million more than $33.8 million but denies Plaintiffs' characterization of those figures.  BHC denies the allegations in the third sentence of this Paragraph.  BHC admits the allegations in the fourth sentence of this Paragraph that its delivery systems net sales in Q2 2022 was around 86 percent higher than its delivery systems net sales in Q2 2021, that its delivery systems net sales in Q3 2022 was about 36% higher than its delivery systems net sales in Q3 2021, that its consumables net sales in Q2 2022 was about 23 percent higher than its consumables net sales in Q2 2021, and that its consumables net sales in Q3 2022 was about 24 percent higher than its consumables net sales in Q3 2021 but denies Plaintiffs' characterization of those figures.

64.    BHC denies the allegations in the first sentence of this Paragraph.  BHC admits that the second and third sentences of this Paragraph purport to summarize and characterize BHC's 10-K for the year ended December 31, 2021, where it stated, in part, that the expansion of the number of Delivery Systems providing experiences, or "install base," increases the foundation for future recurring revenue by providing a platform for more experiences, driving higher Consumables sales, and that as BHC continues to grow and optimize its install base, it believes Consumables revenue will become a larger share of the business.  BHC respectfully refers the Court to that Form 10-K for its complete and accurate contents and denies any summary or characterization that is inconsistent with the same.  BHC otherwise denies each and every remaining allegation in this Paragraph of the Complaint.

65.    BHC denies the allegations in the first two sentences of this Paragraph on the grounds that they are vague, ambiguous, and subject to interpretation.  BHC respectfully refers the Court to its public financial disclosures regarding its sales of consumable and delivery systems and further denies any allegation in this Paragraph

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

that is inconsistent with those disclosures.  BHC denies the allegations in the third sentence of this Paragraph.

66.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph, and therefore denies them on that basis.

67.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies them on that basis, except that it admits that Syndeo only accepts certain types of consumables and bottles, and that RFID technology in the Syndeo was designed to use HydraFacial consumables, but denies that Syndeo can only use BHC's consumables.

68.    BHC denies the allegations in the first sentence of this Paragraph.  BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the second sentence of this Paragraph, and therefore denies them on that basis, except that BHC admits that Syndeo 1.0 went to market in or about March 2022, and went through testing on employees, friends, family and customers in 2021 and early 2022.

69.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis, except that it admits that Syndeo became commercially available to customers on or about March 7, 2022, that there was a sales meeting in early March 2022 in Orlando, Florida that BHC management, including Stanleick, attended, and that at the sales meeting there was a screen glitch.

70.    BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and therefore on that basis denies them.

**D.    BeautyHealth's roll out of Syndeo in March 2022.**

71.    BHC denies the allegation in the first sentence of this Paragraph that

- 21 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

there were "apparent issues with Syndeo." BHC admits that this Paragraph purports to characterize a press release it issued on March 7, 2022 entitled "The Beauty Health Company Introduces New Digitally Connected HydraFacial Syndeo™ Delivery System," and that the quoted language appears in the referenced press release. BHC respectfully refers the Court to this press release for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same. BHC otherwise denies each and every remaining allegation in this Paragraph.

72. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of this Paragraph and on that basis denies those allegations. BHC admits that the second and third sentences of this Paragraph purports to summarize and characterize a document by Piper Sandler, dated March 7, 2022, entitled "Next Piece of the Puzzle Complete for the BeautyHealth Ecosystem; Reiterate OW," to which BHC respectfully refers the Court for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same. BHC admits that the third sentence of this Paragraph purports to summarize and characterize a document by Canaccord Genuity, dated March 7, 2022, entitled, "Synergies abound with the launch of next-gen product Syndeo," to which BHC respectfully refers the Court for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.

**E.    May 10, 2022: Class Period begins with BeautyHealth's purported "highly successful launch" of Syndeo in Q1 2022.**

73. BHC need not respond to the first sentence of this Paragraph given that it contains a recitation of the alleged class period to which no response is required, but admits that it issued a press release on May 10, 2022 reporting its first quarter 2022 results. BHC admits that the second, third, and fourth sentences of this Paragraph purport to summarize and characterize a press release it issued on May 10, 2022 that contains its first quarter 2022 financial results for the three months

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

ended March 31, 2022, that the press release reports that the total net sales for Q1 2022 were $75.4 million, that the total net sales for Q1 2021 were $47.5 million, and that $75.4 million is around 58.6% higher than $47.5 million, that 1,849 delivery systems were sold in Q1 2022, including 258 trade-ups, and that the press release contains the selectively quoted language in this Paragraph.  BHC respectfully refers the Court to the press release for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.  BHC otherwise denies each and every remaining allegation in this Paragraph.

74.    BHC admits that the first and second sentences of this Paragraph purport to summarize and characterize a press release it published on May 10, 2022 that states that it increased its fiscal 2022 guidance, and expected net sales in the range of $330.0 million to $340.0 million, up from the previous outlook for $320.0 million to $330.0 million, that the company reaffirmed its outlook for the adjusted EBITDA of approximately $50.0 million.  BHC respectfully refers the Court to the press release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC otherwise denies each and every remaining allegation in this Paragraph.

75.    BHC admits the allegation in the first sentence of this Paragraph that it held its First Quarter 2022 earnings call on May 10, 2022.  BHC admits that the second sentence of this Paragraph purports to quote or summarize an investor presentation that was published on May 10, 2022, entitled "First Quarter 2022 Earnings Presentation" which was attached as an Exhibit 99.1 to a Form 8-K filing and that the quoted language appears in that document.  BHC respectfully refers the Court to the transcript of the First Quarter 2022 earnings call and the presentation for their complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC otherwise denies each and every remaining allegation in this Paragraph.

76.    BHC admits this Paragraph purports to quote from and summarize the

- 23 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

transcript of the First Quarter 2022 earnings call, and that the quoted language appears in the same. BHC respectfully refers the Court to the transcript of the First Quarter 2022 earnings call for its complete and accurate contents, and denies any summary or characterization that is inconsistent with the same.

77. BHC admits that this Paragraph purports to summarize and characterize an investor presentation that was published on May 10, 2022, entitled "First Quarter 2022 Earnings Presentation" which was attached as an Exhibit 99.1 to a Form 8-K filing. BHC respectfully refers the Court to this document for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.

78. BHC admits that this Paragraph purports to summarize and characterize the First Quarter 2022 earnings call, and that the quoted language appears in the transcript of that earnings call. BHC respectfully refers the Court to the transcript of the First Quarter 2022 earnings call for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.

79. BHC admits that this Paragraph purports to summarize and characterize the First Quarter 2022 earnings call, and that the quoted language appears in the transcript of that earnings call. BHC respectfully refers the Court to the transcript of the First Quarter 2022 earnings call for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.

80. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis. BHC admits that the second and third sentences of this Paragraph purport to summarize and characterize a document by Piper Sandler, dated May 10, 2022, entitled "Trading Margins for Trade-Up Strength, We'll Take It; Reiterate OW." BHC respectfully refers the Court to that document for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

81.    BHC admits that the first sentence purports to summarize and characterize a document by Canaccord Genuity, dated May 10, 2022, entitled "The Beauty Health Company: Syndeo upside and execution the story coming out of Q1 for SKIN," to which BHC respectfully refers the Court for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.  The remaining sentences in this Paragraph contain conclusions of law to which no response is required; to the extent a response is required, BHC denies each and every allegation therein.

82.    BHC admits the allegations in the first sentence of this Paragraph that it released its Q2 2022 earnings in August 2022, and that in June 2022, Stanleick and Woo attended the Jefferies Consumer Conference and the William Blair Growth Stock Conference.  BHC admits that the second, third, fourth, fifth, and sixth sentences purport to characterize or summarize a transcript from the Jefferies Consumer Conference, and that the quoted language in the third and fourth sentences of this Paragraph appear in said transcript.  BHC respectfully refers the Court to the transcript of the Jefferies Consumer Conference for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.  BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the seventh sentence of this Paragraph and on that basis denies those allegations.

**F.    Defendants concealed that the Syndeo system was flawed from the get-go.**

83.    BHC admits that the allegations in the first sentence of this Paragraph purport to characterize and summarize press releases it issued on May 10, 2022, to which BHC respectfully refers the Court for their complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.  BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the second sentences of this Paragraph regarding what FE-

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

1, FE-4, and/or FE-5 said or contend and, on that basis, denies those allegations; except BHC admits that the first version of the Syndeo system was sold between March 2022 through approximately September 2022.  BHC denies the allegations in the third sentence of this Paragraph.  BHC denies the allegations in the fourth sentence of this Paragraph.

### 1. Defendants rushed the launch of Syndeo in March 2022 with knowledge of issues affecting its functionality.

84.   BHC incorporates by reference its answers to Paragraphs 61-70 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs. BHC otherwise denies the allegations in the first sentence of this Paragraph, except BHC admits that it launched a Syndeo delivery system in March 2022.  BHC denies the allegations in the second sentence of this Paragraph.

### 2. Syndeo had extensive cosmetic issues, which matters when a device is as costly as Syndeo and intended to be used where visible to clients.

85.   BHC admits that Syndeo employed a different design, parts of which were not present in previous HydraFacial systems and that BHC used different suppliers, but denies the remaining allegations in the first sentence of this Paragraph. BHC states that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding what FE-1 said or contends.  BHC denies the allegations in the third sentence of this Paragraph.

86.   BHC denies the allegations in the first sentence of this Paragraph. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the second sentence of this Paragraph and on that basis denies those allegations.  BHC otherwise denies each and every allegation in this Paragraph.

87.   BHC denies the allegations contained in the first sentence of this Paragraph. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the second, third, fourth, fifth, sixth, and seventh sentences of this Paragraph and on that basis denies those allegations, and further

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

denies the allegations in the second sentence of this Paragraph on the grounds that the term "costly" is vague, ambiguous, and subject to interpretation.

**3.     Woo knew of Syndeo's cosmetic issues and customer complaints; Rather than address the source issues, Woo directed BeautyHealth to send customers new replacement machines with the same problems.**

88.     BHC denies the allegations in the first sentence of this Paragraph. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the second, third, fourth, and fifth sentences of this Paragraph and on that basis denies those allegations, except that it admits Woo was BHC's CFO and that Clint Carnell departed BHC in 2021.

89.     BHC denies the allegations in the first sentence of this Paragraph except that it admits that in certain instances it offered customers a new machine as a replacement for their existing machine.  BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the second, third, and fourth sentences of this Paragraph and on that basis denies those allegations.

90.     BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the first and second sentences of this Paragraph and on that basis denies those allegations.

91.     BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first, second, and third sentences of this Paragraph and on that basis denies those allegations.

**4.     Early Syndeo customers complained about a variety of Syndeo functional issues beginning in March/April 2022.**

92.     BHC denies the allegations in the first sentence of this Paragraph. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the second sentence of this Paragraph and on that basis denies those allegations.

93.     BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first, second, third, fourth, and fifth sentences of

this Paragraph and on that basis denies those allegations.

94. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first, second, third, fourth, fifth, sixth, seventh, and eighth sentences of this Paragraph and on that basis denies those allegations, except that it admits that certain customers were permitted to keep their older Elite devices, and that BHC received customer complaints.

95. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first and second sentences of this Paragraph and on that basis denies those allegations.  BHC incorporates by reference its answer to Paragraph 100 of the Complaint and denies Plaintiffs' summary and characterization of that Paragraph.

96. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first and second sentences of this Paragraph and on that basis denies those allegations, except that it admits that certain customers were sent replacement devices.

**5. The Syndeo 1.0 system plugged up due to a design flaw.**

97. BHC denies the allegations in the first sentence of this Paragraph. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the second sentence of this Paragraph and on that basis denies those allegations.

98. BHC denies the allegations in the first sentence of this Paragraph.. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the second, third, fourth, fifth, sixth, and seventh sentences of this Paragraph and on that basis denies those allegations.

99. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first and second sentences of this Paragraph and on that basis denies those allegations.

