**HECKER FINK LLP**
Matthew S. Craig (Cal. Bar No. 350030)
1150 S Olive Street, 11th Floor
Los Angeles, CA  90015
(929) 294-2542
mcraig@heckerfink.com

**HECKER FINK LLP**
Jenna M. Dabbs (*admitted pro hac vice*)
Damaris Hernández (*admitted pro hac vice*)
Hyatt Mustefa (*admitted pro hac vice*)
Tayonna S. Ngutter (*admitted pro hac vice*)
350 Fifth Avenue, 63rd Floor
New York, NY 10018
(212) 763-0883
jdabbs@heckerfink.com
dhernández@heckerfink.com
hmustefa@heckerfink.com
tngutter@heckerfink.com

*Attorneys for Defendant Liyuan Woo*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, and LIYUAN WOO,<br><br>Defendants. | Case No.: 2:23-cv-09733-SPG-MAA<br><br>**DEFENDANT LIYUAN WOO'S ANSWER TO THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT** |

Defendant Liyuan Woo, by and through her undersigned counsel, hereby answers and responds to the allegations in the Consolidated Second Amended Class Action Complaint ("SAC").  All allegations not expressly admitted, including those contained in the structural headings of the SAC, are denied.[1]

## I.     INTRODUCTION[2]

1.     Ms. Woo denies the allegations in Paragraph 1.[3]

2.     Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2 and therefore denies those allegations.

3.     Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies those allegations.

4.     Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 4 and therefore denies those allegations.

5.     Ms. Woo respectfully refers the Court to the March 7, 2022 press release referenced in Paragraph 5 for a complete and accurate statement of its contents and denies any summary or mischaracterization that is inconsistent with the same.

6.     Ms. Woo denies the allegations in Paragraph 6.

7.     Ms. Woo lacks sufficient knowledge or information to form a belief as to what unidentified former BeautyHealth employees allegedly said and therefore denies those allegations. Ms. Woo otherwise denies the allegations in Paragraph 7.

8.     Paragraph 8 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies all legal conclusions.  Ms. Woo

---

[1] All responses in this Answer are made as of the date of this filing. Ms. Woo reserves the right to amend any response in this Answer to the extent that she receives additional information in discovery.

[2] The headings from the SAC are incorporated herein for placement purposes only and are not intended to be statements or admissions by Ms. Woo.  Ms. Woo denies any allegations contained in the headings set forth in the SAC.

[3] To the extent Ms. Woo uses terms defined in the SAC in this Answer, such use is not an acknowledgment or admission of any characterization Plaintiffs seek to associate with any such defined term.

lacks sufficient knowledge or information to form a belief as to what unidentified "Former Beauty Health employees" allegedly said and therefore denies those allegations. Ms. Woo otherwise denies the allegations in Paragraph 8.

9.    Ms. Woo denies the allegations Paragraph 9.

10.   Ms. Woo denies the allegations in the first sentence of Paragraph 10. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 10 and therefore denies those allegations.

11.   Ms. Woo denies the allegations in Paragraph 11.

12.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the  truth of the allegations in Paragraph 12 and therefore denies those allegations.

13.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 13 and therefore denies those allegations.

14.   Ms. Woo denies the allegations in Paragraph 14.

15.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 15 and therefore denies those allegations.

16.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 16 and therefore denies those allegations.

17.   Ms. Woo respectfully refers the Court to the transcript of remarks referenced in Paragraph 17 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 17.

18.   Ms. Woo denies the allegation in Paragraph 18, except that Ms. Woo admits BeautyHealth announced its Q2 2023 financial results and published the Form 8-K and accompanying press release on August 9, 2023. Ms. Woo respectfully refers the Court to the August 9, 2023 Form 8-K and accompanying press release for a complete and accurate statement of their contents and denies any summary or

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

mischaracterization inconsistent with the same.  Ms. Woo otherwise denies the allegations in Paragraph 18.

19.    Ms. Woo respectfully refers the Court to the transcript of remarks referenced in Paragraph 19 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 19.

20.    Ms. Woo respectfully refers the Court to the November 13, 2023 Q3 2023 press release referenced in Paragraph 20 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 20.

21.    Ms. Woo respectfully refers the Court to the transcript of remarks from the Q3 2023 earnings call referenced in Paragraph 21 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 21.

22.    Ms. Woo denies the allegations in Paragraph 22.

23.    Ms. Woo respectfully refers the Court to the Piper Sandler survey and the April 8, 2024 Form 8-K referenced in Paragraph 23 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 23.

24.    Ms. Woo respectfully refers the Court to the November 13, 2023 press release and May 9, 2024 earnings call referenced in Paragraph 24 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 24.

25.    Paragraph 25 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 25.

## II.    <u>JURISDICTION AND VENUE</u>

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

26. Paragraph 26 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 26.

27. Paragraph 27 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 27.

28. Paragraph 28 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 28 except that Ms. Woo admits BeautyHealth is headquartered in Long Beach, California.

29. Paragraph 29 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 29.

### III.   PARTIES

#### A.   Lead Plaintiffs

30. Paragraph 30 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 30.

#### B.   Corporate Defendant

31. Ms. Woo denies the allegations in the last sentence of Paragraph 31. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 31 and therefore denies those allegations.

#### C.   Executive Defendants

32. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 32 and therefore denies those allegations.

33. Ms. Woo admits that she was an Executive Vice President and Chief Financial Officer at BeautyHealth from September 2020 until August 10, 2023. Ms. Woo admits that she was Chief Operating Officer and Chief Financial Officer at The VOID from August 2019 to September 2020. Ms. Woo respectfully refers the Court to the LinkedIn profile referenced in Paragraph 33 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo incorporates by reference her answers to Paragraph 88 and denies

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

Plaintiffs' summary and mischaracterization of that Paragraph. The fifth, sixth, seventh, ninth, and tenth sentences of Paragraph 33 contain legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in the fifth, sixth, seventh, ninth, and tenth sentences of Paragraph 33. Ms. Woo respectfully refers the Court to the SEC filings referenced in Paragraph 33 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo admits that she participated in the management of the Company during the term of her employment but otherwise denies the allegations in the eighth sentence of Paragraph 33.

34.    Paragraph 34 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 34.

**D.    Former BeautyHealth Employees**

35.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies those allegations.

**1.    FE-1**

36.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 36 and therefore denies those allegations.

37.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 37 and therefore denies those allegations.

**2.    FE-2**

38.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 38 and therefore denies those allegations.

39.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 39 and therefore denies those allegations.

**3.    FE-3**

40.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 40 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

**4.    FE-4**

41.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 41 and therefore denies those allegations.

**5.    FE-5**

42.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 42 and therefore denies those allegations.

**6.    FE-6**

43.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 43 and therefore denies those allegations.

44.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 44 and therefore denies those allegations.

**E.    BeautyHealth Customer**

45.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 45 and therefore denies those allegations.

**IV.    SUMMARY OF THE FRAUD**

**A.    BeautyHealth and its category-creating HydraFacial.**

46.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 46 and therefore denies those allegations except that Ms. Woo admits BeautyHealth is headquartered in Long Beach.

47.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 47 and therefore denies those allegations.

48.    Ms. Woo respectfully refers the Court to the presentation referenced in Paragraph 48 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 48 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

49. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 49 and therefore denies those allegations.

50. Ms. Woo respectfully refers the Court to the July 16, 2021 Form S-1 referenced in Paragraph 50 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 50 and therefore denies those allegations.

51. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 51 and therefore denies those allegations.

52. Ms. Woo respectfully refers the Court to the public disclosures referenced in Paragraph 52 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 52 and therefore denies those allegations.

53. Ms. Woo respectfully refers the Court to the December 9, 2020 announcement referenced in Paragraph 53 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 53 and therefore denies those allegations.

54. Ms. Woo respectfully refers the Court to the May 5, 2021 announcement referenced in Paragraph 54 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 54 and therefore denies those allegations.

**B.  Syndeo – the next generation HydraFacial delivery system.**

55. Woo respectfully refers the Court to the May 10, 2022 investor presentation referenced in Paragraph 55 for a complete and accurate statement of its

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 55 and therefore denies those allegations.

56.    Ms. Woo respectfully refers the Court to the transcript of remarks from the May 13, 2021 Q1 2021 earnings call and accompanying presentation referenced in Paragraph 56 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 56 and therefore denies those allegations.

57.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 57 and therefore denies those allegations.

58.    Ms. Woo respectfully refers the Court to the "SEC filings and press releases" referenced in Paragraph 58, including the March 1, 2021 Form 10-K, and the transcript of remarks from the February 22, 2022 Q4 2021 earnings call for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 58 and therefore denies those allegations.

59.    Ms. Woo respectfully refers the Court to the March 21, 2022 Piper Sandler document referenced in Paragraph 59 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same.

60.    Ms. Woo respectfully refers the Court to the January 20, 2022 BeautyHealth announcement and the February 22, 2022 Piper Sandler document referenced in Paragraph 60 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 60 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

**C.      Defendants rush the launch of Syndeo in light of declining consumable sales, despite functional issues with the device.**

61.      Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 61 and denies any mischaracterization thereof.

62.      Ms. Woo respectfully refers the Court to BeautyHealth's 2020 and 2021 SEC filings for a complete and accurate statement of BeautyHealth's consumable sales and net sales in 2020 and 2021 and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 62 and therefore denies those allegations.

63.      Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 63 and therefore denies those allegations.

64.      Ms. Woo respectfully refers the Court to the December 31, 2021 Form 10-K referenced in Paragraph 64 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 64 and therefore denies those allegations.

65.      Ms. Woo denies the allegations in Paragraph 65.

66.      Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 66 and therefore denies those allegations.

67.      Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 67 and therefore denies those allegations.

68.      Ms. Woo denies the allegations in the first sentence of Paragraph 68. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 68 and therefore denies those allegations.

69.      Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 69 and therefore denies those allegations.

70.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 70 and therefore denies those allegations.

**D.     BeautyHealth's roll out of Syndeo in March 2022.**

71.    Ms. Woo respectfully refers the Court to the March 7, 2022 press release and Form 8-K referenced in Paragraph 71 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 71 and therefore denies those allegations.

72.    Ms. Woo respectfully refers the Court to the March 7, 2022 Piper Sandler document and March 7, 2022 Canaccord Genuity document referenced in Paragraph 72 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 72 and therefore denies those allegations.

**E.     May 10, 2022: Class Period begins with BeautyHealth's purported "highly successful launch" of Syndeo in Q1 2022.**

73.    Ms. Woo admits that BeautyHealth's Q1 2022 earnings and press release were published on March 31, 2022 and respectfully refers the Court to the March 31, 2022 Q1 2022 press release referenced in Paragraph 73 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 73.

74.    Ms. Woo respectfully refers the Court to the May 10, 2022 press release referenced in Paragraph 74 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 74 and therefore denies those allegations.

75. Ms. Woo admits that BeautyHealth's Q1 2022 earnings call took place on May 10, 2022, and respectfully refers the Court to the Q1 2022 earnings call investor presentation referenced in Paragraph 75 for a complete and accurate statement of its contents and denies any mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 75.

76. Ms. Woo respectfully refers the Court to the transcript of remarks from the March 31, 2022 Q1 2022 earnings call and the accompanying investor presentation referenced in Paragraph 76 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 76 and therefore denies those allegations.

77. Ms. Woo respectfully refers the Court to the Q1 2022 earnings call investor presentation referenced in Paragraph 77 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 77.

78. Ms. Woo respectfully refers the Court to the transcript of remarks from the March 31, 2022 Q1 2022 earnings call referenced in Paragraph 78 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 78 and therefore denies those allegations.

79. Ms. Woo respectfully refers the Court to the transcript of remarks from the March 31, 2022 Q1 2022 earnings call referenced in Paragraph 79 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 79 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

80.    Ms. Woo respectfully refers the Court to the May 10, 2022 Piper Sandler document referenced in Paragraph 80 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 80 and therefore denies those allegations.

81.    Ms. Woo respectfully refers the Court to the May 10, 2022 Canaccord Genuity document referenced in Paragraph 81 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Paragraph 81 otherwise contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies all legal conclusions.

82.    Ms. Woo admits that she attended the Jefferies Consumer Conference and the William Blair Growth Stock Conference leading up to the Q2 2022 earnings release. Ms. Woo respectfully refers the Court to the transcript of remarks referenced in Paragraph 82 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 82.

**F.      Defendants concealed that the Syndeo system was flawed from the get-go.**

83.    Ms. Woo respectfully refers the Court to the BeautyHealth press releases issued on May 10, 2022 and June 19, 2022 referenced in Paragraph 83 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to what FE-1, FE-4, and FE-4 allegedly said and therefore denies those allegations. Ms. Woo otherwise denies the allegations in Paragraph 83.

**1.      Defendants rushed the launch of Syndeo in March 2022 with knowledge of issues affecting its functionality.**

12
DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

84. Ms. Woo incorporates by reference her answers to each Paragraph referenced in Paragraph 84 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo otherwise denies the allegations in Paragraph 84 except that she admits BeautyHealth launched the Syndeo in March 2022.

85. Ms. Woo lacks sufficient knowledge or information to form a belief as to what FE-1 allegedly said and therefore denies the allegations in Paragraph 85.

86. Ms. Woo denies the allegations in the first sentence of Paragraph 86. Ms. Woo lacks knowledge or information sufficient to form a belief as to what FE-1 allegedly said and therefore denies those allegations.

87. Ms. Woo denies the allegations in the first sentence of Paragraph 87. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 87 and therefore denies those allegations.

**2. Woo knew of Syndeo's cosmetic issues and customer complaints; Rather than address the source issues, Woo directed BeautyHealth to send customers new replacement machines with the same problems.**

88. Ms. Woo denies the allegations in Paragraph 88.

89. Ms. Woo denies the allegation in the first sentence of Paragraph 89. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 89 and therefore denies those allegations.

90. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 90 and therefore denies those allegations.

91. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 91 and therefore denies those allegations.

**3. Early Syndeo customers complained about a variety of Syndeo functional issues beginning in March/April 2022.**

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

92.     Ms. Woo denies the allegations in the first sentence of Paragraph 92. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 92 and therefore denies those allegations.

93.     Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 93 and therefore denies those allegations.

94.     Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 94 and therefore denies those allegations.

95.     Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 95 and therefore denies those allegations. Ms. Woo incorporates by reference her answer to Paragraph 100 and denies Plaintiffs' summary and mischaracterization of that Paragraph.

96.     Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 96 and therefore denies those allegations.

**4.     The Syndeo 1.0 system plugged up due to a design flaw.**

97.     Ms. Woo denies the allegations in the first sentence of Paragraph 97. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 97 and therefore denies those allegations.

98.     Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 98 and therefore denies those allegations.

99.     Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 99 and therefore denies those allegations.

100.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 100 and therefore denies those allegations.

101.   Ms. Woo denies the allegations in the first sentence of Paragraph 101. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 101 and therefore denies those allegations.

102.  Ms. Woo denies the allegations in the first sentence of Paragraph 102. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 102 and therefore denies those allegations.

103.  Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 103 and therefore denies those allegations.

104.  Ms. Woo lacks knowledge or information sufficient to form a belief as to what FE-1 allegedly said and therefore denies those allegations. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 104 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo denies the remaining allegations in the fourth sentence of Paragraph 104.

105.  Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 105 and therefore denies those allegations.

**5.    BeautyHealth senior management discussed Syndeo 1.0 problems at regular Tiger Team meetings, which flowed up to Woo.**

106.  Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 106 and therefore denies those allegations.

107.  Ms. Woo lacks sufficient knowledge or information to form a belief as to what FE-1 allegedly said and therefore denies those allegations.  Ms. Woo otherwise denies the allegations in Paragraph 107.

108.  Ms. Woo denies the allegations in the first sentence of Paragraph 108. Ms. Woo lacks sufficient knowledge or information to form a belief as to what FE-1 allegedly said and therefore denies those allegations.

**6.    In June 2022, CEO Andrew Stanleick states BeautyHealth's "#1 priority is to focus on Syndeo and getting it back on track" as there is "nothing that is more important for the organization."**

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

109.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 109 and therefore denies those allegations.

110.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 110 and therefore denies those allegations.

111.   Ms. Woo respectfully refers the Court to the June 7, 2022 email referenced in Paragraph 111 for a complete and accurate statement of its content and denies any summary or mischaracterization inconsistent with the same. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 111 and therefore denies those allegations.

112.   Ms. Woo respectfully refers the Court to the electronic communication referenced in Paragraph 112 for a complete and accurate statement of its content and denies any summary or mischaracterization inconsistent with the same. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 112 and therefore denies those allegations.

113.   Ms. Woo respectfully refers the Court to the electronic communication referenced in Paragraph 113 for a complete and accurate statement of its content and denies any summary or mischaracterization inconsistent with the same. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 113 and therefore denies those allegations.

114.   Ms. Woo respectfully refers the Court to the electronic communication referenced in Paragraph 114 for a complete and accurate statement of its content and denies any summary or mischaracterization inconsistent with the same. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 114 and therefore denies those allegations.

**7.   Stanleick discussed Syndeo issues during monthly town hall calls.**

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

115.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 115 and therefore denies those allegations.

116.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 116 and therefore denies those allegations.

**8.      BeautyHealth's extensive efforts to solve the Syndeo 1.0 plugging issues.**

117.   Ms. Woo denies the allegations in the first sentence of Paragraph 117. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 117 and therefore denies those allegations.

118.   Ms. Woo lacks sufficient knowledge or information to form a belief as to what FE-1 allegedly said and therefore denies the allegations in Paragraph 118.

**9.      The Operations Team made poor recommended fixes, which top management approved, despite lack of testing and input from the R&D/Quality team.**

119.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 119 and therefore denies those allegations.

120.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 120 and therefore denies those allegations.

121.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 121 and therefore denies those allegations.

122.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 122 and therefore denies those allegations.

123.   Ms. Woo lacks sufficient knowledge or information to form a belief as to what FE-1 allegedly said and therefore denies the allegations in Paragraph 123.

124.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 124 and therefore denies those allegations.

**10.      Unbeknownst to investors, BeautyHealth implements Syndeo**

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

**2.0 plan in July 2022.**

125.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 125 and therefore denies those allegations.

126.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 126 and therefore denies those allegations.

127.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 127 and therefore denies those allegations.

128.    Ms. Woo denies the allegations in the first sentence of Paragraph 128. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 128 and therefore denies those allegations.

**G.    August 9, 2022: BeautyHealth delivers Q2 2022 results, calling the Syndeo rollout a "tremendous success."**

129.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 129 and therefore denies those allegations.

130.    Ms. Woo denies the allegations in the first sentence of Paragraph 130. Ms. Woo respectfully refers the Court to the August 9, 2022 Q2 2022 press release referenced in Paragraph 130 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 130 and therefore denies those allegations.

131.    Ms. Woo respectfully refers the Court to the August 9, 2022 Piper Sandler document referenced in Paragraph 131 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 131 and therefore denies those allegations.

132.    Ms. Woo admits that BeautyHealth's Q2 2022 earnings call took place on August 9, 2022. Ms. Woo respectfully refers the Court to the transcript of remarks

18
DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

quoted and referenced in Paragraph 132 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 132.

133.   Ms. Woo admits that an investor presentation was included in the Q2 2022 earnings call. Ms. Woo respectfully refers the Court to the presentation referenced in Paragraph 133 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 133.

134.   Ms. Woo respectfully refers the Court to the transcript of remarks from the August 9, 2022 Q2 2022 earnings call referenced in Paragraph 134 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 134 and therefore denies those allegations.

135.   Ms. Woo respectfully refers the Court to the transcript of remarks from the August 9, 2022 Q2 2022 earnings call referenced in Paragraph 135 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 135 and therefore denies those allegations.

136.   Ms. Woo respectfully refers the Court to the transcript of remarks from the August 9, 2022 Q2 2022 earnings call referenced in Paragraph 136 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 136 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

137.   Ms. Woo respectfully refers the Court to the transcript of remarks from the August 9, 2022 Q2 2022 earnings call referenced in Paragraph 137 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 137 and therefore denies those allegations.

138.   Ms. Woo respectfully refers the Court to the transcript of remarks from the August 9, 2022 Canaccord Genuity, Piper Sandler, Goldman Sachs, and Benchmark documents referenced in Paragraph 138 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 138 and therefore denies those allegations.

**H.     In fall 2022, the size and scope of issues with Syndeo is apparent to Defendants.**

139.   Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 139 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo otherwise denies the allegations in Paragraph 139.

140.   Ms. Woo incorporates by reference her answer to Paragraph 112 and denies Plaintiffs' summary and mischaracterization of that Paragraph. Ms. Woo otherwise denies the allegations in Paragraph 140.

**1.     Syndeo issues were communicated to Stanleick and Woo through the Management Review in September/October 2022.**

141.   Ms. Woo denies the allegations in the first sentence of Paragraph 141. Ms. Woo lacks sufficient knowledge or information to form a belief as to what FE-1 allegedly said and therefore denies the allegations in Paragraph 141.

142.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 142 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

143. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 143 and therefore denies those allegations.

144. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 144 and therefore denies those allegations.

145. Ms. Woo lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145 and therefore denies those allegations.

146. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 146 and therefore denies those allegations.

## 2. In September/October 2022, the Company hid broken Syndeo machines from Quality Auditors performing audit

147. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 147 and therefore denies those allegations.

148. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 148 and therefore denies those allegations.

149. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 149 and therefore denies those allegations.

150. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 150 and therefore denies those allegations.

151. Ms. Woo admits that she has seen returned Syndeos, but otherwise denies Plaintiffs' mischaracterizations, including that returned Syndeos were maintained in a "disorganized state." Ms. Woo lacks sufficient knowledge or information to form a belief as to what FE-1 allegedly said and therefore denies the allegations in Paragraph 151.

## I. September 15, 2022 Investor Day: Defendants claim Syndeo's launch has been "next level"

152. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 152 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

153. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 153 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo lacks sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 153 and therefore denies those allegations.

154. Ms. Woo denies the allegations in the first sentence of Paragraph 154. Ms. Woo admits that BeautyHealth hosted an Investor Day Conference on September 15, 2022 and that BeautyHealth issued a September 15, 2022 press release. Ms. Woo respectfully refers the Court to the September 15, 2022 press release for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 154 and therefore denies those allegations.

155. Ms. Woo respectfully refers the Court to the September 15, 2022 press release and September 14, 2022 JPMorgan document referenced in Paragraph 155 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 155 and therefore denies those allegations.

156. Ms. Woo respectfully refers the Court to the September 15, 2022 BeautyHealth Investor Day presentation referenced in Paragraph 156 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 156 and therefore denies those allegations.

157. Ms. Woo respectfully refers the Court to the September 15, 2022 BeautyHealth Investor Day presentation referenced in Paragraph 157 for a complete

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 157 and therefore denies those allegations.

158. Ms. Woo respectfully refers the Court to the September 15, 2022 BeautyHealth Investor Day presentation referenced in Paragraph 158 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 158 and therefore denies those allegations.

159. Ms. Woo admits that she attended a BeautyHealth Investor Day conference on September 15, 2022. Ms. Woo respectfully refers the Court to the transcript of remarks quoted and referenced in Paragraph 159 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo lacks sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 159 and therefore denies those allegations.

160. Ms. Woo respectfully refers the Court to transcript of remarks referenced in Paragraph 160 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 160 and therefore denies those allegations.

161. Ms. Woo respectfully refers the Court to transcript of remarks referenced in Paragraph 161 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 161 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

162.   Ms. Woo respectfully refers the Court to transcript of remarks referenced in Paragraph 162 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 162 and therefore denies those allegations.

163.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 163 and therefore denies those allegations.

164.   Ms. Woo respectfully refers the Court to the September 19, 2022 Raymond James document, September 16, 2022 William Blair document, and the September 15, 2022 Canaccord Genuity document referenced in Paragraph 164 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 164 and therefore denies those allegations.

**J.** **BeautyHealth soon learns that the Syndeo 2.0 failed to cure the systemic plugging issues in late October/November 2022**

165.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 165 and therefore denies those allegations.

166.   Ms. Woo denies the allegations in the first sentence of Paragraph 166. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 166 and therefore denies those allegations.

167.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 167 and therefore denies those allegations.

168.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 168 and therefore denies those allegations.

169.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 169 and therefore denies those allegations.

170. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 170 and therefore denies those allegations.

171. Ms. Woo denies the allegations in the first sentence of Paragraph 171. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 171 and therefore denies those allegations.

**1.  Syndeo 2.0 plugging issues were communicated to Woo through reports from the regular Tiger Team meetings.**

172. Ms. Woo lacks sufficient knowledge or information to form a belief as to what FE-1 allegedly said and therefore denies the allegations in Paragraph 172.

173. Ms. Woo lacks sufficient knowledge or information to form a belief as to what FE-1 allegedly said, and therefore denies the allegations in Paragraph 173.

174. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 174 and therefore denies those allegations.

**K.  November 8, 2022: BeautyHealth reports Q3 2022 results and continues to tout "solid demand for Syndeo."**

175. Ms. Woo denies the allegations in Paragraph 175.

176. Ms. Woo respectfully refers the Court to the November 8, 2022 Q3 2022 press release and Form 8-K referenced in Paragraph 176 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 176 and therefore denies those allegations.

177. Ms. Woo respectfully refers the Court to the November 8, 2022 Q3 2022 press release referenced in Paragraph 177 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 177 and therefore denies those allegations.

178.   Ms. Woo respectfully refers the Court to the November 8, 2022 Jeffries document referenced in Paragraph 178 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 178 and therefore denies those allegations.

179.   Ms. Woo admits that BeautyHealth's Q3 2022 earnings call took place on November 8, 2022. Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 179 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 179 and therefore denies those allegations.

180.   Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 180 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 180.

181.   Ms. Woo respectfully refers the Court to the transcript of remarks from the November 8, 2022 Q3 2022 earnings call referenced in Paragraph 181 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 181 and therefore denies those allegations.

182.   Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 182 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 182.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

183.   Ms. Woo respectfully refers the Court to the transcript of remarks from the November 8, 2022 Q3 2022 earnings call referenced in Paragraph 183 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 183 and therefore denies those allegations.

184.   Ms. Woo respectfully refers the Court to the transcript of remarks referenced in Paragraph 184 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 184 and therefore denies those allegations.

185.   Ms. Woo respectfully refers the Court to the November 8, 2022 Canaccord Genuity document and the November 9, 2022 Benchmark document referenced in Paragraph 185 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 185 and therefore denies those allegations.

186.   Ms. Woo admits that she attended the Stifel Healthcare Conference on November 15, 2022, and respectfully refers the Court to the transcript of remarks from the November 15, 2022 Stifel Healthcare Conference referenced in Paragraph 186 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 186 and therefore denies those allegations.

**L.     Syndeo computer chip issues identified in late 2022/early 2023.**

187.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 187 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

188.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 188 and therefore denies those allegations.

189.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 189 and therefore denies those allegations.

**M.      A Syndeo customer starts a Facebook group, which draws Stanleick's attention.**

190.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 190 and therefore denies those allegations.

191.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 191 and therefore denies those allegations.

192.   Ms. Woo respectfully refers the Cout to the full thread referenced in Paragraph 192 for its complete and accurate contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 192 and therefore denies those allegations.

193.   Ms. Woo respectfully refers the Cout to the full thread referenced in Paragraph 193 for its complete and accurate contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 193 and denies Plaintiffs' summary or mischaracterization of those Paragraphs. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 193 and therefore denies those allegations.

194.   Ms. Woo denies the allegations in the first sentence of Paragraph 194. Ms. Woo respectfully refers the Court to the full thread referenced in Paragraph 194 for its complete and accurate contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or

information to form a belief as to the truth of the allegations in Paragraph 194 and therefore denies those allegations.

195. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 195 and denies Plaintiffs' summary or mischaracterization of those Paragraphs. Ms. Woo respectfully refers the Court to the full thread referenced in Paragraph 195 for its complete and accurate contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 195 and therefore denies those allegations.

196. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 196 and therefore denies those allegations.

197. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 197 and denies Plaintiffs' summary or mischaracterization of those Paragraphs. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 197 and therefore denies those allegations.

198. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 198 and therefore denies those allegations.

199. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 199 and therefore denies those allegations.

200. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 200 and therefore denies those allegations.

201. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 201 and therefore denies those allegations.

**N.** **February 27-28, 2023: Defendants vaguely reference Syndeo replacement program on Q4 2022 earnings call, but mischaracterize it as a "one-time program" and assure analysts they have optimized**

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

**Syndeo in preparation for international launch.**

202.   Ms. Woo denies the allegations in the first sentence of Paragraph 202. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 202 and therefore denies those allegations.

203.   Ms. Woo respectfully refers the Court to the February 28, 2023 Q4 2022 press release and Form 8-K referenced in Paragraph 203 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 203 and therefore denies those allegations.

204.   Ms. Woo respectfully refers the Court to the February 28, 2023 Raymond James document referenced in Paragraph 204 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 204 and therefore denies those allegations.

205.   Ms. Woo admits that BeautyHealth's Q4 2022 earnings call took place on February 28, 2023. Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 205 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 205 and therefore denies those allegations.

206.   Ms. Woo admits that an investor presentation was included in the Q4 2022 earnings call. Ms. Woo respectfully refers the Court to the investor presentation referenced in Paragraph 206 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 206.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

207.   Ms. Woo respectfully refers the Court to the transcript of remarks from the February 28, 2023 Q4 2022 earnings call referenced in Paragraph 207 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 207 and therefore denies those allegations.

208.   Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 208 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 208.

209.   Woo respectfully refers the Court to the transcript of remarks from the February 28, 2023 Q4 2022 earnings call referenced in Paragraph 209 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 209 and therefore denies those allegations.

210.   Ms. Woo respectfully refers the Court to the February 28, 20223 Jeffries document referenced in Paragraph 210 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 210 and therefore denies those allegations.

**O.**   **March 30, 2023: In announcing Syndeo international launch, Defendants claim "Syndeo has been embraced by Hydrafacial customer and provider community in the U.S."**

211.   Ms. Woo respectfully refers the Court to the March 30, 2023 BeautyHealth Press Release and March 30, 2023 BusinessWire document referenced in Paragraph 211 for a complete and accurate statement of their contents and denies any summary or

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 211 and therefore denies those allegations.

212. Ms. Woo respectfully refers the Court to the April 19, 2023 Raymond James document referenced in Paragraph 212 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 212 and therefore denies those allegations.

**P.      Syndeo's systemic performance issues continue throughout the first half of 2023.**

213. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 213 and therefore denies those allegations.

214. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 214 and therefore denies those allegations.

215. Ms. Woo denies the allegations in the first sentence of Paragraph 215. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 215 and therefore denies those allegations.

**Q.      May 10, 2023: BeautyHealth reports 1Q 2023 results touting "strong Syndeo traction."**

216. Ms. Woo denies the allegations in Paragraph 216.

217. Ms. Woo respectfully refers the Court to the May 10, 2023 Q1 2023 Press Release and Form 8-K referenced in Paragraph 217 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 217 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

218.    Ms. Woo admits that BeautyHealth's Q1 2023 earnings call took place on May 10, 2023 and that an investor presentation was included in the Q1 2023 earnings call. Ms. Woo respectfully refers the Court to the presentation referenced in Paragraph 218 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 218.

219.    Ms. Woo respectfully refers the Court to the May 10, 2023 Q1 2023 Press Release and Form 8-K referenced in Paragraph 219 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 219 and therefore denies those allegations.

220.    Ms. Woo respectfully refers the Court to the transcript of remarks from the Q1 2023 earnings call referenced in Paragraph 220 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 220.

221.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 221 and therefore denies those allegations.

**R.    By May/June 2023, thousands of returned Syndeo devices remained stored around the Company's Long Beach facility.**

222.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 222 and therefore denies those allegations.

223.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 223 and therefore denies those allegations.

224.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 224 and therefore denies those allegations.

**S.    June 6, 2023: Defendants claim Syndeo program has been a "great**

**success."**

225. Ms. Woo admits that she attended the TD Cown Sustainability Conference on June 6, 2023. Ms. Woo respectfully refers the Court to the transcript of remarks referenced in Paragraph 225 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 225.

226. Ms. Woo respectfully refers the Court to the transcript of remarks referenced in Paragraph 226 for a complete and accurate statement of its contents and denies any summary or mischaracterizations therein. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 226 and therefore denies those allegations.

**T.     BeautyHealth's second half 2023 attempted fix of Syndeo is a disaster.**

227. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 227 and therefore denies those allegations.

228. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 228 and therefore denies those allegations.

229. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 229 and therefore denies those allegations.

230. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 230 and therefore denies those allegations.

231. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 231 and therefore denies those allegations.

232. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 232 and therefore denies those allegations.

233. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 233 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

234.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 234 and therefore denies those allegations.

235.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 235 and therefore denies those allegations.

236.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 236 and therefore denies those allegations.

237.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 237 and therefore denies those allegations.

**U.**   **August 9, 2023 disclosures: BeautyHealth reveals Syndeo "teething issues" in Q2 '23 that limits the decline in share price.**

238.   Ms. Woo denies the allegations in Paragraph 238.

239.   Ms. Woo admits that BeautyHealth's Q2 2023 earnings and press release were published on August 9, 2023 and respectfully refers the Court to the press release referenced in Paragraph 239 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 239 and therefore denies those allegations.

240.   Ms. Woo admits that BeautyHealth's Q2 2023 earnings and press release were published on August 9, 2023 and respectfully refers the Court to the press release referenced in Paragraph 240 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 240 and therefore denies those allegations.

241.   Ms. Woo respectfully refers the Court to the press release referenced in Paragraph 241 for a complete and accurate statement of its contents and denies any summary or mischaracterizations inconsistent with the same.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

242.   Ms. Woo admits that an investor presentation was included in the Q2 2023 earnings call and respectfully refers the Court to the investor presentation referenced in Paragraph 242 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 242 and therefore denies those allegations.

243.   Ms. Woo admits that BeautyHealth's Q2 2023 earnings call took place on August 9, 2023 and respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 243 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 243 and therefore denies those allegations.

244.   Ms. Woo respectfully refers the Court to the transcript of remarks from BeautyHealth's Q2 2023 earnings call referenced in Paragraph 244 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 244.

245.   Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 245 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same.

246.   Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 246 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 246 and therefore denies those allegations.

247.   Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 247 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 247 and therefore denies those allegations.

248. Ms. Woo admits that BeautyHealth's Q2 2023 Form 10-Q and press release were published on August 9, 2023 and respectfully refers the Court to the Form 10-Q and press release referenced in Paragraph 248 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 248 and therefore denies those allegations.

249. Ms. Woo respectfully refers the Court to the August 9, 2023 Canaccord Genuity document and the August 9, 2023 JPMorgan document referenced in Paragraph 249 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 249 and therefore denies those allegations.

250. Ms. Woo denies the allegations in the first sentence of Paragraph 250. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 250 and therefore denies those allegations.

251. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 251 and therefore denies those allegations.

252. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 252 and therefore denies those allegations.

253. Ms. Woo respectfully refers the Court to the September 12, 2023 Canaccord document referenced in Paragraph 253 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 253 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

254. Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 254 and therefore denies those allegations.

255. Ms. Woo respectfully refers the Court to the September 20, 2023 press release referenced in Paragraph 255 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 255 and therefore denies those allegations.

## V. THE TRUTH ABOUT SYNDEO IS REVEALED

### A. The November 13, 2023 disclosures fully reveal the fraud: CEO ousted, BeautyHealth declares virtually all Syndeo systems obsolete.

256. Ms. Woo respectfully refers the Court to the November 13, 2023 press release referenced in Paragraph 256 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 256 and therefore denies those allegations.

257. Ms. Woo respectfully refers the Court to the November 13, 2023 press release referenced in Paragraph 257 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 257 and therefore denies those allegations.

258. Ms. Woo respectfully refers the Court to the November 13, 2023 press release referenced in Paragraph 258 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 258 and therefore denies those allegations.

259. Ms. Woo respectfully refers the Court to the November 13, 2023 press release referenced in Paragraph 259 for a complete and accurate statement of its

contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 259 and therefore denies those allegations.

260.   Ms. Woo respectfully refers the Court to the transcript of remarks from the November 13, 2023 earnings call referenced in Paragraph 260 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 260 and therefore denies those allegations.

261.   Ms. Woo respectfully refers the Court to the transcript of remarks from the November 13, 2023 earnings call referenced in Paragraph 261 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 261 and therefore denies those allegations.

262.   Ms. Woo respectfully refers the Court to the transcript of remarks from the November 13, 2023 earnings call referenced in Paragraph 262 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 262 and therefore denies those allegations.

263.   Ms. Woo respectfully refers the Court to the transcript of remarks from the November 13, 2023 earnings call and the BeautyHealth Q2 2023 Form 10-Q referenced in Paragraph 263 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 263 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

264.   Ms. Woo respectfully refers the Court to the transcript of remarks from the November 13, 2023 earnings call referenced in Paragraph 264 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 264 and therefore denies those allegations.

265.   Ms. Woo respectfully refers the Court to the Q3 2023 Form 10-Q referenced in Paragraph 265 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 265 and therefore denies those allegations.

266.   Ms. Woo respectfully refers the Court to the November 14, 2023 Investing.com article and the November 13, 2023 Piper Sandler document referenced in Paragraph 266 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 266.

267.   Ms. Woo respectfully refers the Court to the November 14, 2023 William Blair document referenced in Paragraph 267 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 267 and therefore denies those allegations.

268.   Ms. Woo respectfully refers the Court to the November 14, 2023 Raymond James document referenced in Paragraph 268 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 268 and therefore denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

269.  Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 269 and therefore denies those allegations.

**B.      Piper Sandler post-Class Period survey confirms widespread problems with Syndeo beyond management's previous disclosures.**

270.  Ms. Woo respectfully refers the Court to the December 14, 2023 Piper Sandler document referenced in Paragraph 270 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 270 and therefore denies those allegations.

271.  Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 271 and therefore denies those allegations.

272.  Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 272 and therefore denies those allegations.

273.  Ms. Woo respectfully refers the Court to the Piper Sandler document referenced in Paragraph 273 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 273 and therefore denies those allegations.

274.  Ms. Woo respectfully refers the Court to the Piper Sandler document referenced in Paragraph 274 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 274 and therefore denies those allegations.

275.  Ms. Woo denies the allegations in the first sentence of Paragraph 275. Ms. Woo respectfully refers the Court to the Piper Sandler document referenced in Paragraph 275 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks

sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 275 and therefore denies those allegations.

**C.    BeautyHealth's disappointing financial performance since November 2023.**

276.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 276 and therefore denies those allegations.

277.    Ms. Woo respectfully refers the Court to the November 13, 2023 press release and the transcript of remarks from the May 9, 2024 Q1 2024 earnings call referenced in Paragraph 277 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 277 and therefore denies those allegations.

278.    Ms. Woo respectfully refers the Court to the May 24, 2024 Forbes article referenced in Paragraph 278 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 278 and therefore denies those allegations.

**D.    BeautyHealth discloses SEC investigation in April 2024.**

279.    Ms. Woo respectfully refers the Court to the April 8, 2024 Form 8-K referenced in Paragraph 279 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 279 and therefore denies those allegations.

280.    Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 280 and therefore denies those allegations.

**VI.    DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS**

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

281.   Ms. Woo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 281 and therefore denies those allegations.

**1.    Defendants' false statements associated with the announcement of BeautyHealth's Q1 2022 financial results.**

282.   Ms. Woo admits that BeautyHealth's Q1 2022 earnings and press release were published on May 10, 2022. Ms. Woo respectfully refers the Court to the May 10, 2022 press release referenced in Paragraph 282 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same.

283.   Paragraph 283 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 283. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 283 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

284.   Paragraph 284 contains legal conclusions to which no response is required, to the extent a response is required, Ms. Woo denies the allegations in Paragraph 284. Ms. Woo incorporates by reference her answer to Paragraph 71 and denies Plaintiffs' summary and mischaracterization of that Paragraph.

285.   Paragraph 285 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 285.

286.   Ms. Woo admits that BeautyHealth's Q1 2022 earnings call took place on May 10, 2022. Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 286 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same.

287.   Ms. Woo admits that an investor presentation was included in the Q1 2022 earnings call. Ms. Woo respectfully refers the Court to the presentation referenced in

Paragraph 287 for a complete and accurate statement of its content and denies any summary or mischaracterization inconsistent with the same.

288. Ms. Woo respectfully refers the Court to the transcript of remarks from BeautyHealth's May 10, 2022 Q1 2022 earnings call referenced in Paragraph 288 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 288 and therefore denies those allegations.

289. Paragraph 289 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 289. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 289 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

290. Paragraph 290 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 290. Ms. Woo incorporates by reference her answer to Paragraph 71 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

291. Paragraph 291 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 291.

**2.     Defendants' false statements at the June 19, 2022 Nantucket Jeffries Consumer Conference.**

292. Ms. Woo respectfully refers the Court to the transcript of remarks from the Jefferies Consumer Conference for a complete and accurate statement of its contents and denies any summary or mischaracterizations inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 292 and therefore denies those allegations.

293.   Ms. Woo respectfully refers the Court to the transcript of remarks from the Jefferies Consumer Conference for a complete and accurate statement of its contents and denies any summary or mischaracterizations inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 293 and therefore denies those allegations.

294.   The first and second sentences of Paragraph 294 contain legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies those allegations in Paragraph 294.  Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 294 and denies Plaintiffs' summary and mischaracterization therein. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 294 and therefore denies those allegations.

295.   The first sentence of Paragraph 295 contains legal conclusions to which no response is required, to the extent a response is required, Ms. Woo denies the allegations in the first sentence of Paragraph 295. Ms. Woo incorporates by reference her answer to Paragraph 71 and denies Plaintiffs' summary and mischaracterization of that Paragraph.  Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 295 and therefore denies those allegations.

296.   Paragraph 296 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 296.

**3.      Defendants' false statements associated with the announcement of BeautyHealth's Q2 2022 financial results.**

297.   Ms. Woo admits that BeautyHealth's Q2 2022 earnings and press release were published on August 9, 2022. Ms. Woo respectfully refers the Court to the August 9, 2022 press release for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same.

298.    Ms. Woo admits that BeautyHealth's Q2 2022 Form 10-Q was published on August 9, 2022. Ms. Woo respectfully refers the Court to the Form 10-Q referenced in Paragraph 298 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same.

299.    Ms. Woo admits that BeautyHealth's Q2 2022 earnings call took place on August 9, 2022. Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 299 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same.

300.    Ms. Woo admits that an investor presentation was included in the Q2 2022 earnings call. Ms. Woo respectfully refers the Court to the presentation referenced in Paragraph 300 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 300.

301.    Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 301 for a complete and accurate statement of its contents and denies any summary or mischaracterizations inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 301 and therefore denies those allegations.

302.    Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 302 for a complete and accurate statement of its contents and denies any summary or mischaracterizations inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 302 and therefore denies those allegations.

303.    Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 303 for a complete and accurate statement of its contents and denies any summary or mischaracterizations inconsistent with the same.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 303 and therefore denies those allegations.

304.    Paragraph 304 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 304. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 304 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

305.    Paragraph 305 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 305. Ms. Woo incorporates by reference her answer to Paragraph 71 and denies Plaintiffs' summary and mischaracterization of that Paragraph.

306.   Paragraph 306 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 306.

### 4.    Defendants' false statements at September 15, 2022 Investor Day.

307.   Ms. Woo admits that she attended the September 15, 2022 BeautyHealth Investor Day Conference. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 307 and therefore denies those allegations.

308.   Ms. Woo admits that an investor presentation was included in the September 15, 2022 Investor Day Conference. Ms. Woo respectfully refers the Court to the investor presentation referenced in Paragraph 308 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 308.

309.   Ms. Woo respectfully refers the Court to the investor presentation referenced in Paragraph 309 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo

otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 309 and therefore denies those allegations.

310. Ms. Woo respectfully refers the Court to the investor presentation referenced in Paragraph 310 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 310 and therefore denies those allegations.

311. Ms. Woo respectfully refers the Court to the investor presentation referenced in Paragraph 311 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 311 and denies those allegations.

312. Ms. Woo respectfully refers the Court to the transcript of remarks referenced in Paragraph 312 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 312.

313. Ms. Woo respectfully refers the Court to the transcript of remarks referenced in Paragraph 313 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 313.

314. Ms. Woo respectfully refers the Court to the transcript of remarks referenced in Paragraph 314 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 314.

315. Paragraph 315 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 315. Ms. Woo incorporates by reference her answer to each Paragraph referenced in

Paragraph 315 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

316. Paragraph 316 contains legal conclusion to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 316. Ms. Woo incorporates by reference her response to Paragraph 71 and denies Plaintiffs' summary and mischaracterization of that Paragraph.

317. Paragraph 317 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 317.

### 5. Defendants' false statements associated with the announcement of BeautyHealth's Q3 2022 financial results.

318. Ms. Woo admits that BeautyHealth's Q3 2022 earnings and press release were published on November 8, 2022. Ms. Woo respectfully refers the Court to the November 8, 2022 press release for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 318.

319. Ms. Woo admits that BeautyHealth's Q3 2022 earnings call took place on November 8, 2022. Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 319 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 319.

320. Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 320 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 320 and therefore denies those allegations.

321. Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 321 for a complete and accurate statement of its

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 321.

322. Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 322 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 322 and therefore denies those allegations.

323. Ms. Woo admits that BeautyHealth's Q2 2022 earnings and press release were published on November 9, 2022. Ms. Woo respectfully refers the Court to the November 9, 2022 press release for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 323.

324. Paragraph 324 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 324. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 324 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

325. Paragraph 325 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 325. Ms. Woo incorporates by reference her response to Paragraph 71 and denies Plaintiffs' summary and mischaracterization of that Paragraph.

326. Paragraph 326 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 326.

**6.** **Defendants' false statements associated with the announcement of BeautyHealth's Q4 2022 financial results.**

327. Ms. Woo admits that BeautyHealth's Q4 2022 earnings call took place on February 28, 2023. Ms. Woo respectfully refers the Court to the transcript of remarks

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

from the earnings call referenced in Paragraph 327 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 327.

328.   Ms. Woo admits that an investor presentation was included in the Q4 2022 earnings call. Ms. Woo respectfully refers the Court to the investor presentation referenced in Paragraph 328 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise denies the allegations in Paragraph 328.

329.   Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 329 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 329 and denies those allegations.

330.   Ms. Woo respectfully refers the Court to the transcript of the Q4 2022 earnings call referenced in Paragraph 330 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 330 and denies those allegations.

331.   Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 331 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 331 and denies those allegations.

332.   Paragraph 332 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 332. Ms. Woo incorporates by reference her answer to each Paragraph referenced in

Paragraph 332 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

333.    Paragraph 333 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 333. Ms. Woo incorporates by reference her answer to Paragraph 71 and denies Plaintiffs' summary and mischaracterization of that Paragraph.

334.    Paragraph 334 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 334.

**7.    Defendants' false statements associated with the international launch of Syndeo.**

335.    Ms. Woo respectfully refers the Court to the March 30, 2023 press release referenced in Paragraph 335 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 335 and denies those allegations.

336.    Ms. Woo respectfully refers the Court to the press release referenced in Paragraph 336 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 336 and denies those allegations.

337.    Paragraph 337 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 337. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 337 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

338. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 338 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo otherwise denies the allegations in Paragraph 338.

339. Paragraph 339 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 339. Ms. Woo incorporates by reference her answer to Paragraph 71 and denies Plaintiffs' summary and mischaracterization of that Paragraph.

340. Paragraph 340 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 340.

**8.      Defendants' false statements associated with the announcement of BeautyHealth's Q1 2023 financial results.**

341. Ms. Woo respectfully refers the Court to the May 10, 2023 Q1 2023 press release referenced in Paragraph 341 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 341 and therefore denies those allegations.

342. Ms. Woo respectfully refers the Court to the transcript of remarks from the earnings call referenced in Paragraph 342 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 342 and denies those allegations.

343. Ms. Woo respectfully refers the Court to the investor presentation referenced in Paragraph 343 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 343 and denies those allegations.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

344.    Paragraph 344 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 344. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 344 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

345.    Paragraph 345 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 345. Ms. Woo incorporates, by reference, her response to Paragraph 71 and denies Plaintiffs' summary and mischaracterization of that Paragraph.

346.    Paragraph 346 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 346.

### 9.    Defendants' false statements in May 2023 *Technology of Beauty Podcast* interview.

347.    Ms. Woo respectfully refers the Court to the transcript of the May 2023 interview referenced in Paragraph 347 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 347 and therefore denies those allegations.

348.    Paragraph 348 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 348. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 348 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

349.    Paragraph 349 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 349. Ms. Woo incorporates by reference her answer to Paragraph 71 and denies Plaintiffs' summary and mischaracterization of that Paragraph.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

350. Paragraph 350 contains legal conclusion to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 350.

### 10. Defendants' false statements at the June 6, 2023 TD Cown Sustainability Conference.

351. Ms. Woo respectfully refers the Court to the transcript of remarks referenced in Paragraph 351 for a complete and accurate statement of its contents and denies any summary or mischaracterizations therein. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 351 and therefore denies those allegations.

352. Woo respectfully refers the Court to the transcript of remarks referenced in Paragraph 352 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 352 and therefore denies those allegations.

353. Paragraph 353 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 353. Ms. Woo incorporates by reference her responses to each Paragraph referenced in Paragraph 353 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

354. Paragraph 354 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 354. Ms. Woo incorporates by reference her response to Paragraph 71 and denies Plaintiffs' summary and mischaracterization of that Paragraph.

355. Paragraph 355 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 355.

## VII. ADDITIONAL ALLEGATIONS OF DEFENDANTS' SCIENTER

356. Paragraph 356 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 356.

357. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 357 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo otherwise denies the allegations in Paragraph 357.

358. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 358 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo otherwise denies the allegations in Paragraph 358.

359. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 359 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo lacks sufficient knowledge or information to form a belief as to what unidentified "former BeautyHealth employees" said and denies any mischaracterization therein. Ms. Woo otherwise denies the allegations in Paragraph 359.

360. Ms. Woo incorporates, by reference, her responses to each Paragraph referenced in Paragraph 360 and denies Plaintiffs' summary and mischaracterizations of those Paragraphs. Ms. Woo otherwise denies the allegations in Paragraph 360.

361. Ms. Woo incorporates, by reference, her answer to each Paragraph referenced in Paragraph 361, and denies Plaintiffs' summary and mischaracterizations of those Paragraphs. Ms. Woo denies the allegations in Paragraph 361.

362. Ms. Woo incorporates by reference her answer to each Paragraph referenced in Paragraph 362 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo otherwise denies the allegations in Paragraph 362.

363. Ms. Woo respectfully refers the Court to the SEC filings and press releases referenced in Paragraph 363 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo

otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 363 and therefore denies those allegations.

364.   The first and last sentences of Paragraph 364 are legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in the first and last sentences of Paragraph 364. Ms. Woo respectfully refers the Court to the transcript of the earnings call referenced in the second, third, and fourth sentences of Paragraph 364 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo incorporates by reference her answers to each Paragraph referenced in Paragraph 364 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo otherwise denies the allegations in Paragraph 364.

365.   Ms. Woo incorporates by reference her answers to each Paragraph referenced in Paragraph 365 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo otherwise denies the allegations in Paragraph 365.

366.   Paragraph 366 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 366. Ms. Woo incorporates, by reference, her response to each Paragraph referenced in Paragraph 366 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo otherwise denies the allegations in Paragraph 366, including any mischaracterizations therein.

367.   Ms. Woo respectfully refers the Court to the transcripts of remarks referenced in the third and fourth sentences of Paragraph 367 for a complete and accurate statement of their contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo incorporates by reference her answers to each Paragraph referenced in Paragraph 367 and denies Plaintiffs' summary and mischaracterization of those Paragraphs. Ms. Woo otherwise lacks sufficient

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

knowledge or information to form a belief as to the truth of the allegations in Paragraph 367 and therefore denies those allegations.

368. Paragraph 368 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 368. Ms. Woo incorporates by reference her response to each Paragraph referenced in Paragraph 368 and denies Plaintiffs' summary and mischaracterization of those Paragraphs.

## VIII.  <u>LOSS CAUSATION</u>

369. Ms. Woo denies the allegations in Paragraph 369.

370. Ms. Woo respectfully refers the Court to the November 13, 2023 press release referenced in Paragraph 370 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 370 and therefore denies those allegations.

371. Paragraph 371 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 371.

372. Ms. Woo respectfully refers the Court to the November 13, 2023 press release referenced in Paragraph 372 for a complete and accurate statement of its contents and denies any summary or mischaracterization inconsistent with the same. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 372 and therefore denies those allegations.

373. Paragraph 373 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 373.

## IX.  <u>NO SAFE HARBOR</u>

374. Paragraph 374 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 374.

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

375. Paragraph 375 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 375.

### X.      THE PRESUMPTION OF RELIANCE

376. Paragraph 376 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 376.

377. The second sentence of Paragraph 377 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in the second sentence of Paragraph 377. Ms. Woo otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 377 and therefore denies those allegations.

378. Paragraph 378 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 378.

### XI.     CLASS ALLEGATIONS

379. Paragraph 379 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 379.

380. Paragraph 380 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 380.

381. Paragraph 381 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 381.

382. Paragraph 382 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 382.

383. Paragraph 383 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 383.

384. Paragraph 384 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 384.

### XII.   CLAIMS BROUGHT PURSUANT TO SECTIONS 10(B) AND 20(A) OF THE EXCHANGE ACT

# COUNT I

## FOR VIOLATIONS OF SECTION 10(B) OF THE EXCHANGE ACT AND SEC RULE 10B-5 PROMULGATED THEREUNDER

### (Against All Defendants)

385.   Ms. Woo repeats and incorporates by reference her response to each Paragraph above as fully set forth herein.

386.   Paragraph 386 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 386.

387.   Paragraph 387 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 387.

388.   Paragraph 388 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 388.

389.   Paragraph 389 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 389.

390.   Paragraph 390 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 390.

391.   Paragraph 391 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 391.

392.   Paragraph 392 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 392.

393.   Paragraph 393 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 393.

394.   Paragraph 394 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 394.

395.   Paragraph 395 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 395.

## COUNT II

### FOR VIOLATIONS OF SECTION 20(A) OF THE EXCHANGE ACT

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

**(Against the Individual Defendants)**

396.   Ms. Woo repeats and incorporates by reference her responses to each Paragraph above as if set forth fully herein.

397.   Paragraph 397 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 397.

398.   Paragraph 398 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 398.

399.   Paragraph 399 contains legal conclusions to which no response is required. To the extent a response is required, Ms. Woo denies the allegations in Paragraph 399.

## RESERVATION OF RIGHTS

Ms. Woo denies any allegations not specifically admitted above, and reserves the right to amend or supplement his Answer.

## JURY TRIAL DEMAND

Ms. Woo requests a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

Ms. Woo asserts the following affirmative defenses, without assuming any burden of proof or persuasion that would otherwise remain with Lead Plaintiffs.

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' purported claims are barred in whole or in part because the SAC fails to state a claim upon which relief can be granted and fails to comply with the pleading requirements of Rule 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' purported claims are barred in whole or in part because Ms. Woo did not make any false or misleading statements of material fact and did not omit any material facts that were necessary in order to make the alleged statements not false or misleading,

and did not otherwise engage in any act or practice that operated or would have operated as a fraud or deceit upon Plaintiffs.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' purported claims and those of the putative class are barred to the extent that they are based on conduct and/or statements not attributable to Ms. Woo.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' purported claims are barred in whole or in part because any alleged misrepresentations were not material as a matter of law.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' purported claims are barred in whole or in part because Lead Plaintiffs and the purported class members did not actually, justifiably, reasonably, or otherwise rely on the alleged misstatements or on any disclosures allegedly rendered materially false or misleading as a result of any alleged omission.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' purported claims are barred in whole or in part to the extent the documents or statements at issue are subject to the Private Securities Litigation Reform Act Safe Harbor, 15 U.S.C. §§ 78u-5, *et seq.*, the regulations promulgated thereunder, and/or bespeaks caution doctrines.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' purported claims are barred in whole or in part because Ms. Woo relied in good faith on the records of the Company, professionals, experts, and other third parties.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' purported claims and those of the putative class are barred in whole or in part because Plaintiffs had actual or constructive knowledge of all or some of the allegedly untrue statements, of all or some of the alleged omissions and misstatements, and/or other wrongful conduct.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs' purported claims and those of the putative class are barred because Ms. Woo had no duty of disclosure with respect to certain alleged misrepresentations or omissions.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs' purported claims are barred in whole or in part because Ms. Woo did not act with the requisite scienter.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' purported claims are barred in whole or in part because any loss allegedly incurred by Lead Plaintiffs and the purported class members was not directly or proximately caused by the alleged misstatements and/or omissions alleged in the SAC or any other alleged violations of law.

**TWELFTH AFFIRMATIVE DEFENSE**

To the extent Defendants failed to disclose material information, which Ms. Woo denies, the "truth-on-the-market" doctrine precludes Plaintiffs' claims because the information at issue was disclosed by Defendants or was credibly made available to the market by other sources.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's purported claims and those of the putative class are barred because they are the result of intervening and superseding causes, over which Ms. Woo had no control and for which she is not liable.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's purported claims and those of the putative class are barred in whole or in part by the doctrines of assumption of the risk, estoppel, laches, waiver, ratification, acquiescence, and/or unclean hands.

**FIFTHTEENTH AFFIRMATIVE DEFENSE**

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

Plaintiffs' purported claims are barred in whole or in part because the alleged damages, if any, are speculative and the determination and allocation of any alleged damages is impossible.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part because this action cannot be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part because Plaintiffs may not recover damages based on depreciation in the value of BeautyHealth securities that was caused directly or proximately by factors other than the alleged material devices, schemes, or artifices to defraud, misstatements or omissions, acts, practices, or courses of business, which are cited in the SAC.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Ms. Woo did not know, and in the exercise of reasonable care, could not have known, of any of the alleged misrepresentations, omissions, or fraud alleged in the SAC.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims under Section 20(a) of the Securities Exchange Act of 1934 are barred because Plaintiffs cannot establish the primary liability necessary to assert a claim for control person liability.

\*   \*   \*   \*   \*

Ms. Woo adopts and incorporates by reference any other defenses asserted or to be asserted by any of the other defendants to the extent that Defendants may share in such a defense. Additional facts that are currently unknown to Ms. Woo may be revealed through the course of discovery and further investigation that will support additional defenses. Ms. Woo reserves the right to assert such defenses in the future.

## PRAYER FOR RELIEF

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

**WHEREFORE**, Ms. Woo respectfully requests that this Court dismiss the SAC against her with prejudice, that he be awarded all costs and fees expended on her behalf, including attorneys' fees and other expenses, and that she be afforded such other and further relief that the Court may deem just and proper.

**DATED**: November 24, 2025

**HECKER FINK LLP**


/s/ Jenna M. Dabbs
Jenna M. Dabbs
Damaris Hernandez
Hyatt Mustefa
Tayonna S. Ngutter
350 Fifth Avenue, 63rd Floor
New York, NY 10018
(212) 763-0883
jdabbs@heckerfink.com
dhernández@heckerfink.com
hmustefa@heckerfink.com
tngutter@heckerfink.com

Matthew S. Craig (Cal. Bar No. 350030)
1150 S Olive Street, 11th Floor
Los Angeles, CA  90015 Telephone:
(929) 294-2542 mcraig@heckerfink.com

*Attorneys for Defendant Liyuan Woo*

DEFENDANT WOO'S ANSWER TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT