**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Abduladhim A. Alghazwi, et al. | **CASE NUMBER** |
| Plaintiff(s) | 2:23-cv-09733-SPG-MAA |
| v. | |
| The Beauty Health Company; Andrew Stanleick; and Liyuan Woo | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

☐ Plaintiff ☐ Defendant ☐Other _____

_____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_____
*Street Address*

_____        _____
*City, State, Zip*                          *E-Mail Address*

_____     _____     _____
*Telephone Number*        *Fax Number*          *State Bar Number*

as attorney of record instead of _____

*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of Reed Smith LLP, Kasey J. Curtis (268173), Charles P. Hyun (307817),

*List **all** attorneys from same firm or agency who are withdrawing.*

Katherine P. Goetz (346205), John C. Scalzo (PHV), Brian M. Rostocki (PHV), and Zachary B. Kaye (PHV)

to withdraw as attorney of record for Defendant Andrew Stanleick

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   February 20, 2026

_____
U. S. District Judge