**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Abduladhim A. Alghazwi, et al.<br><br><div align="center">Plaintiff(s)</div><br><div align="center">v.</div><br>The Beauty Health Company; Andrew Stanleick; and Liyuan Woo<br><br><div align="center">Defendant(s)</div> | **CASE NUMBER**<br><br><div align="center">2:23-cv-09733-SPG-MAA</div><br><br><div align="center">**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**</div> |

☐  The Court hereby orders that the request of:

☐ Plaintiff ☐ Defendant ☐ Other _____

_____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*                          *E-Mail Address*

_____          _____          _____
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

☐  The Court hereby orders that the request of | Reed Smith LLP, Kasey J. Curtis (268173), Charles P. Hyun (307817), |
*List **all** attorneys from same firm or agency who are withdrawing.*

| Katherine P. Goetz (346205), John C. Scalzo (PHV), Brian M. Rostocki (PHV), and Zachary B. Kaye (PHV) |

to withdraw as attorney of record for | Defendant Liyuan Woo |

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   February 20, 2026          _____
U.S. District Judge

G–01 ORDER (02/24)          ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY