Reed R. Kathrein (139304)
reed@hbsslaw.com
Lucas E. Gilmore (250893)
lucasg@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Attorneys for Lead Plaintiffs*
*Priscilla Dijkgraaf and Martijn Dijkgraaf*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, and LIYUAN WOO,<br><br>Defendants. | Case No.: 2:23-cv-09733-SPG-MAA<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION FOR (I) PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS; AND (IV) SCHEDULING OF FAIRNESS HEARING**<br><br>Hearing Date: July 15, 2026<br>Hearing Time: 1:30 p.m.<br>Courtroom: Courtroom 5C, 5th Floor<br>Judge: Hon. Sherilyn Peace Garnett |

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that on Wednesday, July 15, 2026, at 1:30 p.m. PST, or as soon thereafter as counsel may be heard, Lead Plaintiffs Priscilla Dijkgraaf and Martijn Dijkgraaf ("Lead Plaintiffs") will and do hereby move the Court for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) preliminarily approving the proposed settlement ("Settlement") as set forth in the Stipulation;[1] (2) preliminarily certifying a Settlement Class; (3) approving the form and manner of giving notice of the proposed Settlement to the Settlement Class; (4) scheduling a hearing before the Court to determine whether the proposed Settlement, the proposed Plan of Allocation, and counsel's motion for an award of attorneys' fees and litigation expenses, including Awards to Lead Plaintiffs, should be approved; and (5) providing such other and further relief as this Court deems just and proper.

This motion is based on the Memorandum of Points and Authorities, the Declaration of Lucas E. Gilmore and exhibits attached thereto, all prior pleadings in this Action, and such additional evidence or argument as may be requested by the Court.

A [Proposed] Order Granting Lead Plaintiffs' Motion for (I) Preliminary Approval of Proposed Class Action Settlement, (II) Certification of the Settlement Class, (III) Approval of Notice to the Settlement Class, and (IV) Scheduling of Fairness Hearing ("Preliminary Approval Order") is also submitted herewith as Exhibit A to the Stipulation.

This Motion is made pursuant to L.R. 7-3, where on May 20, 2026, after agreeing to settle the Action, the Settling Parties met in person and thoroughly discussed the substance of the contemplated motion and the potential resolution. In subsequent weeks, the Settling Parties had further communications via email.

---

[1] All capitalized terms not defined herein or in the Motion shall have those meanings as set forth in the Stipulation and Agreement of Settlement dated June 17, 2026 ("Stipulation"), a true and correct copy of which is attached as Exhibit 1 to the Declaration of Lucas E. Gilmore in Support of Lead Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement ("Gilmore Decl.").

Dated: June 17, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Lucas E. Gilmore*
Lucas E. Gilmore (SBN 250893)
Email: lucasg@hbsslaw.com
Reed R. Kathrein (SBN 139304)
Email: reed@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Christopher R. Pitoun (SBN 290235)
Email: christopherp@hbsslaw.com
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

Peter A. Shaeffer (*pro hac vice*)
Email: petersh@hbsslaw.com
455 North Cityfront Plaza Dr.,
Suite 2410 Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950

*Attorneys for Lead Plaintiffs Priscilla Dijkgraaf and Martijn Dijkgraaf*