Reed R. Kathrein (139304)
reed@hbsslaw.com
Lucas E. Gilmore (250893)
lucasg@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Attorneys for Lead Plaintiffs*
*Priscilla Dijkgraaf and Martijn Dijkgraaf*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDULADHIM A. ALGHAZWI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAUTY HEALTH COMPANY, ANDREW STANLEICK, and LIYUAN WOO,<br><br>Defendants. | Case No.: 2:23-cv-09733-SPG-MAA<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**<br><br>Hearing Date: December 9, 2026<br>Hearing Time: 1:30 p.m.<br>Courtroom: Courtroom 5C, 5th Floor<br>Judge: Hon. Sherilyn Peace Garnett |

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 9, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5C of the Felicitas and Gonzalo Mendez Courthouse, United States District Court, Central District of California, 350 W. 1st Street, Los Angeles, California 90012, before the Honorable Sherilyn Peace Garnett, Court-appointed Lead Plaintiffs Priscilla Dijkgraaf and Martijn Dijkgraaf ("Lead Plaintiffs") will and hereby do move for an Order pursuant to Federal Rule of Civil Procedure 23(e): (1) granting final approval of the proposed settlement (the "Settlement") set forth in the Stipulation and Agreement of Settlement dated June 17, 2026 ("Stipulation") (ECF No. 134-5); (2) confirming certification of the Settlement Class for settlement purposes; and (3) approving the proposed Plan of Allocation.[1]

This motion is based upon this Notice of Motion and Motion; the supporting Memorandum of Points and Authorities that follows; the accompanying declarations, including the Declaration of Lucas E. Gilmore, the Joint Declaration of Priscilla Dijkgraaf and Martijn Dijkgraaf, and the Declaration of Justin R. Hughes; the Stipulation; the Declaration of Lucas E. Gilmore in support of Lead Plaintiffs' Motion for Preliminary Approval (ECF No. 134-4); the pleadings and records on file in the Action; the arguments of counsel; and all such other matters as the Court may consider in evaluating the motion.

This motion is made pursuant to the Court's October 6, 2026 order granting preliminary approval of the Settlement, which ordered Lead Plaintiffs to file this motion "at least twenty-eight (28) days before the Final Approval Hearing." ECF No. 138 at 23

Lead Plaintiffs are not aware of any opposition to the motion. Defendants did not oppose preliminary approval of the Settlement. *See* ECF No. 135. The deadline for Settlement Class Members to object to the Settlement or the Plan of Allocation, or to

---

[1] All capitalized terms not defined herein shall have those meanings as set forth in the Stipulation, attached as Exhibit 1 to the Declaration of Lucas E. Gilmore in Support of (1) Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Approval of Plan of Allocation and (2) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards to Lead Plaintiffs ("Gilmore Decl."), filed herewith.

request exclusion from the Settlement Class, is November 24, 2026. Consistent with the Preliminary Approval Order (ECF No. 138 at 23), Lead Plaintiffs will address any objections or requests for exclusion in reply papers to be filed on or before November 25, 2026, and will submit a proposed Final Judgment and Order of Dismissal with Prejudice and a proposed order approving the Plan of Allocation with those reply papers.

Dated: November 10, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *<u>/s/ Lucas E. Gilmore</u>*
Reed R. Kathrein (SBN 139304)
Email: reed@hbsslaw.com
Lucas E. Gilmore (SBN 250893)
Email: lucasg@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Christopher R. Pitoun (SBN 290235)
Email: christopherp@hbsslaw.com
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

Peter A. Shaeffer (*pro hac vice*)
Email: petersh@hbsslaw.com
455 North Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950

*Attorneys for Lead Plaintiffs Priscilla Dijkgraaf and Martijn Dijkgraaf*