100. BHC lacks sufficient knowledge or information to form a belief as to

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

the truth of the allegations contained in the first sentence of this Paragraph and therefore denies them on that basis. BHC admits that complaints would be received by BHC's customer service or support department. BHC denies the allegations in the third sentence of this Paragraph on the basis that they are vague, ambiguous, and subject to interpretation. BHC denies the allegations in the fourth sentence of this Paragraph, except that it admits that BHC uses a Salesforce database, which contains certain information about its customers and that certain personnel at BHC could extract that data. BHC denies the allegations in the fifth sentence of this Paragraph.

101. BHC denies the allegations in the first sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

102. BHC denies the allegations in the first sentence of this Paragraph, except that it admits that in certain instances it offered customers a new machine as a replacement for their existing machine. BHC admits that it had some of its customers send in their machines for replacement but denies that they were "broken units" as the phrase "broken units" is vague, ambiguous, and subject to interpretation. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

103. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

104. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first, second, and third sentences of this Paragraph and therefore denies them on that basis. BHC incorporates by reference its answer to Paragraphs 62-67 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs. BHC denies the allegations in the last sentence of this Paragraph.

105. BHC denies the allegations contained in the first sentence of this

- 29 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

### 6.    BeautyHealth senior management discussed Syndeo 1.0 problems at regular Tiger Team meetings, which flowed up to Woo.

106.    BHC admits that it held "Tiger Team" meetings in which potential issues with Syndeo were discussed, including by senior management, but denies the remaining allegations in the first sentence of this Paragraph as the terms and phrases "plugging issues," "cosmetic issues," and "regular" are vague, ambiguous, and subject to interpretation. BHC admits that Jack Fisher worked as an engineer at BHC and that part of his role included project management and resolving issues with Syndeo. BHC admits that the Vice President, Regulatory Affairs, and Research and Development participated in Tiger Team meetings. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

107.    BHC admits that information discussed at the Tiger Team meetings was communicated to BHC's executives, including Woo, but denies the remaining allegations in the first sentence of this Paragraph as the phrase "plugging flow issue" is vague, ambiguous, and subject to interpretation. BHC admits that follow-up notes from the Tiger Team meetings were sometimes emailed to participants and BHC's executive officers, but denies the remaining allegations in the second sentence of this Paragraph as the phrase "flow issue" is vague, ambiguous, and subject to interpretation, and on grounds that BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

108.    BHC denies the allegations contained in the first sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the

truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

### 7. In June 2022, CEO Andrew Stanleick states BeautyHealth's "#1 priority is to focus on Syndeo and getting it back on track" as there is "nothing that is more important for the organization."

109. BHC denies the allegations contained in this Paragraph.

110. BHC admits that there was a President's Council. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

111. BHC respectfully refers the Court to the June 7, 2022 email for its complete and accurate contents and denies any quotation, characterization, or summary that is inconsistent with the same. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

112. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

113. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

114. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

### 8. Stanleick discussed Syndeo issues during monthly town hall calls.

115. BHC denies the allegations in the first sentence of this Paragraph, except it admits that Stanleick periodically attended townhall meetings. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

116. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

### 9. BeautyHealth's extensive efforts to solve the Syndeo 1.0 plugging issues.

117. BHC denies the allegations contained in the first sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

118. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph of the Complaint and therefore denies them on that basis, except that it admits that there were meetings between the Operations team, Woo, and the Vice President of Supply Chain, Production and Engineering; that there was an employee named Jack Fisher; and that the Vice President of Supply Chain, Production and Engineering was in charge of manufacturing.

### 10. The Operations Team made poor recommended fixes, which top management approved, despite lack of testing and input from the R&D/Quality team.

119. BHC admits that it made changes to Syndeo by creating a port to the manifold, but denies the remaining allegations in the first sentence of this Paragraph as the terms and phrases "plugging issues," "winning," and "giant," are vague, ambiguous, and subject to interpretation. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

120. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

121. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

122. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

123. BHC lacks knowledge or information sufficient to form a belief as to

- 32 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

the truth of the allegations in this Paragraph and therefore denies them on that basis.

124. BHC admits that changes to Syndeo 1.0 were approved by operations, by the Vice President of Supply Chain, Production and Engineering, and by the Director of Engineering. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

**11. Unbeknownst to investors, BeautyHealth implements Syndeo 2.0 plan in July 2022.**

125. BHC admits the allegations in the first sentence of this Paragraph, except that BHC denies the implication that the only changes between Syndeo 1.0 and Syndeo 2.0 were the manifold design changes and software upgrade, and it denies that there was a "flow rate issue" or that the software upgrade was a "fix" as the phrases "flow rate issue" and "fix" in this context are vague, ambiguous, and subject to interpretation. BHC admits that Syndeo 1.0 and 2.0 were different versions of the same device. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

126. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first, second, and third sentences of this Paragraph and therefore denies them on that basis. BHC admits the allegations in the fourth sentence of this Paragraph. BHC admits that technicians were sent to upgrade Syndeo devices in or around October 2022, but denies the remaining allegations in the fifth sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

127. BHC admits that it sometimes used third-party technicians for maintenance of the Syndeos. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

therefore denies them on that basis.

128.   BHC denies the allegations in the first sentence of this Paragraph.  BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

**G.    August 9, 2022: BeautyHealth delivers Q2 2022 results, calling the Syndeo rollout a "tremendous success."**

129.   BHC denies the allegations in the first, second, and third sentences of this Paragraph.  BHC admits that it sold Syndeo 1.0 machines, but denies the remaining allegations in the fourth sentence of this Paragraph.  BHC admits that it made design changes for Syndeo 2.0 but denies the remaining allegations in the fifth sentence of this Paragraph.

130.   BHC denies the allegations in the first sentence of this Paragraph.  BHC admits that the remaining sentences of this Paragraph purports to quote from and characterize a Press Release on August 9, 2022 entitled "BeautyHealth Reports Record Second Quarter 2022 Financial Results" and that the quoted language appears in said press release.  BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

131.   BHC admits that this Paragraph purports to quote from and characterize a document by JPMorgan, dated August 9, 2022, entitled, "Early Read on 2Q22 Results," a document by Piper Sandler, dated August 9, 2022, entitled, "Quick Take: Another Impressive Top Line Beat, but Margin Pressures Remain," and a document by Jefferies LLC/Jefferies Research Services, LLC, dated August 9, 2022, entitled, "Initial Take: Strong Q2 Led by Syndeo System Placements; FY Sales Guide Raised."  BHC respectfully refers the Court to those documents for their complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

132.   BHC admits the allegations in the first sentence of this Paragraph.  BHC

admits that the remaining sentences of this Paragraph purport to quote from and characterize statements made during the Second Quarter 2022 earnings call on August 9, 2022, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Second Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

133. BHC admits that a presentation with slides was presented during the Second Quarter 2022 earnings call on August 9, 2022, but denies that Defendants Stanleick and Woo "published" that presentation as the word "published" in this context is vague, ambiguous, and subject to interpretation. BHC admits that this Paragraph purports to quote from and characterize the Second Quarter 2022 earnings call presentation and that the quoted language appears in said presentation. BHC respectfully refers the Court and Plaintiffs to that presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

134. BHC admits that this Paragraph purports to quote from and characterize statements made during the Second Quarter 2022 earnings call on August 9, 2022 and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Second Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same, including the characterization that Defendant Stanleick's statements were false.

135. BHC admits that this Paragraph purports to quote from and characterize statements made during the Second Quarter 2022 earnings call on August 9, 2022 and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Second Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

- 35 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

136.   BHC admits that this Paragraph purports to quote from and characterize statements made during the Second Quarter 2022 earnings call on August 9, 2022 and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript of the Second Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

137.   BHC admits that this Paragraph purports to quote from and characterize statements made during the Second Quarter 2022 earnings call on August 9, 2022 and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript of the Second Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

138.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis.  BHC admits that the remaining sentences in this Paragraph purport to quote from and characterize a document by Canaccord Genuity Capital Markets, dated August 9, 2022, entitled, "A lot to like here despite the macro inflationary environment; BUY," a document by Piper Sandler, dated August 9, 2022, entitled, "Momentum Strong, but Margin Worries Take Over; We're Buyers into the Weakness," a document by Goldman Sachs, dated August 9, 2022, entitled, "The Beauty Health Co. (SKIN): Syndeo Hits its Stride; 2Q First Look," and a document by The Benchmark Company, dated August 10, 2022, entitled, "The Beauty Health Company (SKIN) 2Q Beat & Raise; Syndeo Off To A Strong Start; JLo Glow Ready To Go."  BHC respectfully refers the Court to those documents for their complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

**H.    In fall 2022, the size and scope of issues with Syndeo is apparent to Defendants.**

139.    BHC incorporates by reference its answer to Paragraphs 123-126 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs. Except as specifically admitted, BHC denies each and every remaining allegation in this Paragraph.

140.    BHC denies the allegations in the first and third sentences of this Paragraph.  BHC incorporates by reference its answer to Paragraph 112 of the Complaint and denies Plaintiffs' summary and characterization of Paragraph 112 in the second sentence of this Paragraph.  BHC denies that the quoted language in the second sentence of this Paragraph are words spoken from Stanleick.

**1.    Syndeo issues were communicated to Stanleick and Woo through the Management Review in September/October 2022.**

141.    BHC denies the allegations in the first sentence of this Paragraph.  BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis, except that it admits that a director of quality may have been responsible for preparing management review reports and leaving management review meetings.

142.    BHC admits that there is a management review once a year every September/October where management discusses complaints regarding HydraFacial products, including Syndeo.  BHC admits allegations in the second sentence of this Paragraph.   BHC admits that Syndeo was discussed at management reviews, including at the September/October 2022 management review and September/October 2021 management review.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

143.    BHC admits that management review reports sometimes discuss complaints and nonconformances.  BHC admits that the FDA requires certain

- 37 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

reporting of nonconformances. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

144. BHC denies the allegations in the first sentence of this Paragraph, except that BHC admits that there were management review reports that discussed complaints. BHC denies that issues were addressed "more candidly" at management review meetings than at quarterly town hall meetings as the phrase "more candidly," is vague, ambiguous, and subject to interpretation. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

145. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

146. BHC admits that after completion of the management review, some of the review materials were accessible to BHC executives, but denies that all "management review materials" were "readily" accessible as the phrases all "management review materials" and "readily" are vague, ambiguous, and subject to interpretation. BHC admits that HydraFacial used MasterControl as its quality management system (QMS), that MasterControl is a software that is used in the medical device industry, that MasterControl allows users to request management review and meeting minutes, and that MasterControl sometimes lists some meeting attendees, meeting slides, and other notes about the meeting. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

### 2. In September/October 2022, the Company hid broken Syndeo machines from Quality Auditors performing audit

147. BHC admits that by fall 2022, there were returned Syndeo systems at BHC's Long Beach warehouse, but denies the remaining allegations in the first sentence of this Paragraph. BHC lacks knowledge or information sufficient to form

- 38 -

a belief as to the truth of the allegations in the second sentence of this Paragraph and therefore denies them on that basis. BHC admits that it rented additional storage space in an adjacent warehouse to store returned Syndeo devices in addition to other inventory; BHC denies that it concealed anything from auditors. BHC admits that BSI conducted an audit at BHC's manufacturing facility in or about Q2 or Q3 2022. BHC admits that BSI's audit was conducted in relation to The HydraFacial Company ISO (International Organization for Standardization) certification, but denies that BSI was "responsible for issuing" the certification as that phrase is ambiguous, vague, and subject to interpretation. BHC admits sells devices in over 90 countries. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

148. BHC denies the characterization in the first sentence that the returned Syndeo machines were "all over" the building. BHC admits that it rented additional storage space in an adjacent warehouse to store returned Syndeo devices in addition to other inventory; BHC denies that it concealed or intended to conceal anything from auditors. BHC further denies each and every remaining allegation in this Paragraph.

149. BHC denies that The HydraFacial Company was intentionally hiding the returned units from BSI and denies that the reason for the move was to hide the machines from BSI. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

150. BHC denies that any returned machines lacked any required documentation. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

151. BHC admits that Woo saw returned Syndeos, but denies that BHC maintained the returned Syndeos in a "disorganized state." BHC lacks knowledge

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

### I.    September 15, 2022 Investor Day: Defendants claim Syndeo's launch has been "next level"

152.    BHC denies that the quoted language in the first sentence are quotes from Stanleick, and further incorporates by reference its answer to Paragraph 112. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the first sentence of this Paragraph and therefore denies them on that basis.  BHC admits that by September 2022, certain upgrades to Syndeo had been approved, but denies the remaining allegations in this Paragraph as the terms and phrases "fix" and "internal deliberations" are vague, ambiguous, and subject to interpretation.   BHC denies the last sentence in this Paragraph and incorporates by reference its answer to Paragraph 126.

153.    BHC admits that the annual management review took place as early as September 2022, and that Stanleick and Woo were informed of certain issues with Syndeo.  BHC denies that it received a significant amount of complaints about the Syndeo's cosmetic and functionality issues.  BHC lacks information sufficient to form a belief as to the truth of the remaining allegations in the first sentence of this Paragraph and therefore denies them on that basis.  BHC denies the allegations in the second sentence of this Paragraph.  BHC denies the allegations in the third sentence of this Paragraph, except that it admits that it rented additional storage space in an adjacent warehouse to store returned Syndeo devices in addition to other inventory. BHC further incorporates by reference its answer to Paragraphs 141-151 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs.  Except as specifically admitted, BHC denies each and every remaining allegation in this Paragraph.

154.    BHC denies the allegations in the first sentence of this Paragraph.  BHC admits the allegations in the second sentence of this Paragraph.  BHC admits that

- 40 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

the last sentence of this Paragraph purports to summarize and characterize BHC's Press Release on September 15, 2022.  BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

155.    BHC admits that this Paragraph purports to quote and characterize BHC's Press Release dated September 15, 2022 entitled "A Harbinger of Beauty Industry Resiliency, BeautyHealth Announces Three-Year Plan to Double Sales, At Least Triple Profit."  BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC admits that this Paragraph purports to characterize a document by JPMorgan dated September 14, 2022, entitled, "BeautyHealth: Updates Ahead of the Analyst Day: First Look at 2025 LRP Better than Previewed."  BHC respectfully refers the Court to those documents for their complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

156.    BHC admits that a presentation entitled "Analyst & Investor Day" was presented during the Investor Day conference on September 15, 2022, but denies that Defendants "published" that presentation or that Defendants were "representing" the quoted language as the words "published" and "representing" in this context is vague, ambiguous, and subject to interpretation.  BHC admits that the Paragraph purports to quote from and characterize the "Analyst & Investor Day" presentation and that the quoted language appears in said presentation.  BHC respectfully refers the Court and Plaintiffs to that presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

157.    BHC admits that this Paragraph purports to quote from and characterize the "Analyst & Investor Day" presentation, to which BHC respectfully refers the Court for its complete and accurate contents, except that it denies that the

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

presentation was "touting" as the term "touting" is vague, ambiguous, and subject to interpretation. BHC further admits that the quoted language appears in the presentation but denies any characterization of the same. Unless expressly admitted, BHC denies the allegations in this Paragraph.

158. BHC admits that this Paragraph purports to quote from and characterize the "Analyst & Investor Day" presentation and that the quoted language appears in the same. BHC respectfully refers the Court and Plaintiffs to that presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

159. BHC admits that Woo, Stanleick, and Brenton L. Saunders, who was BeautyHealth's Executive Chairman at the time of the Investor Day conference, participated in an Investor Day conference with analysts on September 15, 2022. BHC admits that Benjamin Baum (Chief Experience Officer of BHC at the time of the September 2022 Investor Day), Jwala Karnik (Executive Vice President of Strategy & Partnerships of BHC at the time of the September 2022 Investor Day), Amy Juaristi (Head of Corporate Affairs of BHC at the time of the September 2022 Investor Day), Dan Watson (Executive Vice President of Sales for the Americas of BHC at the time of the September 2022 Investor Day), and Mingo Ku (President of North Asia of BHC at the time of the September 2022 Investor Day) were participants at the September 15, 2022 Investor Day conference. BHC admits that the remaining sentences of this Paragraph purports to quote from and characterize statements made during the Investor Day conference, to which BHC respectfully refers the Court for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same, and further denies that Syndeo was "plagued by cosmetic and performance issues" and any implication that BHC or its executives hid information regarding the rollout of Syndeo or any performance issues.

160. BHC admits that this Paragraph purports to quote from and characterize

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

statements made at the Investor Day Conference and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Investor Day Conference for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

161. BHC admits that this Paragraph purports to quote from and characterize statements made at the Investor Day Conference and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Investor Day Conference for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

162. BHC admits that this Paragraph purports to quote from and characterize statements made at the Investor Day Conference and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Investor Day Conference for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

163. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis. BHC admits upon information and belief, pursuant to information that is publicly available, that BHC's stock price on September 14, 2022 closed at $11.73; BHC's stock price on September 15, 2022 closed at $12.57; and that $12.57 is approximately 7% higher than $11.73. BHC denies any characterization of the change in share price.

164. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis. BHC admits that this Paragraph purports to quote from and characterize a document by Raymond James & Associates dated September 19, 2022, entitled, "The Beauty Health Company (SKIN-NASDAQ): Inaugural Analyst Day Delivers Robust Targets," a document published by William Blair dated September 16, 2022, entitled "The Beauty Health Company: Here We Grow (and

- 43 -

Glow) as BeautyHealth Lays Out Solid Long-Term Outlook at Investor Day," and a document published by Canaccord Genuity Capital Markets dated September 15, 2022, entitled, "We see accelerating growth opportunities for SKIN." BHC respectfully refers the Court to those documents for their complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

### J.     BeautyHealth soon learns that the Syndeo 2.0 failed to cure the systemic plugging issues in late October/November 2022

165.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis. BHC admits that Syndeo 2.0 resolved some issues with Syndeo, but denies the remaining allegations in the second sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

166.   BHC denies the allegations in the first sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

167.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

168.   BHC denies that any fixes to Syndeo were rushed or that they should have been implemented with greater care. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

169.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

170.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

171.   BHC denies the allegations in the first sentence of this Paragraph. BHC

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis, except that it admits that the operations group participated in Tiger Team meetings.

### 1. Syndeo 2.0 plugging issues were communicated to Woo through reports from the regular Tiger Team meetings.

172. BHC admits that Woo, in her capacity as CFO of the company, was aware of certain issues with Syndeo. BHC admits that Syndeo 2.0 was discussed at Tiger Team meetings. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

173. BHC admits that Woo participated in some Tiger Team meetings. BHC admits that complaints were sometimes discussed during Tiger Team meetings. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

### 2. Stanleick acknowledged Syndeo 2.0 issues at sales meetings and quarterly calls.

174. BHC admits that Syndeo 2.0 was discussed at sales meetings and quarterly calls. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

### K. November 8, 2022: BeautyHealth reports Q3 2022 results and continues to tout "solid demand for Syndeo."

175. BHC denies the allegations in this Paragraph.

176. BHC denies the allegations in the first sentence of this Paragraph. BHC admits that this Paragraph purports to quote and characterize BHC's Press Release dated November 8, 2022 entitled "BeautyHealth Reports Third Quarter 2022 Financial Results" and that the quoted language appears in said press release. BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the

- 45 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

same.

177. BHC admits that this Paragraph purports to quote and characterize BHC's Press Release dated November 8, 2022 entitled "BeautyHealth Reports Third Quarter 2022 Financial Results" and that the quoted language appears in said press release. BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

178. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis. BHC admits that this Paragraph purports to quote from and characterize a document by Jefferies, dated November 8, 2022, entitled, "Initial Take: Q3 Beat; FY Sales Guide Raised, EBITDA Lowered." BHC respectfully refers the Court to that document for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

179. BHC admits the allegations in the first sentence of this Paragraph. BHC admits that the remaining sentences of this Paragraph purport to quote from and characterize statements made during the Third Quarter 2022 earnings call on November 8, 2022 and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Third Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

180. BHC admits that the allegations in this Paragraph purport to quote from and characterize statements made during the Third Quarter 2022 earnings call on November 8, 2022 and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Third Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

181. BHC admits that the allegations in this Paragraph purport to quote from

- 46 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

and characterize statements made during the Third Quarter 2022 earnings call on November 8, 2022 and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Third Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

182.    BHC admits that the remaining sentences of this Paragraph purport to quote from and characterize statements made during the Third Quarter 2022 earnings call on November 8, 2022 and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Third Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

183.    BHC admits that the remaining sentences of this Paragraph purport to quote from and characterize statements made during the Third Quarter 2022 earnings call on November 8, 2022 and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Third Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

184.    BHC admits that the remaining sentences of this Paragraph purport to quote from and characterize statements made during the Third Quarter 2022 earnings call on November 8, 2022 and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Third Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

185.    BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis. BHC admits that this Paragraph purports to quote from and characterize a document by Canaccord Genuity, dated November 8, 2022, entitled "Seeing a boost from Syndeo, but China and FX headwinds temper expectations,"

- 47 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

and a document by Benchmark, dated November 9, 2022, entitled "The Beauty Health Company (SKIN): 3Q Beat & Raise; Raising Estimates." BHC respectfully refers the Court to those documents for their complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

186. BHC denies the characterization of the Third Quarter earnings report, as the term "positive" is vague, ambiguous, and subject to interpretation. BHC admits that after the Third Quarter earnings report, Stanleick and Woo attended the Stifel Healthcare Conference on November 15, 2022. BHC admits that this Paragraph purports to quote from and characterize statements made at the November 15, 2022 Stifel Healthcare Conference and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript for Stifel Healthcare Conference for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

**L.     Syndeo computer chip issues identified in late 2022/early 2023.**

187. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

188. BHC denies the allegations in the first sentence. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

189. BHC admits the allegations in the first and second sentences of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

**M.     A Syndeo customer starts a Facebook group, which draws Stanleick's attention.**

190. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

191. BHC lacks knowledge or information sufficient to form a belief as to

- 48 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

the truth of the allegations in this Paragraph and therefore denies them on that basis.

192. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

193. BHC incorporates by reference its answers to Paragraphs 187-189 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs. BHC denies that any out of context screenshot "corroborat[es]" FE-1's account. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

194. BHC denies the allegations in the first sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

195. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis. BHC incorporates by reference its answers to Paragraphs 165-174, 187-190, 213-215, 222-224, 227-237, 263 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs. BHC denies the remaining allegations in this Paragraph.

196. BHC denies the allegations in the first sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

197. BHC incorporates by reference its answers to Paragraphs 282-340 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

198. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

199. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

200. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

201. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

**N.  February 27-28, 2023: Defendants vaguely reference Syndeo replacement program on Q4 2022 earnings call, but mischaracterize it as a "one-time program" and assure analysts they have optimized Syndeo in preparation for international launch.**

202. BHC denies the allegations in this Paragraph.

203. BHC admits that it announced its full year and fourth quarter 2022 financial results on February 28, 2023; BHC denies that the announcement occurred on February 27, 2023. BHC admits that this Paragraph purports to quote and characterize BHC's Press Release dated February 28, 2023 entitled "BeautyHealth Reports Full Year and Fourth Quarter 2022 Financial Results," and that the quoted language appears in said Press Release. BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

204. BHC lacks knowledge or information sufficient to form a belief as to the truth of what Analysts' "initial take" was and denies that allegation on that basis. BHC admits that this Paragraph purports to quote from and/or characterize a document by Jefferies Research Services, LLC, dated February 28, 2023, entitled "Initial Take: Q4 Solid, FY23 Guide Above Street; M&A Added to Portfolio" and a document by Raymond James, dated February 28, 2023, entitled, "SKIN | Solid Q4 and FY23 Outlook; Announces Acquisition." BHC respectfully refers the Court to those documents for their complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

205. BHC admits the allegations in the first sentence of this Paragraph. BHC

- 50 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

admits that the remaining sentences of this Paragraph purport to quote from and characterize statements made during the Fourth Quarter 2022 earnings call on February 28, 2023, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Fourth Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

206.    BHC admits that a presentation with slides was presented during the Fourth Quarter 2022 earnings call on February 28, 2023, but denies that Defendants Stanleick and Woo "published" that presentation as the word "published" in this context is vague, ambiguous, and subject to interpretation. BHC admits that this Paragraph purports to quote from and characterize the Fourth Quarter 2022 earnings call presentation, and that the quoted language appears in the presentation. BHC respectfully refers the Court and Plaintiffs to that presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same, including that any slides were "touting."

207.    BHC admits that this Paragraph purports to quote from and characterize statements made during the Fourth Quarter 2022 earnings call on February 28, 2023, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Fourth Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

208.    BHC admits that this Paragraph purports to quote from and characterize statements made during the Fourth Quarter 2022 earnings call on February 28, 2023, and that the language "one time program" and "optimized the deal in preparation for our international launch in second quarter of 2023" appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Fourth Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

- 51 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

209.   BHC admits that this Paragraph purports to quote from and characterize statements made during the Fourth Quarter 2022 earnings call on February 28, 2023, and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript of the Fourth Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

210.  BHC admits that this Paragraph purports to quote from and/or characterize a document by Jefferies Research Services, LLC, dated February 28, 2023, entitled "Model Update: FY23 Guide Above Street; Demand Resilient, Syndeo Launch On Track."  BHC respectfully refers the Court to that document for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC admits upon information and belief, pursuant to information that is publicly available, that BHC's stock price on February 27, 2023 closed at $11.32; BHC's stock price on February 28, 2023 closed at $12.61; and that $12.61 is approximately 11% higher than $11.32.  BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph, including whether analysts continued to be optimistic and the market reacted positively, and denies those allegations on that basis.

**O.    March 30, 2023: In announcing Syndeo international launch, Defendants claim "Syndeo has been embraced by Hydrafacial customer and provider community in the U.S."**

211.   BHC admits that this Paragraph purports to quote and characterize BHC's Press Release dated March 30, 2023, and that the quoted language appears in said Press Release.  BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC further admits that the international launch of Syndeo in Europe and Asia was announced on or about March 30, 2023.  BHC admits that this Paragraph purports to quote from and/or characterize a document by Business Wire dated March 30, 2023, entitled "Revolutionizing the Treatment

- 52 -

Room: BeautyHealth Launches Connected Hydrafacial Syndeo Device in Europe and Asia." BHC respectfully refers the Court to that document for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

212. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and denies those allegations on that basis. BHC admits that this Paragraph purports to quote from and/or characterize a document by Raymond James & Associates dated April 19, 2023, entitled "The Beauty Health Company (SKIN-NASDAQ)." BHC respectfully refers the Court to that document for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

**P. Syndeo's systemic performance issues continue throughout the first half of 2023.**

213. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and denies those allegations on that basis, and further denies that there were "systematic performance issues." BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second, third, fourth, and fifth sentences of this Paragraph and denies those allegations on that basis.

214. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and denies those allegations on that basis, except that it admits that the consumables used for HydraFacial treatments include serums, tips, and boosters. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of this Paragraph and denies those allegations on that basis, and further denies that the Syndeo overconsumed serums and that this would negate the company's value proposition. BHC lacks knowledge or information sufficient to form a belief as to the truth of the third and fourth allegations in this Paragraph and

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

denies those allegations on that basis.

215.   BHC denies the allegations in the first sentence of this Paragraph.  BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of this Paragraph and denies those allegations on that basis, except that it admits that clients may get around 15 treatments out of a bottle of some serums.  BHC denies the allegations in the third sentence of this Paragraph.  BHC denies the allegations in the fourth sentence of this Paragraph as the phrase "each Hydrafacial should cost" is vague, ambiguous, and subject to interpretation.  BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the fifth, sixth, seventh, and eighth sentences of this Paragraph and denies those allegations on that basis.

**Q.    May 10, 2023: BeautyHealth reports 1Q 2023 results touting "strong Syndeo traction."**

216.   BHC denies each and every allegation in this Paragraph.

217.   BHC admits that this Paragraph purports to quote and characterize BHC's Press Release dated May 10, 2023, and that the quoted language appears in said Press Release.  BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

218.   BHC admits the allegations in the first sentence of this Paragraph.  BHC admits that a presentation was shown during the First Quarter 2023 earnings call on May 10, 2023, but denies that Defendants "published" that presentation as the word "published" in this context is vague, ambiguous, and subject to interpretation.  BHC admits that the second sentence of this Paragraph purports to quote from and characterize the First Quarter 2023 earnings call presentation, and admits that the quoted language appears in said presentation.  BHC respectfully refers the Court and Plaintiffs to that presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same, including that the

presentation "touted" revenues.

219.   BHC admits that this Paragraph purports to quote from and characterize statements made during the First Quarter 2023 earnings call on May 10, 2023, and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript of the First Quarter 2023 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

220.   BHC admits that this Paragraph purports to quote from and characterize statements made during the First Quarter 2023 earnings call on May 10, 2023, and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript of the First Quarter 2023 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

221.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis.   BHC admits upon information and belief, pursuant to information that is publicly available, that BHC's stock price on May 10, 2023 opened at $10.00; BHC's stock price on May 11, 2023 closed at $10.69; and that $10.69 is approximately 7% higher than $10.00.  BHC denies any characterization of the share prices.

**R.    By May/June 2023, thousands of returned Syndeo devices remained stored around the Company's Long Beach facility.**

222.   BHC denies the allegations in the first sentence of this Paragraph.  BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of this Paragraph and therefore denies them on that basis.

223.   BHC admits that some of the returned Syndeos were stored in an adjacent warehouse.  BHC lacks knowledge or information sufficient to form a belief

- 55 -

as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

224. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first, second, and third sentences of this Paragraph and therefore denies them on that basis. BHC denies the allegations in the fourth sentence of this Paragraph.

**S.     June 6, 2023: Defendants claim Syndeo program has been a "great success."**

225. BHC denies that there "systemic issues plaguing the Syndeo," and denies any characterizations or implications about any returned devices in the first sentence of this Paragraph. BHC admits that on June 6, 2023, Defendants Stanleick and Woo appeared at the TD Cowen Sustainability Conference. BHC admits that the remaining allegations in this Paragraph purport to quote from and characterize statements made at the TD Cown Sustainability Conference, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the TD Cowen Sustainability Conference for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

226. BHC admits that the allegations in this Paragraph purport to quote from and characterize statements made at the TD Cowen Sustainability Conference, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the TD Cowen Sustainability Conference for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

**T.     BeautyHealth's second half 2023 attempted fix of Syndeo is a disaster.**

227. BHC denies the allegations in the first sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second and third sentences of this Paragraph and therefore denies

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

them on that basis. BHC denies the allegations in the fourth sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the fifth and sixth sentences of this Paragraph and therefore denies them on that basis, except that it admits that Brad Hauser served as BHC's Chief Operating Officer. BHC denies the allegations in the seventh sentence of this Paragraph.

228. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first and second sentences of this Paragraph and therefore denies them on that basis, except that it admits that there was a mid-year global sales meeting in July 2023 that was held at the Hilton Anatole Hotel in Dallas, TX. BHC admits the allegations in the third sentence of this Paragraph that Stanleick, Monaghan, Carroll Lamarque, some VPs, as well as some of the European group were present at a meeting held in July 2023 in a conference room and that Hauser and Stanleick presented at the meeting. BHC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore denies them on that basis.

229. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

230. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

231. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis, except that it admits that during an August 2023 Zoom company conference call meeting, which was attended by some executives and VPs, it was announced that BeautyHealth would hire two outside engineering firms, TDX and MERA, to deploy upgrades to the Syndeo devices.

232. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis,

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

except that it admits that it planned to retrofit certain devices with new tubing, field service engineers conducted certain repairs in the field, and some customers filled out return merchandise authorizations (RMAs) for repairs and sent devices in for repair.   Except as specifically admitted, BHC denies the allegations in this Paragraph.

233.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

234.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis, and further denies the allegations because the phrase "conventional inventory tracking systems" is vague, ambiguous, and subject to interpretation.  BHC admits the allegations in the second and third sentences of this Paragraph.  BHC denies the allegations in the fourth and fifth sentences of this Paragraph, except that it admits that devices were not assigned RFID chips.  BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the sixth sentence of this Paragraph and therefore denies them on that basis.

235.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis.

236.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first and third sentences of this Paragraph and therefore denies them on that basis.  BHC is unable to respond to the second sentence of this Paragraph as the phrase "engineering firms" is vague, ambiguous, and subject to interpretation, and therefore denies the allegations in the second sentence of this Paragraph on that basis.

237.   BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first and second sentences of this Paragraph and therefore denies them on that basis.  BHC denies the allegations in the third sentence

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

of this Paragraph.

**U.     August 9, 2023 disclosures: BeautyHealth reveals Syndeo "teething issues" in Q2 '23 that limits the decline in share price.**

238.   BHC denies each and every allegation in this Paragraph.

239.   BHC admits that this Paragraph purports to quote and characterize BHC's Press Release dated August 9, 2023 entitled "BeautyHealth Reports Second Quarter 2023 Financial Results," and that the quoted language appears in said Press Release.  BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

240.   BHC admits that this Paragraph purports to quote and characterize BHC's Press Release dated August 9, 2023 entitled "BeautyHealth Reports Second Quarter 2023 Financial Results," and that the quoted language appears in said Press Release.  BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

241.   BHC admits the allegations in this Paragraph.

242.   BHC admits that its Q2 BeautyHealth 2023 Earnings Presentation was presented during its Second Quarter 2023 earnings call with analysts, but denies that it "published" that presentation as the word "published" in this context is vague, ambiguous, and subject to interpretation.  BHC admits that the second sentence of this Paragraph purports to characterize the Q2 BeautyHealth 2023 Earnings Presentation.  BHC respectfully refers the Court and Plaintiffs to that presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC denies the allegations in the third sentence of this Paragraph.

243.   BHC admits that this Paragraph purport to quote from and characterize statements made during the Second Quarter 2023 earnings call on August 9, 2023,

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Second Quarter 2023 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

244. BHC admits that this Paragraph purport to quote from and characterize statements made during the Second Quarter 2023 earnings call on August 9, 2023, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Second Quarter 2023 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

245. BHC admits that this Paragraph purport to quote from and characterize statements made during the Second Quarter 2023 earnings call on August 9, 2023, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Second Quarter 2023 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

246. BHC admits that this Paragraph purports to quote from and characterize statements made during the Second Quarter 2023 earnings call on August 9, 2023, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Second Quarter 2023 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

247. BHC admits that this Paragraph purports to quote from and characterize statements made during the Second Quarter 2023 earnings call on August 9, 2023, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Second Quarter 2023 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

248.   BHC admits the allegations in the first sentence of this Paragraph.  BHC admits that the remaining sentences in this Paragraph purport to quote and characterize August 9, 2023 Form 10-Q, and that the quoted language appears in the said Press Release.  BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

249.   BHC admits that this Paragraph purports to quote from and/or characterize a document by Canaccord Genuity, dated August 9, 2023, entitled "Syndeo US headwinds getting under BeautyHealth's SKIN amidst strong OUS growth," and a document by JPMorgan, dated August 9, 2023, entitled "BeautyHealth A Beat That's Not Quite Skin Deep, but One That Leaves Us With More Questions As Well."  BHC respectfully refers the Court to those documents for their complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

250.   BHC denies the allegations in the first sentence of this Paragraph.  BHC admits upon information and belief, pursuant to information that is publicly available, that BHC's stock price on August 8, 2023 closed at $7.53; BHC's stock price on August 9, 2023 closed at $7.12; and that $7.53 is $0.41, or approximately 5.4% higher than $7.12.

251.   BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the first sentence of this Paragraph and therefore denies them on that basis.  BHC denies the allegations in the second sentence of this Paragraph, except that it admits that it issued press releases discussing the sales of Hydrafacial systems and partnerships with retail brands. BHC admits the allegation in the third sentence that the that it files Form 4 statements of changes of beneficial ownership of securities as required under applicable regulations.  Except as expressly admitted, BHC denies the allegations in this Paragraph.

- 61 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

252. BHC admits the allegations in this Paragraph purport to characterize or summarize a press release, dated September 12, 2023, entitled "BeautyHealth Announces Business Transformation Program to Drive Profitability and Growth; Board of Directors Authorizes $100 Million Share Repurchase" to which BHC respectfully refers the Court for its full and accurate contents and denies any characterization or summary that is inconsistent with the same. BHC further admits that the press release discussed a two-phased business transformation program to generate $35 million in cost-savings, the authorization of up $100 million in share repurchasing, and reaffirmance of its 2025 financial guidance.

253. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of this Paragraph and on that basis denies those allegations. BHC admits that the second, third, and fourth sentences purports to characterize or summarize a document by Canaccord, dated September 12, 2023, entitled "Management provides new details and exudes confidence for their FY25 goals; new $100M share repo announced," to which BHC respectfully refers the Court for its full and accurate contents and denies any characterization or summary that is inconsistent with the same.

254. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations that "Investors reached the same conclusion" and on that basis denies those allegations. BHC admits upon information and belief, pursuant to information that is publicly available, that BHC's stock price on September 12, 2023 closed at $6.76 which is approximately 24% higher than the closing price of $5.74 on September 11, 2023.

255. BHC admits that the allegations in the first sentence of this Paragraph purport to characterize or summarize a press release, dated September 20, 2023, entitled "BeautyHealth to Initiate Stock Repurchase Program, Following Recent $100 Million Share Repurchase Authorization" to which BHC respectfully refers the Court for its full and accurate contents and denies any characterization or summary

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

that is inconsistent with the same.  BHC further admits that the press release discussed the initiation of the previously announced stock repurchase program. BHC is unable to respond to the second sentence of this Paragraph as the phrase "did not address existing guidance" is vague, ambiguous, and subject to interpretation, and therefore denies the allegations in the second sentence of this Paragraph on that basis.

## V.     THE TRUTH ABOUT SYNDEO IS REVEALED

### A.     The November 13, 2023 disclosures fully reveal the fraud: CEO ousted, BeautyHealth declares virtually all Syndeo systems obsolete.

256.   BHC admits the allegations in the first sentence of this Paragraph.  BHC admits that the second and third sentences of this Paragraph purport to summarize and characterize a Press Release, dated November 13, 2023, entitled "BeautyHealth Reports Third Quarter 2023 Financial Results" and that the quoted language appears in said Press Release.  BHC respectfully refers the Court to the Press Release for a complete and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same.

257.   BHC denies that allegations in the first sentence of this Paragraph. BHC admits that the second and third sentences purport to characterize or summarize a November 13, 2023 press release, and that the quoted language appears in said Press Release.  BHC respectfully refers the Court to the Press Release for a complete and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same.  BHC denies any characterization or summary that is inconsistent with the same.  BHC otherwise denies each and every remaining allegation in this Paragraph.

258.   BHC admits that the allegations in this Paragraph purport to characterize or summarize BHC's November 13, 2023 press release.  BHC respectfully refers the Court to the Press Release for a full and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

same.

259.   BHC admits the allegations in this Paragraph.

260.   BHC admits that the first and second sentences of this Paragraph purport to characterize or summarize BHC's Third Quarter 2023 earnings call on November 13, 2023, and that the quoted language appears in the transcript of the same, to which BHC respectfully refers the Court for a full and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same.

261.   BHC admits that the first and second sentences of this Paragraph purport to summarize or characterize BHC's Third Quarter 2023 earnings call, and that the quoted language appears in the transcript of the same, to which BHC respectfully refers the Court for a full and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same and further denies the characterization of any statement as a "*mea culpa*."

262.   BHC admits that this Paragraph purports to summarize or characterize BHC's Third Quarter 2023 earnings call, and that the quoted language appears in the transcript of the same, to which BHC respectfully refers the Court for a full and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same and further denies the characterization of the same as "stunning details" and "undisclosed efforts."

263.   BHC admits that this Paragraph purports to summarize or characterize BHC's Third Quarter 2023 earnings call, and that the quoted language appears in the transcript of the same, to which BHC respectfully refers the Court to the transcript of for a full and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same and further denies the characterization of the same as a "decision to completely reset" and "huge adverse financial implications."

264.   BHC admits that this Paragraph purports to summarize or characterize

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

BHC's Third Quarter 2023 earnings call, and that the quoted language appears in the transcript of the same, to which BHC respectfully refers the Court for a full and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same and further denies the characterization that "Monahan avoided addressing the anticipated uproar from analysts in public view by abruptly concluding the conference."

265.    BHC admits that this Paragraph purports to characterize or summarize a third quarter 2023 Form 10-Q, and that the quoted language appears in the same. BHC respectfully refers the Court to the third quarter 2023 Form 10-Q for a full and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same.  BHC admits that Syndeo is an important part of its business.

266.    BHC admits that the first sentence of this Paragraph purports to characterize or summarize a document by Investing.com, dated November 14, 2023, entitled "The Beauty Health Company plunges on Q3 miss as problems persist," to which BHC respectfully refers the Court for a full and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same.  BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the second sentence of this Paragraph and therefore denies them on that basis.  BHC admits that the third, fourth, fifth, and sixth sentences of this Paragraph purport to characterize or summarize a document by Piper Sandler Research, dated November 13, 2023, to which BHC respectfully refers the Court for a full and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same.

267.    BHC admits that this Paragraph purports to characterize or summarize a document by William Blair, dated November 14, 2023, entitled "The Beauty Health Company: Syndeo Relaunch More Challenging Than Expected and Leads to Miss and Guidance Decrease; Downgrade to Market Perform," to which BHC

- 65 -

respectfully refers the Court for a full and accurate statement of its contents, and denies any characterization or summary that is inconsistent with the same.

268.   BHC admits that this Paragraph purports to characterize and summarize a document by Raymond James, dated November 14, 2023, entitled "Downgrade to Underperform from Market Perform; Challenges Run More Than Skin Deep," to which BHC respectfully refers the Court for a full and accurate statement of its contents and denies any characterization or summary that is inconsistent with the same.

269.   BHC admits upon information and belief that BHC's stock price on November 13, 2023 closed at $3.90; BHC's stock price on November 14, 2023 closed at $1.39; and that $3.90 is $2.51, or approximately 64.36% higher than $1.39. BHC otherwise denies each and every remaining allegation in this Paragraph.

**B.   Piper Sandler post-Class Period survey confirms widespread problems with Syndeo beyond management's previous disclosures.**

270.   BHC admits that this Paragraph purports to summarize and characterize a document by Piper Sandler, dated December 14, 2023, entitled "The Scoop on SKIN: How Are 50 HydraFacialists Handling the Syndeo Issues?"   BHC respectfully refers the Court to this document for its complete and accurate contents, and denies any summary or characterization that is inconsistent with the same and further denies the characterization of any disclosures as "stunning."

271.   BHC admits upon information and belief that the allegations in this Paragraph purport to characterize a document by Piper Sandler, dated December 14, 2023, entitled "The Scoop on SKIN: How Are 50 HydraFacialists Handling the Syndeo Issues?" but denies Plaintiffs' characterization of that document.  According to that document, Piper Sandler purports to have conducted a survey in which "the 87% [of respondents] who have had the Syndeo for at least a couple months (likely Syndeo 1.0 or 2.0), 74% have had issues."  BHC respectfully refers the Court to the December 14, 2023 Piper Sandler document for its complete and accurate contents,

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

and denies any summary or characterization that is inconsistent with the same.

272. BHC admits that this Paragraph purports to summarize and characterize a document by Piper Sandler, dated December 14, 2023, entitled "The Scoop on SKIN: How Are 50 HydraFacialists Handling the Syndeo Issues?" but denies Plaintiffs' characterization of that document. According to that document, Piper Sandler purports to have conducted a survey in which "18% of 1.0 or 2.0 owners with issues still have not yet received a replacement (or 13% of total 1.0 and 2.0 owners)" and purports to have concluded "it could still be a timely process to fully getting everything replaced (management estimates mid-2024)." BHC respectfully refers the Court to the December 14, 2023 Piper Sandler document for its complete and accurate contents, and denies any summary or characterization that is inconsistent with the same.

273. BHC admits that this Paragraph purports to summarize and characterize a document by Piper Sandler, dated December 14, 2023, entitled "The Scoop on SKIN: How Are 50 HydraFacialists Handling the Syndeo Issues?" BHC respectfully refers the Court to this document for its complete and accurate contents and denies any summary or characterization that is inconsistent with the same. BHC otherwise denies each and every remaining allegation in this Paragraph.

274. BHC admits that the first sentence of this Paragraph purports to summarize and characterize a document by Piper Sandler, dated December 14, 2023, entitled "The Scoop on SKIN: How Are 50 HydraFacialists Handling the Syndeo Issues?" BHC respectfully refers the Court to this document for its complete and accurate contents and denies any summary or characterization that is inconsistent with the same. BHC lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the second sentence of this Paragraph and therefore denies them on that basis.

275. BHC denies the allegations in the first sentence of this Paragraph. BHC admits that the allegations in the second and third sentences of this Paragraph purport

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

to summarize and characterize a document by Piper Sandler, dated December 14, 2023, entitled "The Scoop on SKIN: How Are 50 HydraFacialists Handling the Syndeo Issues?" BHC respectfully refers the Court to this document for its complete and accurate contents and denies any summary or characterization that is inconsistent with the same.

### C. BeautyHealth's disappointing financial performance since November 2023.

276. BHC denies the allegations in this Paragraph.

277. BHC admits that the first and second sentences of this Paragraph purport to summarize and characterize a November 13, 2023 press release it issued which, in part, discussed Syndeo 3.0, and an earnings call that took place on May 9, 2024. BHC further admits that on the May 9, 2024 earnings call, BHC's CEO stated that "our field teams and customer service teams are finding some technical issues, most of which are resolvable by phone or an in-field technical visit." BHC respectfully refers the Court to the November 13, 2023 press release and the transcript of the May 9, 2024 earnings call for their complete and accurate contents, and denies any summary or characterization that is inconsistent with the same. BHC denies the allegations in the second sentence of this Paragraph, except admits that as of the date the Complaint was filed (May 5, 2025), BHC's stock price was below $2.00 per share. However, between the filing of the Complaint and the filing of this Answer, BHC's stock price exceeded $2.00 per share on a number of occasions.

278. BHC admits that this Paragraph purports to characterize or summarize a document published on Forbes, dated May 24, 2024, entitled "SKIN Stock Shows Stretch Marks From Weak Guidance, But Firming Potential Looms" to which BHC respectfully refers the Court for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.

### D. BeautyHealth discloses SEC investigation in April 2024.

279. BHC admits that this Paragraph purports to characterize and summarize

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

the Form 8-K dated April 8, 2024, and that the quoted language appears in the same, to which BHC respectfully refers the Court for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

280.   BHC admits that investigations conducted by the SEC are confidential. *See e.g.* 17 C.F.R. § 230.122.  BHC denies the allegations in the second sentence of this Paragraph.

## VI.    DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS

281.   BHC need not respond to this Paragraph given that it contains legal conclusions to which no response is required.  To the extent a response is required, BHC denies each and every allegation contained in this Paragraph of the Complaint.

### 1.    Defendants' false statements associated with the announcement of BeautyHealth's Q1 2022 financial results.

282.   BHC admits that this Paragraph purports to characterize and summarize its May 10, 2022 press release entitled, "The Beauty Health Company Reports Strong First Quarter 2022 Financial Results Increases 2022 Financial Guidance," and that the quoted language appears in said press release.  BHC respectfully refers the Court to the press release for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.

283.   BHC need not respond to the first and second sentences of this Paragraph as they contain legal conclusions to which no response is required.  To the extent a response is required, BHC denies each and every allegation contained in the first and second sentences of this Paragraph.  BHC incorporates by reference its answers to Paragraphs 68-69, 89-94, 96, 100-102, 119-124, and 262 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs. Except as expressly admitted, BHC denies the allegations in this Paragraph.

284.   BHC need not respond to the first sentence of this Paragraph of the Complaint as it contains legal conclusions to which no response is required.  To the extent a response is required, BHC denies the allegations in the first sentence of this

Paragraph.  BHC incorporates by reference its answer to Paragraph 71 to the second sentence of this Paragraph and denies Plaintiffs' summary and characterization of that Paragraph.  BHC denies the allegations in the third sentence of this Paragraph.

285.   BHC need not respond to this Paragraph of the Complaint as it contains legal conclusions to which no response is required.  To the extent a response is required, BHC denies the allegations in this Paragraph.

286.   BHC admits the allegations in the first sentence of this Paragraph.  BHC admits that the second sentence of this Paragraph purports to quote from and characterize the First Quarter 2022 earnings call, and that the quoted language appears in the transcript of the same, to which BHC respectfully refers the Court for its full and complete contents and denies any characterization or summary that is inconsistent with the same.

287.   BHC admits the allegations in the first sentence of this Paragraph that an investor presentation dated May 10, 2022, entitled "First Quarter 2022 Earnings Presentation" was attached as an Exhibit 99.1 to a Form 8-K filing, and that the Form 8-K filing was signed by Woo.  BHC admits that the second sentence purports to quote from and characterize the First Quarter 2022 earnings presentation, and that the slide appears in said presentation.  BHC respectfully refers the Court to the presentation for its full and complete contents and denies any characterization or summary that is inconsistent with the same.

288.   BHC admits that this Paragraph purports to quote from and characterize the First Quarter 2022 earnings call, and that the quoted language appears in the transcript of the same, to which BHC respectfully refers the Court for its full and complete contents and denies any characterization or summary that is inconsistent with the same.

289.   BHC need not respond to the first and second sentences of this Paragraph as they consist of legal conclusions to which no response is required.  To the extent a response is required, BHC denies the allegations in the first and second

- 70 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

sentences of this Paragraph. BHC incorporates by reference its answers to Paragraphs 68-69, 89-94, 96, 100-102, 119-124, and 262 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs. Except expressly admitted, BHC denies each and every allegation in this Paragraph.

290. BHC need not respond to the first sentence of this Paragraph as it contains legal conclusions to which no response is required. To the extent a response is required, BHC denies each and every allegation in the first sentence of this Paragraph. BHC incorporates by reference its answer to Paragraph 71 as to the second sentence of this Paragraph. Except as expressly admitted, BHC denies each and every allegation in this Paragraph.

291. BHC need not respond to this Paragraph as it consists of legal conclusions to which no response is required. To the extent a response is required, BHC denies each and every allegation therein.

### 2. Defendants' false statements at the June 19, 2022 Nantucket Jeffries Consumer Conference.

292. BHC admits the allegation in the first sentence that Stanleick and Woo spoke at the Nantucket Jefferies Consumer Conference in June 2022. BHC admits that the second and third sentences of this Paragraph purports to quote, characterize, or summarize transcripts from the Jefferies Consumer Conference, and that the quoted language appears in said transcript. BHC respectfully refers the Court to the transcript of the Jefferies Consumer Conference for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the same.

293. BHC admits that this Paragraph purports to quote, characterize, or summarize transcripts from the Jefferies Consumer Conference, and that the quoted language appears in said transcript. BHC respectfully refers the Court to the transcript of the Jefferies Consumer Conference for its complete and accurate contents, and denies any characterization or summary that is inconsistent with the

- 71 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

same.

294. BHC need not respond to the first and second sentences of this Paragraph as they consist of legal conclusions to which no response is required. To the extent the first sentence of this Paragraph contains factual allegations to which a response is required, BHC denies each and every allegation therein. BHC incorporates by reference its answers to Paragraphs 68-69, 82, 89-94, 96, 99, 101-102, 112-113, 119-124 and denies Plaintiffs' summary and characterization of those Paragraphs. Except as expressly admitted, BHC denies the allegations of this Paragraph.

295. BHC need not respond to the first sentence of this Paragraph as it consists of legal conclusions to which no response is required. To the extent a response is required, BHC denies the allegations in the first sentence of this Paragraph. BHC incorporates by reference its answer to Paragraph 71 as to the second sentence in this Paragraph. Except as expressly admitted, BHC denies the allegations of this Paragraph.

296. BHC need not respond to this Paragraph as it consists of legal conclusions to which no response is required. To the extent a response is required, BHC denies the allegations of this Paragraph.

### 3. Defendants' false statements associated with the announcement of BeautyHealth's Q2 2022 financial results.

297. BHC admits the allegations in the first sentence of this Paragraph. BHC admits that the second and third sentences of this Paragraph purport to quote and summarize the August 9, 2022 press release entitled "BeautyHealth Reports Record Second Quarter 2022 Financial Results," and that the quoted language appears in said press release. BHC respectfully refers the Court to the August 9, 2022 press release entitled "BeautyHealth Reports Record Second Quarter 2022 Financial Results" for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

298.    BHC admits that on August 9, 2022, it filed its second quarter 2022 financial results on Form 10-Q with the SEC, which was signed by Stanleick and Woo, and that the quoted language appears in said filing.  BHC respectfully refers the Court to the August 9, 2022 Form 10-Q for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

299.    BHC admits the allegations in the first sentence of this Paragraph.  BHC admits that the second sentence of this Paragraph purports to quote from and characterize statements made during the August 9, 2022 earnings conference, and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript of the Second Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

300.    BHC admits that a Q2 2022 earnings presentation was presented during its Q2 2022 earnings call on August 9, 2022, that this Paragraph purports to summarize and characterize that document, and that the slides in this Paragraph appear in the presentation, but denies that Defendants Stanleick and Woo "published" that earnings presentation as the word "published" in this context is vague, ambiguous, and subject to interpretation.  BHC respectfully refers the Court and Plaintiffs to the Q2 2022 earnings presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

301.    BHC admits that this Paragraph purports to quote from and characterize statements made during the Second Quarter 2022 earnings call on August 9, 2022, and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript of the Second Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

302.    BHC admits that this Paragraph purports to quote from and characterize

- 73 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

statements made during the Second Quarter 2022 earnings call on August 9, 2022, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Second Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

303. BHC admits that this Paragraph purports to quote from and characterize statements made during the Second Quarter 2022 earnings call on August 9, 2022, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the Second Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

304. BHC denies the allegations contained in this Paragraph.

305. BHC denies the allegations contained in the first sentence of this Paragraph. BHC admits that the second sentence of this Paragraph purports to quote from and characterize BHC's press release on March 7, 2022 entitled "The Beauty Health Company Introduces New Digitally Connected HydraFacial Syndeo™ Delivery System," and that the quoted language appears in said press release. BHC respectfully refers the Court to that press release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same. BHC incorporates by reference its answer to Paragraph 71 of the Complaint and denies Plaintiffs' summary and characterization of that Paragraph. BHC denies the allegations contained in the third sentence of this Paragraph.

306. BHC denies the allegations contained in this Paragraph.

### 4. Defendants' false statements at September 15, 2022 Investor Day.

307. BHC admits the allegations contained in this Paragraph.

308. BHC admits that a presentation entitled "Analyst & Investor Day" was presented during the Investor Day conference on September 15, 2022, but denies

that Defendants Stanleick and Woo "published" that presentation as the word "published" in this context is vague, ambiguous, and subject to interpretation. BHC admits that the second sentence of this Paragraph purports to quote from and characterize the "Analyst & Investor Day" presentation, and that the quoted language appears in said presentation. BHC respectfully refers the Court and Plaintiffs to that presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

309. BHC admits that this Paragraph purports to quote from and characterize the "Analyst & Investor Day" presentation, and that the quoted language appears in said presentation. BHC respectfully refers the Court and Plaintiffs to that presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

310. BHC admits that this Paragraph purports to quote from and characterize the "Analyst & Investor Day" presentation, and that the quoted language appears in said presentation. BHC respectfully refers the Court and Plaintiffs to that presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

311. BHC admits that this Paragraph purports to quote from and characterize statements made during the Investor Day conference, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript for its complete and accurate contents.

312. BHC admits that this Paragraph purports to quote from and characterize statements made during the Investor Day conference, and that the quoted language appears in the transcript of the same, to which BHC respectfully refers the Court for its complete and accurate contents, except that it denies that any statement "was not corrected" and denies the implication that any statement needed to be "corrected" as that phrase "was not correct" is vague, ambiguous, and subject to interpretation.

313. BHC admits that this Paragraph purports to quote from and characterize

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

statements made during the Investor Day conference, and that the quoted language appears in the transcript of the same, to which BHC respectfully refers the Court for its complete and accurate contents, except that it denies that any statement "was not corrected" and denies the implication that any statement needed to be "corrected" as that phrase "was not correct" is vague, ambiguous, and subject to interpretation.

314.   BHC admits that this Paragraph purports to quote from and characterize statements made during the Investor Day conference, and that the quoted language appears in the transcript of the same, to which BHC respectfully refers the Court for its complete and accurate contents, except that it denies that any statement "was not corrected" and denies the implication that any statement needed to be "corrected" as that phrase "was not correct" is vague, ambiguous, and subject to interpretation.

315.   BHC denies the allegations contained in this Paragraph.

316.   BHC denies the allegations contained in the first sentence of this Paragraph. BHC admits that the second sentence of this Paragraph purports to quote from and characterize BHC's press release on March 7, 2022 entitled "The Beauty Health Company Introduces New Digitally Connected HydraFacial Syndeo™ Delivery System," and that the quoted language appears in said press release. BHC respectfully refers the Court to that press release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same. BHC incorporates by reference its answer to Paragraph 71 of the Complaint and denies Plaintiffs' summary and characterization of that Paragraph. BHC denies the allegations contained in the third sentence of this Paragraph.

317.   BHC denies the allegations contained in this Paragraph.

**5.    Defendants' false statements associated with the announcement of BeautyHealth's Q3 2022 financial results.**

318.   BHC admits the allegations in the first and third sentences of this Paragraph. BHC admits that the second sentence of this Paragraph purports to quote from and characterize the press release entitled "BeautyHealth Reports Third

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

Quarter 2022 Financial Results," and that the quoted language appears in said press release.  BHC respectfully refers the Court to that press release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

319.   BHC admits the allegations in the first sentence of this Paragraph.  BHC admits that the second sentence of this Paragraph purports to quote from and characterize statements from the Third Quarter 2022 earnings call on November 8, 2022, and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript for the Third Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

320.   BHC admits that this Paragraph purports to quote from and characterize statements from the Third Quarter 2022 earnings call on November 8, 2022, and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript for the Third Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

321.   BHC admits that this Paragraph purports to quote from and characterize statements from the Third Quarter 2022 earnings call on November 8, 2022, and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript for the Third Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

322.   BHC admits that this Paragraph purports to quote from and characterize statements from the Third Quarter 2022 earnings call on November 8, 2022, and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript for the Third Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is

- 77 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

inconsistent with the same.

323.  BHC admits that on November 9, 2022, it filed its second quarter 2022 financial results on Form 10-Q with the SEC which was signed by Defendants Stanleick and Woo.  BHC admits that the first sentence of this Paragraph purports to quote from and characterize statements from the November 9, 2022 Form 10-Q, which contains the language quoted in this Paragraph.  BHC respectfully refers the Court to the November 9, 2022 Form 10-Q for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC admits the allegations in the second sentence of this Paragraph, except that it denies that Stanleick "approved" the November 9, 2022 Form 10-Q, as the term "approved" in this context is vague, ambiguous, and subject to interpretation.  BHC admits that Stanleick signed a certification pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, which was an exhibit to the November 9, 2022 Form 10-Q.

324.  BHC denies the allegations contained in this Paragraph.

325.  BHC denies the allegations contained in the first sentence of this Paragraph.  BHC admits that the second sentence of this Paragraph purports to quote from and characterize BHC's press release on March 7, 2022 entitled "The Beauty Health Company Introduces New Digitally Connected HydraFacial Syndeo™ Delivery System," and that the quoted language appears in said press release.  BHC respectfully refers the Court to that press release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC incorporates by reference its answer to Paragraph 71 of the Complaint and denies Plaintiffs' summary and characterization of that Paragraph.  BHC denies the allegations contained in the third sentence of this Paragraph.

326.  BHC denies the allegations contained in this Paragraph.

**6.  Defendants' false statements associated with the announcement of BeautyHealth's Q4 2022 financial results.**

327.  BHC admits the allegations in the first sentence of this Paragraph.  BHC

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

admits that the remaining sentences in this Paragraph purport to quote from and characterize statements from the Fourth Quarter 2022 earnings call on February 28, 2023, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript for the Fourth Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

328. BHC admits that a presentation entitled "Q4 & FY 2022 Earnings Presentation" was presented during the Fourth Quarter 2022 earnings call on February 28, 2023, but denies that Defendants Stanleick and Woo "published" that presentation as the word "published" in this context is vague, ambiguous, and subject to interpretation. BHC admits that the second sentence of this Paragraph purports to quote from and characterize the Q4 & FY 2022 Earnings Presentation, and that quoted language appears in said presentation. BHC respectfully refers the Court and Plaintiffs to that presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

329. BHC admits that this Paragraph purports to quote from and characterize statements from the Fourth Quarter 2022 earnings call on February 28, 2023, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript for the Fourth Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

330. BHC admits that this Paragraph purports to quote from and characterize statements from the Fourth Quarter 2022 earnings call on February 28, 2023, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript for the Fourth Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

331. BHC admits that this Paragraph purports to quote from and characterize

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

statements from the Fourth Quarter 2022 earnings call on February 28, 2023, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript for the Fourth Quarter 2022 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

332. BHC denies the allegations contained in this Paragraph.

333. BHC denies the allegations contained in the first sentence of this Paragraph. BHC admits that the second sentence of this Paragraph purports to quote from and characterize BHC's press release on March 7, 2022 entitled "The Beauty Health Company Introduces New Digitally Connected HydraFacial Syndeo™ Delivery System," and that the quoted language appears in said press release. BHC respectfully refers the Court to that press release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same. BHC incorporates by reference its answer to Paragraph 71 of the Complaint and denies Plaintiffs' summary and characterization of that Paragraph. BHC denies the allegations contained in the third sentence of this Paragraph.

334. BHC denies the allegations contained in this Paragraph.

### 7. Defendants' false statements associated with the international launch of Syndeo.

335. BHC admits the allegations in the first sentence in this Paragraph. BHC admits that the second sentence of this Paragraph purports to quote from and characterize BHC's Press Release on March 30, 2023 entitled "Revolutionizing the Treatment Room: BeautyHealth Launches Connected Hydrafacial Syndeo Device in Europe and Asia," and that the quoted language appears in said press release. BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

336. BHC admits this Paragraph purports to quote from and characterize

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

BHC's Press Release on March 30, 2023 entitled "Revolutionizing the Treatment Room: BeautyHealth Launches Connected Hydrafacial Syndeo Device in Europe and Asia," and that the quoted language appears in said press release. BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

337. BHC denies the allegations contained in this Paragraph.

338. BHC denies the allegations contained in this Paragraph.

339. BHC denies the allegations contained in the first sentence of this Paragraph. BHC admits that the second sentence of this Paragraph purports to quote from and characterize BHC's press release on March 7, 2022 entitled "The Beauty Health Company Introduces New Digitally Connected HydraFacial Syndeo™ Delivery System," and that the quoted language appears in said press release. BHC respectfully refers the Court to that press release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same. BHC incorporates by reference its answer to Paragraph 71 of the Complaint and denies Plaintiffs' summary and characterization of that Paragraph. BHC denies the allegations contained in the third sentence of this Paragraph.

340. BHC denies the allegations contained in this Paragraph.

**8.    Defendants' false statements associated with the announcement of BeautyHealth's Q1 2023 financial results.**

341. BHC admits this Paragraph purports to quote from and characterize BHC's Press Release on May 10, 2023 entitled "BeautyHealth Reports First Quarter 2023 Financial Results," and that the quoted language appears in said press release. BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

342. BHC admits that this Paragraph purports to quote from and characterize

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

statements made during the First Quarter 2023 earnings call on May 10, 2023, and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript of the First Quarter 2023 earnings call for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

343.   BHC admits that a presentation entitled "Q1 2023 Earnings Presentation" was presented during the First Quarter 2023 earnings call on May 10, 2023, but denies that Defendants Stanleick and Woo "published" that presentation as the word "published" in this context is vague, ambiguous, and subject to interpretation.  BHC admits this Paragraph purports to quote from and characterize the Q1 2023 Earnings Presentation, and that the quoted language appears in said presentation.  BHC respectfully refers the Court and Plaintiffs to that presentation for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

344.   BHC denies the allegations contained in this Paragraph.

345.   BHC denies the allegations contained in the first sentence of this Paragraph.  BHC admits that the second sentence of this Paragraph purports to quote from and characterize BHC's press release on March 7, 2022 entitled "The Beauty Health Company Introduces New Digitally Connected HydraFacial Syndeo™ Delivery System," and that the quoted language appears in said press release.  BHC respectfully refers the Court to that press release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC incorporates by reference its answer to Paragraph 71 of the Complaint and denies Plaintiffs' summary and characterization of that Paragraph.  BHC denies the allegations contained in the third sentence of this Paragraph.

346.   BHC denies the allegations contained in this Paragraph.

- 82 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

**9.    Defendants' false statements in May 2023 *Technology of Beauty Podcast* interview.**

347.    BHC admits that this Paragraph purports to quote from and characterize statements made during a May 2023 interview on the *Technology of Beauty Podcast* with Stanleick, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of the interview, which is publicly available through the same link in the footnote to Paragraph 347, for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

348.    BHC denies the allegations contained in this Paragraph.

349.    BHC denies the allegations contained in the first sentence of this Paragraph. BHC admits that the second sentence of this Paragraph purports to quote from and characterize BHC's press release on March 7, 2022 entitled "The Beauty Health Company Introduces New Digitally Connected HydraFacial Syndeo™ Delivery System," and that the quoted language appears in said press release. BHC respectfully refers the Court to that press release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same. BHC incorporates by reference its answer to Paragraph 71 of the Complaint and denies Plaintiffs' summary and characterization of that Paragraph. BHC denies the allegations contained in the third sentence of this Paragraph.

350.    BHC denies the allegations contained in this Paragraph.

**10.    Defendants' false statements at the June 6, 2023 TD Cown Sustainability Conference.**

351.    BHC admits that this Paragraph purports to quote from and characterize statements made during the TD Cowen 7th Annual Future of the Consumer Conference on June 6, 2023, and that the quoted language appears in the transcript of the same. BHC respectfully refers the Court to the transcript of that conference for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

- 83 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

352.    BHC admits that this Paragraph purports to quote from and characterize statements made during the TD Cowen 7th Annual Future of the Consumer Conference on June 6, 2023, and that the quoted language appears in the transcript of the same.  BHC respectfully refers the Court to the transcript of that conference for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

353.    BHC denies the allegations contained in this Paragraph.

354.    BHC denies the allegations contained in the first sentence of this Paragraph.  BHC admits that the second sentence of this Paragraph purports to quote from and characterize BHC's press release on March 7, 2022 entitled "The Beauty Health Company Introduces New Digitally Connected HydraFacial Syndeo™ Delivery System," and that the quoted language appears in said press release.  BHC respectfully refers the Court to that press release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.  BHC incorporates by reference its answer to Paragraph 71 of the Complaint and denies Plaintiffs' summary and characterization of that Paragraph.  BHC denies the allegations contained in the third sentence of this Paragraph.

355.    BHC denies the allegations contained in this Paragraph.

## VII.    ADDITIONAL ALLEGATIONS OF DEFENDANTS' SCIENTER

356.    BHC need not provide a response to this Paragraph as it consists of legal conclusions to which no response is required.  To the extent a response is required, BHC denies each and every allegation contained in this Paragraph.

357.    BHC denies the allegations in the first sentence of this Paragraph.  BHC incorporates by reference its answers to the Paragraphs 100, 107, 113, 123, 144-145, 147-151, 196-200, and 228-230 and denies Plaintiffs' summary and characterization of those Paragraphs.  Except as expressly admitted, BHC denies the allegations in this Paragraph.

358.    BHC denies the allegations in the first sentence of this Paragraph.  BHC

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

incorporates by reference its answers to Paragraphs 88-89, 112, 115-116, and 228-230 and denies Plaintiffs' summary and characterization of those Paragraphs. Except as expressly admitted, BHC denies the allegations in this Paragraph.

359.   BHC denies the first sentence of this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of this Paragraph and therefore denies them on that basis. BHC incorporates by reference its answers to Paragraphs 119-124 and 126-127 and denies Plaintiffs' summary and characterization of those Paragraphs. Except as expressly admitted, BHC denies the allegations in this Paragraph.

360.   BHC denies the allegations contained in this Paragraph.

361.   BHC denies the allegations contained in this Paragraph.

362.   BHC denies the allegations contained in the first sentence of this Paragraph. BHC incorporates by reference its answers to Paragraphs 242-246 and 248 and denies Plaintiffs' summary and characterization of those Paragraphs. Except as expressly admitted, BHC denies the allegations in this Paragraph.

363.   BHC admits the allegations in the first and second sentences of this Paragraph. BHC incorporates by reference its answers to the Paragraphs 243, 259-261, and 263 and denies Plaintiffs' summary and characterization of those Paragraphs. BHC denies the remaining allegations in this Paragraph.

364.   BHC denies the allegations contained in this Paragraph.

365.   BHC denies the allegations contained in first and second sentences of this Paragraph. BHC incorporates by reference its answers to the Paragraphs 292, 302-303, 320, 331, and 351-352 and denies Plaintiffs' summary and characterization of those Paragraphs. Except as expressly admitted, BHC denies the allegations in this Paragraph.

366.   BHC is unable to respond to the first and second sentences of this Paragraph as the phrases "held themselves out as knowledgeable" and "repeatedly held themselves out in their public statements as personally familiar" are vague,

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

ambiguous, and subject to interpretation, and therefore denies the allegations in the first and second sentences of this Paragraph on that basis. BHC incorporates by reference its answers to Paragraphs 79, 132 and 134 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs. Except as expressly admitted, BHC denies the allegations in this Paragraph.

367. BHC denies the allegations in the first sentence of this Paragraph. BHC admits the allegations in the second sentence of this Paragraph except that it denies that Syndeo was the "future of HydraFacial" as that phrase is vague, ambiguous, and subject to interpretation. BHC admits the third sentence of this Paragraph purports to quote from and characterize BHC's Press Release on March 7, 2022 entitled "The Beauty Health Company Introduces New Digitally Connected HydraFacial Syndeo™ Delivery System," and that the quoted language appears in said press release. BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same. BHC incorporates by reference its answers to Paragraphs 112 and 196-200 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs. BHC denies the allegations in the sixth sentence of this Paragraph. Except as expressly admitted, BHC denies the allegations in this Paragraph.

368. BHC denies the allegations in the first sentence of this Paragraph. BHC incorporates by reference its answers to Paragraphs 279-280 of the Complaint and denies Plaintiffs' summary and characterization of those Paragraphs. BHC admits that its April 2024 Form 8-K discusses the receipt of a SEC subpoena. BHC respectfully refers the Court to the April 2024 Form 8-K for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same. BHC denies the fourth sentence of this Paragraph. Except as expressly admitted, BHC denies the allegations in this Paragraph.

## VIII. LOSS CAUSATION

369. BHC denies the allegations contained in this Paragraph.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

370.   BHC admits that the allegations in the first three sentences of this Paragraph purport to quote from and characterize BHC's Press Release on November 13, 2023 entitled "BeautyHealth Reports Third Quarter 2023 Financial Result," and that the quoted language appears in said press release.   BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.   BHC admits that it issued a separate Press Release announcing that Stanleick would depart the Company as President & Chief Executive Officer ("CEO") and relinquish his Board seat, effective November 19, 2023.   BHC respectfully refers the Court to that Press Release for its complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

371.   BHC denies the allegations contained in this Paragraph.

372.   BHC denies the allegations contained in the first sentence of this Paragraph.   BHC admits this Paragraph purports to quote from and characterize BHC's Press Release on November 13, 2023 entitled, "BeautyHealth Reports Third Quarter 2023 Financial Result," and that the quoted language appears in said press release.   BHC admits that it issued a separate Press Release announcing that Stanleick would depart BHC and relinquish his Board seat, effective November 19, 2023.   BHC respectfully refers the Court to those Press Releases for their complete and accurate contents and denies any characterization or summary that is inconsistent with the same.

373.   BHC denies the contained allegations in this Paragraph.

### IX.   NO SAFE HARBOR

374.   BHC denies the allegations contained in this Paragraph.

375.   BHC denies the allegations contained in this Paragraph.

### X.     THE PRESUMPTION OF RELIANCE

376.   BHC need not respond to the allegations in the first sentence of this Paragraph as it consists of legal conclusions to which no response is required.   To

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

the extent a response is required, BHC denies the allegations in the first sentence of this Paragraph. BHC need not respond to the allegations in the subparts of this Paragraph as they consist of legal conclusions to which no response is required. To the extent these subparts contain allegations of fact to which a response is required, BHC admits that its stock is listed and traded on NASDAQ, BHC files periodic reports with the SEC and NASDAQ, BHC communicates with public investors through press releases and public disclosures, and that securities analysts wrote about BHC. Except as expressly admitted, BHC denies the allegations in this Paragraph.

377. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis. BHC denies the allegations in the second sentence of this Paragraph.

378. BHC need not respond to the allegations in this Paragraph as they consist of legal conclusions to which no response is required. To the extent a response is required, BHC denies the allegations in this Paragraph.

## XI.    CLASS ALLEGATIONS

379. BHC need not respond to the allegations in this Paragraph as they consist of legal conclusions and characterizations of the Complaint to which no response is required. To the extent a response is required, BHC denies the allegations in this Paragraph.

380. BHC need not respond to the allegations in the first sentence of this Paragraph as they consist of legal conclusions and characterizations of the Complaint to which no response is required. BHC further states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this Paragraph and therefore denies them on that basis. To the extent any response is required, BHC denies the allegations in the first sentence of this Paragraph. BHC admits the allegations in the second and third sentences of

- 88 -
DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

this Paragraph. BHC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the fourth and fifth sentences of this Paragraph and therefore denies them on that basis.

381. BHC need not respond to the allegations in this Paragraph as they consist of legal conclusions to which no response is required. BHC further states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis. To the extent a response is required, BHC denies the allegations in this Paragraph.

382. BHC need not respond to the allegations in this Paragraph as they consist of legal conclusions to which no response is required. BHC further states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis. To the extent a response is required, BHC denies the allegations in this Paragraph.

383. BHC need not respond to the allegations in this Paragraph as they consist of legal conclusions to which no response is required. BHC further states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis. To the extent a response is required, BHC denies the allegations in this Paragraph.

384. BHC need not respond to the allegations in this Paragraph as they consist of legal conclusions to which no response is required. BHC further states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore denies them on that basis. To the extent a response is required, BHC denies the allegations in this Paragraph.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

## XII.  CLAIMS BROUGHT PURSUANT TO SECTIONS 10(B) AND 20(A) OF THE EXCHANGE ACT

### COUNT I

### FOR VIOLATIONS OF SECTION 10(B) OF THE EXCHANGE ACT AND SEC RULE 10B-5 PROMULGATED THEREUNDER
(Against All Defendants)

385.  BHC repeats each of its responses to Paragraphs 1 to 384 above as if fully set forth herein.

386.  BHC denies the allegations in this Paragraph.

387.  BHC denies the allegations in this Paragraph.

388.  BHC denies the allegations in this Paragraph.

389.  BHC denies the allegations in this Paragraph.

390.  BHC denies the allegations in this Paragraph.

391.  BHC denies the allegations in this Paragraph.

392.  BHC denies the allegations in this Paragraph.

393.  BHC denies the allegations in this Paragraph.

394.  BHC denies the allegations in this Paragraph.

395.  BHC denies the allegations in this Paragraph.

### COUNT II

### FOR VIOLATIONS OF SECTION 20(A) OF THE EXCHANGE ACT
(AGAINST THE INDIVIDUAL DEFENDANTS)

396.  BHC repeats each of its responses to Paragraphs 1 to 395 above as if fully set forth herein.

397.  BHC need not respond to the allegations in this Paragraph as they consist of legal conclusions to which no response is required.  To the extent a response is required, BHC denies the allegations in this Paragraph.

398.  BHC need not respond to the allegations in this Paragraph as they consist of legal conclusions to which no response is required.  To the extent a response is required, BHC denies the allegations in this Paragraph.

399.  BHC denies the allegations in this Paragraph.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

## RESERVATION OF RIGHTS

BHC denies any allegations not specifically admitted above and reserves the right to amend or supplement its Answer.

## JURY TRIAL DEMAND

BHC requests a trial by jury on all issues so triable.

## AFFIRMATIVE AND OTHER DEFENSES

BHC asserts the following affirmative and other defenses in response to the allegations set forth in the Complaint. BHC expressly reserves the right to supplement, amend, or delete any or all of the following defenses, as warranted by discovery or other investigation or as justice may require. The statement of any defense does not alter the elements of Plaintiffs' claims or assume the burden of proof on any issues as to which applicable law places the burden on Plaintiffs. To the extent that any of the defenses asserted herein or to be asserted in the future are mutually exclusive with another defense asserted herein or to be asserted in the future, such defense is asserted in the alternative to the other.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Plaintiffs fail to state a claim against BHC as to which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Good Faith)

BHC at all times acted in good faith, with reasonable care, and did not directly or indirectly induce any acts constituting the alleged violations and causes of action. *See, e.g.*, 15 U.S.C. § 78t.

## THIRD AFFIRMATIVE DEFENSE

### (Lack of Scienter)

BHC had no knowledge of, or reasonable ground to believe in, the existence of the facts alleged, and did not act recklessly or with intent to defraud as to any

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

alleged misstatement or omission on which the liability of BHC is based.  *See, e.g.*, 15 U.S.C. § 77o.

**FOURTH AFFIRMATIVE DEFENSE**

(Safe Harbor)

Plaintiffs' claims are not actionable to the extent the alleged untrue statements of material fact, omissions of material fact, misleading statements, and/or other challenged statements made by BHC fall within one or both of the Safe Harbor provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), as codified at 15 U.S.C. § 77z-2(c), and/or the "bespeaks caution" doctrine.

**FIFTH AFFIRMATIVE DEFENSE**

(Prior Knowledge)

At the time of their acquisition of BHC stock, Plaintiffs and members of the purported class had actual or constructive knowledge of the allegedly untrue statements, of all or some of the alleged omissions and misstatements, or other wrongful conduct upon which BHC's purported liability rests.

**SIXTH AFFIRMATIVE DEFENSE**

(Improper Class Action)

This action is not properly maintainable as a class action pursuant to Federal Rule of Civil Procedure 23.

**SEVENTH AFFIRMATIVE DEFENSE**

(Assumption of Risk)

Plaintiffs and the members of the purported class knew or should have known the risks associated with BHC's business, and in failing to consider these risks, Plaintiffs and each purported class member assumed the risk that he, she, or it might be damaged by acquiring BHC stock.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

## EIGHTH AFFIRMATIVE DEFENSE

### (Materiality)

BHC is not liable because the alleged misrepresentations and omissions on which Plaintiffs base their claims were not material.

## NINTH AFFIRMATIVE DEFENSE

### (No Causation)

Plaintiffs' claims are barred because the alleged losses of Plaintiffs and members of the purported class were not directly or proximately caused by BHC, and Plaintiffs are unable to establish that the alleged misstatements and omissions in the Complaint were the cause of the decisions by Plaintiffs or members of the purported class to purchase or sell BHC securities or the terms of Plaintiffs' and members of the purported class's investments, and/or that Plaintiffs or members of the purported class did not rely upon the alleged misstatements and omissions in acquiring BHC stock.

## TENTH AFFIRMATIVE DEFENSE

### (Lack of Reliance)

Plaintiffs and members of the purported class did not rely on, and would have acquired BHC common stock even if they had known of, the allegedly untrue statements of material fact, omissions of material fact, misleading statements, or other wrongful conduct upon which BHC's purported liability rests.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Statements of Opinion)

The claims alleged in the Complaint are not actionable because the alleged untrue statements of material fact, omissions of material fact, misleading statements, and/or other challenged statements made by BHC were statements of opinion.

## TWELFTH AFFIRMATIVE DEFENSE

### (Loss Causation)

Plaintiffs' and members of the purported class's claims against BHC are

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

barred, in whole or in part, because the purported misstatements or omissions alleged in the Complaint that are attributed to BHC did not affect the market price of BHC's securities.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

Plaintiffs' and members of the purported class's claims against BHC are barred, in whole or in part, because Plaintiffs and members of the purported class lack standing to assert their claims against BHC.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Contribution and Indemnity)

Under the principles of contribution and indemnity, persons or entities other than BHC are wholly or partially responsible for the purported damages, if any, that Plaintiffs and members of the purported class may have sustained.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Depreciation of Value Attributable to Other Causes)

Under any theory of liability, Plaintiffs and members of the purported class may not recover damages based on depreciation in the value of BHC securities that resulted from factors other than the alleged material devices, schemes, or artifices to defraud, misstatements or omissions, acts, practices, or courses of business, which are cited in the Complaint.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Good Faith Reliance)

The claims alleged in the Complaint are barred, in whole or in part, because BHC reasonably relied in good faith on the professional judgments, opinions, and advice of legal, finance, and other professionals, and had no reasonable grounds to believe and did not believe that any statements made by them were materially false or misleading.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

The claims alleged in the Complaint are barred, in whole or in part, because Plaintiffs and members of the purported class failed to act reasonably to mitigate their damages, if any.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Lack of Actual Knowledge of Falsity)

The claims alleged in the Complaint are barred, in whole or in part, because BHC did not know, and in the exercise of reasonable care could not have known, of any of the alleged misrepresentations, omissions, or fraud alleged in the Complaint.

## NINETEENTH AFFIRMATIVE DEFENSE

### (No Knowing Violation)

The claims alleged in the Complaint are barred, in whole or in part, because pursuant to Section 21D(f) of the Securities Exchange Act of 1934, BHC is a covered person who did not knowingly commit a violation of the securities laws.

## TWENTIETH AFFIRMATIVE DEFENSE

### (No Duty to Disclose)

The claims alleged in the Complaint are barred, in whole or in part, because BHC had no duty to disclose any facts allegedly not disclosed.

\* \* \* \* \*

BHC adopts and incorporates by reference any other defenses asserted or to be asserted by any of the other defendants to the extent that Defendants may share in such a defense. Additional facts that are currently unknown to BHC may be revealed through the course of discovery and further investigation that will support additional defenses.  BHC reserves the right to assert such defenses in the future.

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

## PRAYER FOR RELIEF

BHC denies that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure and denies that Plaintiffs or the putative class are entitled to any of the relief requested in the Complaint.

**WHEREFORE**, BHC respectfully requests that this Court dismiss the Complaint against with prejudice, that it be awarded all costs and fees expended on its behalf, including attorneys' fees and other expenses, and that it be afforded such other and further relief that the Court may deem just and proper.

Dated:  November 24, 2025                REED SMITH LLP
                                         By: */s/ Charles P. Hyun*
                                         Kasey J. Curtis
                                         Charles P. Hyun
                                         Katherine P. Goetz
                                         John C. Scalzo (*pro hac vice*)
                                         Zachary B. Kaye (*pro hac vice*)
                                         Brian M. Rostocki (*pro hac vice*)

                                         *Attorneys for Defendant The Beauty
                                         Health Company*

DEFENDANT THE BEAUTY HEALTH COMPANY'S ANSWER TO
CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT